IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF ARKANSAS

WESTERN DIVISION 4

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 27 2017
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

JAMES ANDREW TANNER     PLAINTIFF

vs.     No. 4:17-cv-780 SWW

KURT ZIEGENHORN IN HIS INDIVIDUAL CAPACITY,

COLONEL BILL BRYANT IN HIS OFFICIAL     DEFENDANTS

CAPACITY, ET AL.

### JOHN/JANE DOE AFFIDAVIT

Plaintiff has reviewed all documents available to him and has made a diligent and good faith efforts to ascertain said persons' full names and identities; however, Plaintiff has been unable to ascertain the identities of said John/Jane Doe Defendants because Defendant Arkansas State Police has violated Arkansas Freedom of Information laws by denying Plaintiff's requests for said information. The names, capacities, and relationships of defendants named as Doe Defendants will be alleged by amendment to this Complaint when they are revealed and thus properly identified.

I, JAMES ANDREW TANNER, state on oath that I have read the above and foregoing pleading affidavit is true and correct to the best of my knowledge and belief.

                                               JAMES ANDREW TANNER

Subscribed and sworn to before me, the undersigned Notary Public, on this 27th day of November, 2017.

My Commission Expires: May 1, 2025         Notary

"OFFICIAL SEAL"
AMY BROWN
WHITE COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires May 1, 2025
Commission No. 12693969