# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JAMES ANDREW TANNER                                    PLAINTIFF(S)

VS.                            Case No. 4:17CV00780 SWW

KURT ZIEGENHORN ET AL.                                  DEFENDANT(S)

### <u>ORDER</u>

     The Clerk is directed to reassign the above styled case, currently assigned to the docket of

Judge Susan Webber Wright, due to her senior status.

     IT IS SO ORDERED this 28th day of November 2017.


                      AT THE DIRECTION OF THE COURT
                      JAMES W. McCORMACK, CLERK

                      BY:   /s/ Heather Clark
                           Courtroom Deputy to
                           U.S. District Judge Susan Webber Wright