IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES ANDREW TANNER                                         PLAINTIFF

v.                          4:17-cv-780-DPM

KURT ZIEGENHORN and WILLIAM
SADLER, in their individual capacities;
BILL BRYANT, Colonel, in his official
capacity as head of the Arkansas State Police;
and JOHN DOES 1-5                                           DEFENDANTS

## ORDER

Tanner hasn't responded to the pending motion for judgment on the pleadings, № 14. If the Court doesn't hear anything by Friday, 21 September 2018, it will decide the motion based on the current papers.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

10 September 2018