IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES ANDREW TANNER                                                                    PLAINTIFF

v.                                        No. 4:17-CV-00780-DPM

KURT ZIEGENHORN, EET AL.                                                              DEFENDANT

PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION FOR JUDGMENT ON THE PLEADINGS

COMES NOW the Plaintiff, James Andrew Tanner, by and through his Attorney, William Whitfield Hyman of King Law Group, PLLC, and for his Response in Opposition to Defendants' Motion for Judgment on the Pleadings states:

1. Plaintiff affirms the allegations set forth in Paragraph 1 of Defendants' Motion for Judgment on the Pleadings.

2. Plaintiff denies the allegations set forth in Paragraph 2 of Defendants' Motion for Judgment on the Pleadings.

3. Plaintiff denies the allegations set forth in Paragraph 3 of Defendants' Motion for Judgment on the Pleadings.

4. Plaintiff denies the allegations set forth in Paragraph 4 of Defendants' Motion for Judgment on the Pleadings.

5. Plaintiff denies the allegations set forth in Paragraph 5 of the Defendants' Motion for Judgment on the Pleadings.

6. Plaintiff denies that Defendants are entitled to any relief under Rules 12(c), 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure.

7. Plaintiff submits contemporaneous this filing a Brief in Support, fully incorporated into this pleading as if every word were set forth herein.

Wherefore, Plaintiff asserts that Defendants are not entitled to any relief prayed for in their Motion for Judgment on the Pleadings, and asks that Defendants' Motion for Judgment on the Pleadings be dismissed in its entirety.

                Respectfully submitted,

                JAMES ANDREW TANNER
                Plaintiff

By:   /s/ *William Whitfield Hyman*_____

       W. Whitfield Hyman
       King Law Group PLLC
       300 N. Sixth Street
       Fort Smith, AR 72901
       479-782-1125
       479-785-1657 Fax
       ABA # 2013081
       email@arkansaslawking.com
       ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, William Whitfield Hyman, Attorney for Plaintiff, do hereby certify that on this 20th day of September, 2018, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

By:     /s/ *William Whitfield Hyman*