IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION 4

JAMES ANDREW TANNER                                             PLAINTIFF

vs.                          No. 4:17-CV-00780-DPM

KURT ZIEGENHORN IN HIS INDIVIDUAL CAPACITY,
COLONEL BILL BRYANT IN HIS OFFICIAL                             DEFENDANTS
CAPACITY AS HEAD OF THE ARKANSAS
STATE POLICE, AN AGENCY OF THE
STATE OF ARKANSAS; WILLIAM "BILL"
SADLER IN HIS INDIVIDUAL CAPACITY; MIKE KENNEDY,
ELIZABETH CHAPMAN, JOHN AND JANE DOE 1-3,
INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY.

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW the plaintiff pursuant to Rule 15 of the Federal Rules of Civil Procedure and Local Rules 5.5 and 7.2 and shows the following in support of her instant request for the court to grant leave for plaintiff to amend his complaint:

1. Plaintiff instigated this action on 11/27/2017 with a complaint that used the "John Doe" designation for prospective defendants whose identities were unknown at the time that this action was commenced.

2. The identities of two of these John and Jane Does has been discovered during the course of discovery.

3. Through the named defendants' disclosures, the plaintiff has ascertained the identities of those persons to which the plaintiff's complaint refers as "John Does" defendants, and corrects certain counts brought against other parties.

4. Plaintiff requests leave to file an amended complaint so as to remove the John Doe designations that have been discovered and insert the names the previously unknown defendants.

5. Plaintiff's specific changes to the complaint are contained in the prospective amended complaint filed as an attachment to this motion.

6. Those changes include a substitution of two "John Doe" designations with the following individual defendants: Elizabeth Chapman and Mike Kennedy.

7. Additionally, the Plaintiff has expounded on previously condensed counts. For example, instead of combining state and federal free speech violations for the deletion of all comments, the Plaintiff is bringing a count for each comment deleted, against the three different parties responsible (State of Arkansas for injunctive relief, Mike Kennedy for ordering the comments be hidden, and Elizabeth Chapman for performing the action of hiding the comments.)

8. The Plaintiff abandons his Due Process violation claims in regards to the banning and hiding of comments.

9. The Plaintiff expands his freedom from unreasonable searches and seizure claims from his 3 different detentions into 6 different claims, 3 state and 3 federal.

10. The Plaintiff expands his FOIA claim to 7 different claims, 1 for each FOIA request.

11. The Plaintiff generally adds more specific facts to certain counts as to increase detail and comply with the law, specifically the Felony Tort Statute count against Ziegenhorn as well as others.

WHEREFORE, the plaintiff prays the court grant leave to allow him to amend his complaint as described in this motion.

Respectfully submitted,
James Andrew Tanner
*Plaintiff*

By:/s/William Whitfield Hyman
William Whitfield Hyman,
ARKBAR2013237
King Law Group, PLLC,
Attorneys for Plaintiff
300N Sixth Street
Fort Smith Arkansas, 72901
P: (479) 782-1125 F: (479) 316-2252

## **CERTIFICATE OF SERVICE**

I, William Whitfield Hyman, Attorney for Plaintiff, do hereby certify that on this 20th day of September, 2018, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

By:  /s/ *William Whitfield Hyman*