

9:50 PM

 **Timeline Photos** 



**Brenda Foster Trice**
So proud to have you for my brother.

19 minutes ago • Like • Reply



**Debi Sandefur**
You've sure came a long way from clear creek. So proud of you. Proud of Matthew too, I think he is following in some pretty good footsteps.

16 minutes ago • Like • Reply



**Drew Tanner**
I have this guy's autograph. He supports crooked cops, so that makes him a crooked cop in my book. He needs to be held accountable as well if he is going to support the unlawful actions of his officers. https://www.facebook.com/photo.php?fbid=10101962485275777&set=p.10101962485275777&type=3&theater

This guy sucks

3 minutes ago • Edited • Like • 👍 2 • Reply

Write a comment... 🙂

← **Timeline Photos** 🔍

letting y'all know. Hahhaa!!

Yesterday at 11:14 PM · Like · 👍 3 · Reply

View 1 previous reply

 **Carrie McClain Raper** Well, I never knew...

 **Danny Watkins** You are supposed to do a...

 **Lindsey Alvarez** Danny Watkins but what i...

 **Drew Tanner**
Are you familiar with 5-54-122? Specifically (c)(1) D and E? At least one of your troopers committed this crime. You know who it is.

Yesterday at 11:15 PM · Like · 👍 1 · Reply

 **Greg Drew** Lol is this the one where they si...

 **Drew Tanner** You have google, can you no...

 **Richard Tanner**
Isn't a freeway "designated and signposted for one-way traffic?"

Write a comment... 🙂



👍❤️ 295


**Drew Tanner**
Just don't be like that douche, Trooper Ziegenhorn.

Just now • Like • Reply


**Karen Smith**
Congrats, thank you and safety all ways. God first, family then job. Such an undertaking. So glad to know you and **Emilie Williams**.

1 hour ago • Like • Reply


**Denise Mcclain**
And then driving them to the capital to graduate. Congrats everyone.

2 hours ago • Like • Reply


**Adrian Ray**
Outstanding!

2 hours ago • Like • Reply


**Wilma Smith**
May God be with them.

2 hours ago • Like • Reply


**Cathy Daniell Butler**
Congratulations and prayers for safety for all of you ... Say a prayer every day when you get in that car

2 hours ago • Like • 👍 1 • Reply


**Adam Borden**
Thank god for our ARKANSAS STATE TROOPERS. Good job guys.

1 hour ago • Like • Reply


**Johnny Miller**
I'm sure they are ready!!

2 hours ago • Like • Reply

Write a comment... 🙂


**Richard Carr**
So is ziegenhorn gonna have to retake that class as well? And are your recruits taught that a driver's license is not required on US public highways? How about open carry of a sidearm or concealed not requiring a permit in arkansas?

3 minutes ago · Unlike · 👍 1 · Reply


**Drew Tanner**
Just don't be like that fascist pig, Trooper Ziegenhorn.

13 minutes ago · Like · Reply


**Karen Smith**
Congrats, thank you and safety all ways. God first, family then job. Such an undertaking. So glad to know you and **Emilie Williams**.

2 hours ago · Like · Reply


**Denise Mcclain**
And then driving them to the capital to graduate. Congrats everyone.

2 hours ago · Like · Reply


**Adrian Ray**
Outstanding!

3 hours ago · Like · Reply


**Wilma Smith**
May God be with them.

2 hours ago · Like · Reply


**Cathy Daniell Butler**
Congratulations and prayers for safety for all of you ... Say a prayer every day when you get in that car

2 hours ago · Like · 👍 1 · Reply


**Adam Borden**
Thank god for our ARKANSAS STATE TROOPERS. Good job guys.

Write a comment...


👍❤️ 333



**Richard Carr**
So is ziegenhorn gonna have to retake that class as well? And are your recruits taught that a driver's license is not required on US public highways? How about open carry of a sidearm or concealed not requiring a permit in arkansas?

13 minutes ago · Unlike · 👍 1 · Reply



**Drew Tanner**
Just don't be like that fascist pig, Trooper Ziegenhorn, aka douchebag.

23 minutes ago · Edited · Like · Reply



**Karen Smith**
Congrats, thank you and safety all ways. God first, family then job. Such an undertaking. So glad to know you and **Emilie Williams**.

2 hours ago · Like · Reply



**Denise Mcclain**
And then driving them to the capital to graduate. Congrats everyone.

3 hours ago · Like · Reply



**Adrian Ray**
Outstanding!

3 hours ago · Like · Reply



**Wilma Smith**
May God be with them.

2 hours ago · Like · Reply



**Cathy Daniell Butler**
Congratulations and prayers for safety for all of you ... Say a prayer every day when you get in that car

2 hours ago · Like · 👍 1 · Reply



**Adam Borden**
Thank god for our ARKANSAS STATE TROOPERS. Good job guys.

Write a comment...

← **Photos from Arkansas State Polic...**



**Drew Tanner**
So handcuffing someone and detaining them without any probable cause, stealing from them, then letting them go is taught in this class, or is that something that DOUCHEBAG Ziegenhorn learned on his own?

Just now · Like · Reply



**Cathy Shelly Mullis**
I'm happy for them but I was wondering why they all have shaved heads? Is that a requirement?

Sep 7 at 8:44 PM · Like · 👍 2 · Reply



**Paul Allen Wilkerson**
In the midst of everything our law enforcement is going thru....it takes real courage to stand up and say "I will protect you and your rights". So I just want to say thank you to these courageous "soon to be super heroes"...you are admired from afar by many. You all will be in our prayers as you continue to learn and then put that learning to action.

Sep 7 at 5:03 PM · Like · 👍 8 · Reply

**View 2 previous replies**

 **Larry Gleghorn** 35 years behind a behind a badge. 3 years sheriff...



**Michelle Smith Couch**
No words to describe how Proud I am of my Son who is one of the recruits!

Sep 7 at 7:07 PM · Edited · Like · 👍 9 · Reply

 **Denise Mcclain** My brother is a trooper and my son is BPD welco...



**Ed Garner**
"Community Servant Day" at Bible Baptist Church in Jacksonville on 9/11 ... all troopers welcome!

Sep 7 at 9:27 PM · Like · 👍 1 · Reply


**Larry Gleghorn**

Write a comment...

 Garrett Wachtel is active now

 **Arkansas State Police**
Typically replies within an hour  

FEB 17, 2016 AT 10:19 PM

> You can't go around deleting comments from your Facebook page. As a government entity, you are restricted by the 1st Amendment. You need to follow the law or get a new job. You give the good cops a bad name with your blatant disregard for the rights of citizens. The Arkansas State Police needs a complete overhaul on personnel, as you are one of the worst law enforcement departments in the state.

FEB 17, 2016 AT 10:57 PM

> We do not live in a fascist police-state.

FEB 18, 2016 AT 7:07 AM

 Drew, we understand that you are entitled to your opinion, and you are welcome to repost your comment. We however would strongly appreciate if you would not be so disrespectful to one of our own. As an agency we strive to keep citizens safe and uphold the laws of this state, and if you have suggestions on how we can approach that a different way than we do, please elaborate.

FEB 18, 2016 AT 8:21 AM

> It's not about my opinion, it's about my rights. As a government entity, you are restricted by

   Aa  



**Arkansas State Police**
Typically replies within an hour



**Man Successfully Sues San Diego After Sheriff's Department Censors Facebook Posts**

Dimitrios Karras filed a lawsuit against the County of San Diego after the Sheriff's department censored his comments from their Facebook page. Last week, it was announced that Karras settled the laws

truthvoice.com

> Stop being fascist authoritarians. I don't care if you like what I say or not, I have the right to say it.



You are welcome to post any opinion you want. If you use profanity again I will ban you. There lots of families and children that follow our site. You may no care about them, we do.

> Go Fuck Yourself. Fascist Pig.

SEP 14, 2016 AT 8:01 PM

> My post now says "douchebag" you lawless jackasses.