| | |
|---|---|
| **From:** | Bill Sadler |
| **To:** | Drew Tanner |
| **Subject:** | tanner_ziegenhorn_chcl incident_11282016 |
| **Date:** | Monday, November 28, 2016 3:12:10 PM |

Mr. Tanner your email of November 21, 2016 has been received and consideration given to your request for copies of particular records.

Specifically you've asked to be provided reports, logs, "radio chatter", "dashcam/MVR" video, emails, and text associated with an incident that occurred at a place of business on December 4, 2014.

A search of department records that may meet the criteria for release as prescribed under Arkansas Code Annotated §25-19-105 has failed to produce an affirmative response.

The search, however, did identify a handwritten complaint you composed and directed by telephone facsimile to the Arkansas State Police Office of Professional Standards.  The original copy appears to have been transmitted from a device identified as Harp's (Grocery).

The complaint against Trooper Ziegenhorn was determined to be unfounded and therefore any of the records contained in the file would be exempt (not to be released), other than the original copy which you hold.  ACA §25-19-105(c)(1) states, "Notwithstanding subdivision (b)(12) of this section, all employee evaluation or job performance records, including preliminary notes and other materials, shall be open to public inspection only upon final administrative resolution of any suspension or termination proceeding at which the records form a basis for the decision to suspend or terminate the employee and if there is a compelling public interest in their disclosure."

Additionally a memorandum written by Trooper Ziegenhorn relating to a concealed handgun license you held is exempt pursuant to ACA §25-19-105(b)(19).  The statute lists particular records considered exempt that are associated with a concealed handgun licensee.  In part the statute reads, "Records pertaining to the issuance, renewal, expiration, suspension, or revocation of a license to carry a concealed handgun . . ."  It is my understanding from state police attorneys, a copy of the memorandum which was part of a filing with the Pulaski County Circuit Court was obtained by your legal counsel during the course of your appeal hearing and is part of the court record.

Bill Sadler
**Arkansas State Police  -  Public Information Officer**
**One State Police Plaza Drive - Little Rock, Arkansas   72209**

**(501) 618-8230 - <u>http://www.asp.state.ar.us/</u>**


**From:** Drew Tanner [mailto:drwtanner@gmail.com]
**Sent:** Monday, November 21, 2016 6:58 PM
**To:** Bill Sadler
**Subject:** FOIA request

November 21, 2016

Mr. Bill Sadler
Public Information
1 State Police Plaza Drive
Little Rock Ar, 72209

Dear Mr. Sadler
    I, James A. Tanner, request any and all information including but not limited to reports filed, dispatch logs, radio chatter, dashcam/MVR footage, emails, texts, and all records regarding the actions of Trooper Kurt Ziegenhorn on Wednesday December 4, 2014. Specifically, but not limited to, an incident at approximately 1:40 pm at a Walmart in Searcy, Ar. I request all information be delivered electronically to this email (drwtanner@gmail.com) and physical copies mailed to 815 W Cherry Ave, Searcy, Ar. 72143.
    I would appreciate notification of receipt of this request and an estimated time of compliance.

Sincerely,
James A. Tanner

| | |
|---|---|
| **From:** | Bill Sadler |
| **To:** | Drew Tanner |
| **Subject:** | tanner_ziegenhorn_12072016 |
| **Date:** | Wednesday, December 07, 2016 1:25:55 PM |

   This correspondence should serve to acknowledge a request from the Arkansas State Police has been directed to the Arkansas Department of Information Systems seeking 1.) an assessment of records that may exist in the form of emails sent or received by Arkansas State Trooper Kurt Ziegenhorn and 2.) identify any applicable costs in downloading records that may be identified.

   The search for emails is based on your request as defined in correspondence directed to my office on December 5, 2016.  Once DIS officials respond with an assessment, I will update you on a projected timeline to obtain the emails that may be located.  I should further remind you that any emails that are retrieved will have to be inspected for redactions consistent with ACA §25-19-105.   You will also be apprised of any projected costs applied consistent with the aforementioned statues.

   Your December 5th email also identifies records which you previously requested on November 28, 2016.  Specifically you've ask for, "all information including but not limited to reports filed, dispatch logs, radio chatter, dashcam/MVR footage, emails, texts, and all records regarding the actions of Trooper Kurt Ziegenhorn on Wednesday December 4, 2014."  I direct your attention to my previous response dated November 28, 2016.

   As to your latest request, specifically related to Facebook records, no records exist.


Bill Sadler
**Arkansas State Police  -  Public Information Officer**
**One State Police Plaza Drive - Little Rock, Arkansas   72209**
**(501) 618-8230  -  http://www.asp.state.ar.us/**


**From:** Drew Tanner [mailto:drwtanner@gmail.com]
**Sent:** Monday, December 05, 2016 6:34 PM
**To:** Bill Sadler
**Subject:** FOIA Request.

   December 5, 2016

Mr. Bill Sadler
Public Information
1 State Police Plaza Drive

Little Rock Ar, 72209

Dear Mr. Sadler

   I, James A. Tanner, request any and all information including but not limited to reports filed, dispatch logs, radio chatter, dashcam/MVR footage, emails, texts, and all records regarding the actions of Trooper Kurt Ziegenhorn on Wednesday December 4, 2014. Specifically, but not limited to, an incident at approximately 1:40 pm at a Walmart in Searcy, Ar.

   I also request all emails sent and received to and from Trooper Ziegenhorn between the dates of November 29, 2014 and today, December 5, 2016.

   I also request a copy of any policy and procedures regarding the Arkansas State Police Facebook page, and a list of people with administrative access to the page during the week of September 11-17, 2016, with dates and times every person was accessing that page in an administrative capacity.

   I request all information be delivered electronically to this email (drwtanner@gmail.com) and physical copies mailed to 815 W Cherry Ave, Searcy, Ar. 72143.

   I would appreciate notification of receipt of this request and an estimated time of compliance.

Sincerely,
James A. Tanner



### State of Arkansas

# ARKANSAS STATE POLICE

One State Police Plaza Drive       Little Rock, Arkansas 72209-4822       www.asp.arkansas.gov

*"SERVING WITH PRIDE AND DISTINCTION SINCE 1935"*

**Asa Hutchinson**
*Governor*

**William J. Bryant**
*Director*

**ARKANSAS
STATE POLICE
COMMISSION**

Frank Guinn, Jr.
Chairman
*Paragould*

Dr. Lewis Shepherd
Vice-Chairman
*Arkadelphia*

John Allison
Secretary
*Conway*

Bob Burns
*Little Rock*

Jane Dunlap-Christenson
*Harrison*

Neff Basore
*Bella Vista*

Bill Benton
*Heber Springs*

December 6, 2016

Ms. Yessica Jones
Arkansas Department of Information Systems
One Capitol Mall
Little Rock, Arkansas  72201

Dear Ms. Jones:

The Arkansas State Police is in the process of compiling records that have been requested under the provisions of Arkansas Code Annotated §25-19-105 (The Arkansas Freedom of Information Act).  The request originated from an Arkansas resident identified as Drew Tanner.

In an effort to comply with the request for particular records, I'm asking for your department's assistance relating to emails in the possession of the Department of Information Systems, specifically all emails sent from or to Arkansas State Trooper Kurt Ziegenhorn between November 29, 2014 and December 6, 2016

My request specifically is 1.) Can you provide me with a physical count, stating how many emails collectively will have to be off-loaded from the DIS servers that meet the criteria of the FOIA request? 2.) Can DIS provide me a printed copy of each email? and 3.) What costs will be incurred by the Arkansas State Police as we move forward with fulfilling the FOIA request?

Sincerely,

William J. Bryant
Colonel

cc: Tony Black – DIS Chief Counsel
    16-384

| From: | Bill Sadler |
|---|---|
| To: | Drew Tanner |
| Subject: | tanner_ziegenhorn_folo ii_01022017 |
| Date: | Monday, January 02, 2017 3:31:25 PM |

It appears the total number of records identified through your request of December 5, 2016 may well exceed 8,000 to 10,000 pages.  An estimate of the total number is presently unavailable.  The vast majority of the records is attributed to emails identified through the public records request.

Consistent with Arkansas public records laws, a copying fee of 5-cents per page will need to be collected in advance. (*See Arkansas Code Annotated §25-19-105(d)(3) with respect to copying costs).

Furthermore, in accordance with ACA §25-19-109(b)(1)(2), you will be expected to pay an hourly rate not to exceed the salary of the lowest paid employee assigned to the task for copying and redaction which is expected to consume possibly one month or longer.

Again, the costs will need to be collected in advance.  Preliminary estimates indicate the charges could well exceed $1,250 - $1,500.

Before proceeding I will need to be provided assurances you wish to proceed.  Meanwhile, I will attempt to produce a better estimate of costs.


Bill Sadler
**Arkansas State Police  -  Public Information Officer**
**One State Police Plaza Drive - Little Rock, Arkansas   72209**
**(501) 618-8230  -  http://www.asp.state.ar.us/**

| | |
|---|---|
| **From:** | Bill Sadler |
| **To:** | Drew Tanner |
| **Subject:** | tanner_ziegenhorn_folo |
| **Date:** | Wednesday, December 14, 2016 6:42:21 AM |
| **Attachments:** | tanner_ziegenhorn_dis_email_followup_1-10-2016.pdf |

Mr. Tanner I was contacted by Trooper Chapman on Tuesday afternoon reporting to me your telephone call.

For your convenience I have attached a copy of my response to you sent on December 7th.

Aside from emails, no records have been identified in a search that is applicable to your request.

Meanwhile, the Arkansas Department of Information Systems is searching state computer servers for emails that may be applicable to your request.

Once a final report is received from DIS, work will begin to review the emails and apply redactions as prescribed by Arkansas laws.

Bill Sadler
**Arkansas State Police  -  Public Information Officer**
**One State Police Plaza Drive - Little Rock, Arkansas   72209**
**(501) 618-8230  -**  http://www.asp.state.ar.us/


**From:** Drew Tanner [mailto:drwtanner@gmail.com]
**Sent:** Wednesday, December 07, 2016 6:56 PM
**To:** Bill Sadler
**Subject:** FOIA Request

December 7, 2016

Mr. Bill Sadler
Public Information
1 State Police Plaza Drive
Little Rock Ar, 72209

Dear Mr. Sadler
     I recently made a FOIA request regarding an incident on "Wednesday December 4, 2014" which contained an error in the date of the incident referred to. It should have read "December 3, 2014". Here is a copy of the request with the corrections made,which I am making again for the correct date, for your record. I apologize for any inconvenience.

     I, James A. Tanner, request any and all information including but not limited to reports filed, dispatch logs, radio chatter, dashcam/MVR footage, emails, texts, and all records

regarding the actions of Trooper Kurt Ziegenhorn on Wednesday December 3, 2014. Specifically, but not limited to, an incident at approximately 1:40 pm at a Walmart in Searcy, Ar.

I also request all emails sent and received to and from Trooper Ziegenhorn between the dates of November 29, 2014 and today, December 5, 2016.

I also request a copy of any policy and procedures regarding the Arkansas State Police Facebook page, and a list of people with administrative access to the page during the week of September 11-17, 2016, with dates and times every person was accessing that page in an administrative capacity.

I request all information be delivered electronically to this email (drwtanner@gmail.com) and physical copies mailed to 815 W Cherry Ave, Searcy, Ar. 72143.

I would appreciate notification of receipt of this request and an estimated time of compliance.

Sincerely,
James A. Tanner

| | |
|---|---|
| **From:** | Bill Sadler |
| **To:** | Drew Tanner |
| **Subject:** | tanner_ziegenhorn_12072016 |
| **Date:** | Wednesday, December 07, 2016 1:25:55 PM |

This correspondence should serve to acknowledge a request from the Arkansas State Police has been directed to the Arkansas Department of Information Systems seeking 1.) an assessment of records that may exist in the form of emails sent or received by Arkansas State Trooper Kurt Ziegenhorn and 2.) identify any applicable costs in downloading records that may be identified.

The search for emails is based on your request as defined in correspondence directed to my office on December 5, 2016. Once DIS officials respond with an assessment, I will update you on a projected timeline to obtain the emails that may be located. I should further remind you that any emails that are retrieved will have to be inspected for redactions consistent with ACA §25-19-105. You will also be apprised of any projected costs applied consistent with the aforementioned statues.

Your December 5th email also identifies records which you previously requested on November 28, 2016. Specifically you've ask for, "all information including but not limited to reports filed, dispatch logs, radio chatter, dashcam/MVR footage, emails, texts, and all records regarding the actions of Trooper Kurt Ziegenhorn on Wednesday December 4, 2014." I direct your attention to my previous response dated November 28, 2016.

As to your latest request, specifically related to Facebook records, no records exist.

Bill Sadler
**Arkansas State Police  -  Public Information Officer**
**One State Police Plaza Drive - Little Rock, Arkansas   72209**
**(501) 618-8230  -  http://www.asp.state.ar.us/**

**From:** Drew Tanner [mailto:drwtanner@gmail.com]
**Sent:** Monday, December 05, 2016 6:34 PM
**To:** Bill Sadler
**Subject:** FOIA Request.

December 5, 2016

Mr. Bill Sadler
Public Information
1 State Police Plaza Drive

Little Rock Ar, 72209

Dear Mr. Sadler

   I, James A. Tanner, request any and all information including but not limited to reports filed, dispatch logs, radio chatter, dashcam/MVR footage, emails, texts, and all records regarding the actions of Trooper Kurt Ziegenhorn on Wednesday December 4, 2014. Specifically, but not limited to, an incident at approximately 1:40 pm at a Walmart in Searcy, Ar.

   I also request all emails sent and received to and from Trooper Ziegenhorn between the dates of November 29, 2014 and today, December 5, 2016.

   I also request a copy of any policy and procedures regarding the Arkansas State Police Facebook page, and a list of people with administrative access to the page during the week of September 11-17, 2016, with dates and times every person was accessing that page in an administrative capacity.

   I request all information be delivered electronically to this email (drwtanner@gmail.com) and physical copies mailed to 815 W Cherry Ave, Searcy, Ar. 72143.

   I would appreciate notification of receipt of this request and an estimated time of compliance.

Sincerely,
James A. Tanner



State of Arkansas

# ARKANSAS STATE POLICE

One State Police Plaza Drive        Little Rock, Arkansas 72209-4822        www.asp.arkansas.gov

*"SERVING WITH PRIDE AND DISTINCTION SINCE 1935"*

**Asa Hutchinson**
*Governor*

**William J. Bryant**
*Director*

**ARKANSAS
STATE POLICE
COMMISSION**

Frank Guinn, Jr.
Chairman
*Paragould*

Dr. Lewis Shepherd
Vice-Chairman
*Arkadelphia*

John Allison
Secretary
*Conway*

Bob Burns
*Little Rock*

Jane Dunlap-Christenson
*Harrison*

Neff Basore
*Bella Vista*

Bill Benton
*Heber Springs*

December 6, 2016

Ms. Yessica Jones
Arkansas Department of Information Systems
One Capitol Mall
Little Rock, Arkansas  72201

Dear Ms. Jones:

   The Arkansas State Police is in the process of compiling records that have been requested under the provisions of Arkansas Code Annotated §25-19-105 (The Arkansas Freedom of Information Act).  The request originated from an Arkansas resident identified as Drew Tanner.

   In an effort to comply with the request for particular records, I'm asking for your department's assistance relating to emails in the possession of the Department of Information Systems, specifically all emails sent from or to Arkansas State Trooper Kurt Ziegenhorn between November 29, 2014 and December 6, 2016

   My request specifically is 1.) Can you provide me with a physical count, stating how many emails collectively will have to be off-loaded from the DIS servers that meet the criteria of the FOIA request? 2.) Can DIS provide me a printed copy of each email? and 3.) What costs will be incurred by the Arkansas State Police as we move forward with fulfilling the FOIA request?

Sincerely,

William J. Bryant
Colonel

cc: Tony Black – DIS Chief Counsel
      16-384

| | |
|---|---|
| **From:** | Bill Sadler |
| **To:** | Drew Tanner |
| **Subject:** | tanner_foia requests_01272017 |
| **Date:** | Friday, January 27, 2017 12:35:03 PM |

Arkansas Code Annotated §25-19-105(d)(1)(C) states, "A custodian is not required to compile information or create a record in response to a request" and ACA §25-19-105(a)(1)(C) states, "The request shall be sufficiently specific to enable the custodian to locate the records with reasonable effort".

Bill Sadler
**Arkansas State Police  -  Public Information Officer**
**One State Police Plaza Drive - Little Rock, Arkansas   72209**
**(501) 618-8230  -  http://www.asp.state.ar.us/**


**From:** Drew Tanner [mailto:drwtanner@gmail.com]
**Sent:** Friday, January 27, 2017 12:19 PM
**To:** Bill Sadler
**Subject:** FOIA Request

   Mr Sadler

   I, James A. Tanner request copies of all communications sent and received by all persons regarding all requests for public records made by me. Specifically, requests made on November 21, 2016, December 3, 2016, December 5, 2016, December 7, 2016, and January 20, 2017. Included with the copies of each communication, I request the name(s) of any person(s) who received and/or sent each communication regarding the aforementioned requests,

   James Tanner.

| | |
|---|---|
| **From:** | Bill Sadler |
| **To:** | Drew Tanner |
| **Subject:** | tanner_searcy incident_01202017 |
| **Date:** | Friday, January 20, 2017 12:38:25 PM |
| **Attachments:** | tanner_ziegenhorn_cbcl incident_11282016.pdf |

Mr. Tanner the request submitted today (January 20. 2017) was answered in correspondence directed to you on November 28, 2016 (see attached).

Bill Sadler
**Arkansas State Police  -  Public Information Officer**
**One State Police Plaza Drive - Little Rock, Arkansas   72209**
**(501) 618-8230  -  http://www.asp.state.ar.us/**


**From:** Drew Tanner [mailto:drwtanner@gmail.com]
**Sent:** Friday, January 20, 2017 11:44 AM
**To:** Bill Sadler
**Subject:** FOIA request.

    January 20, 2017.

Mr. Bill Sadler
Public Information
1 State Police Plaza Drive
Little Rock Ar, 72209

Dear Mr. Sadler
    I, James A. Tanner, request any and all information including but not limited to reports filed, dispatch logs, radio chatter, dashcam footage, motor vehicle records, emails, texts, and all other records regarding incidents involving your department and myself (James Tanner) on Saturday, November 29, 2014 and Wednesday December 3, 2014. at a Walmart in Searcy, Ar, and all other records the Arkansas State Police has involving me. I request all information be delivered electronically to this email (drwtanner@gmail.com) and physical copies mailed to 815 W Cherry Ave, Searcy, Ar. 72143. In lieu of physical copies, I can provide a USB drive to store copies of the records and make physical copies myself.
    I would appreciate notification of receipt of this request and an estimated time of compliance.
        If this request is denied, please mail a certified copy of the denial to my address.

Sincerely,
James A. Tanner

| | |
|---|---|
| **From:** | Bill Sadler |
| **To:** | Drew Tanner |
| **Subject:** | tanner_ziegenhorn_chcl incident_11282016 |
| **Date:** | Monday, November 28, 2016 3:12:10 PM |

Mr. Tanner your email of November 21, 2016 has been received and consideration given to your request for copies of particular records.

Specifically you've asked to be provided reports, logs, "radio chatter", "dashcam/MVR" video, emails, and text associated with an incident that occurred at a place of business on December 4, 2014.

A search of department records that may meet the criteria for release as prescribed under Arkansas Code Annotated §25-19-105 has failed to produce an affirmative response.

The search, however, did identify a handwritten complaint you composed and directed by telephone facsimile to the Arkansas State Police Office of Professional Standards. The original copy appears to have been transmitted from a device identified as Harp's (Grocery).

The complaint against Trooper Ziegenhorn was determined to be unfounded and therefore any of the records contained in the file would be exempt (not to be released), other than the original copy which you hold. ACA §25-19-105(c)(1) states, "Notwithstanding subdivision (b)(12) of this section, all employee evaluation or job performance records, including preliminary notes and other materials, shall be open to public inspection only upon final administrative resolution of any suspension or termination proceeding at which the records form a basis for the decision to suspend or terminate the employee and if there is a compelling public interest in their disclosure."

Additionally a memorandum written by Trooper Ziegenhorn relating to a concealed handgun license you held is exempt pursuant to ACA §25-19-105(b)(19). The statute lists particular records considered exempt that are associated with a concealed handgun licensee. In part the statute reads, "Records pertaining to the issuance, renewal, expiration, suspension, or revocation of a license to carry a concealed handgun . . ." It is my understanding from state police attorneys, a copy of the memorandum which was part of a filing with the Pulaski County Circuit Court was obtained by your legal counsel during the course of your appeal hearing and is part of the court record.

Bill Sadler
**Arkansas State Police - Public Information Officer**
**One State Police Plaza Drive - Little Rock, Arkansas 72209**

**(501) 618-8230 -** http://www.asp.state.ar.us/

**From:** Drew Tanner [mailto:drwtanner@gmail.com]
**Sent:** Monday, November 21, 2016 6:58 PM
**To:** Bill Sadler
**Subject:** FOIA request

November 21, 2016

Mr. Bill Sadler
Public Information
1 State Police Plaza Drive
Little Rock Ar, 72209

Dear Mr. Sadler
   I, James A. Tanner, request any and all information including but not limited to reports filed, dispatch logs, radio chatter, dashcam/MVR footage, emails, texts, and all records regarding the actions of Trooper Kurt Ziegenhorn on Wednesday December 4, 2014. Specifically, but not limited to, an incident at approximately 1:40 pm at a Walmart in Searcy, Ar. I request all information be delivered electronically to this email (drwtanner@gmail.com) and physical copies mailed to 815 W Cherry Ave, Searcy, Ar. 72143.
   I would appreciate notification of receipt of this request and an estimated time of compliance.

Sincerely,
James A. Tanner

| | |
|---|---|
| **From:** | Bill Sadler |
| **To:** | Drew Tanner |
| **Subject:** | tanner_searcy incident_01232017 |
| **Date:** | Monday, January 23, 2017 3:08:05 PM |

The Arkansas State Police has complied with your request.  See Arkansas Code Annotated §25-19-105 (a)(1)(A) which states, "Except as otherwise specifically provided by this section or by laws specifically enacted to provide otherwise, all public records shall be open to inspection and copying by any citizen of the State of Arkansas during the regular business hours of the custodian of the records."

Bill Sadler
**Arkansas State Police  -  Public Information Officer**
**One State Police Plaza Drive - Little Rock, Arkansas   72209**
**(501) 618-8230  -  http://www.asp.state.ar.us/**

**From:** Drew Tanner [mailto:drwtanner@gmail.com]
**Sent:** Monday, January 23, 2017 2:52 PM
**To:** Bill Sadler
**Subject:** Re: tanner_searcy incident_01202017

Are you saying that there aren't any reports to release? Meaning your department had interactions with me on 2 different occasions, including a uniformed trooper placing me in handcuffs and confiscating my CHCL, and subsequently me being arrested for action involving those interactions and no reports were filed by the trooper?

Or are you saying you are denying the release of those reports because they are included in a file that is a personnel and evaluation records?

On Fri, Jan 20, 2017 at 2:33 PM, Drew Tanner <drwtanner@gmail.com> wrote:
It was a different request,  worded similarly. You should actually read it.

On Jan 20, 2017 12:38 PM, "Bill Sadler" <bill.sadler@asp.arkansas.gov> wrote:
Mr. Tanner the request submitted today (January 20. 2017) was answered in correspondence directed to you on November 28, 2016 (see attached).

Bill Sadler
**Arkansas State Police  -  Public Information Officer**
**One State Police Plaza Drive - Little Rock, Arkansas   72209**
(501) 618-8230  -  http://www.asp.state.ar.us/

**From:** Drew Tanner [mailto:drwtanner@gmail.com]
**Sent:** Friday, January 20, 2017 11:44 AM
**To:** Bill Sadler

**Subject:** FOIA request.

January 20, 2017.

Mr. Bill Sadler
Public Information
1 State Police Plaza Drive
Little Rock Ar, 72209

Dear Mr. Sadler
    I, James A. Tanner, request any and all information including but not limited to reports filed, dispatch logs, radio chatter, dashcam footage, motor vehicle records, emails, texts, and all other records regarding incidents involving your department and myself (James Tanner) on Saturday, November 29, 2014 and Wednesday December 3, 2014. at a Walmart in Searcy, Ar, and all other records the Arkansas State Police has involving me. I request all information be delivered electronically to this email (drwtanner@gmail.com) and physical copies mailed to 815 W Cherry Ave, Searcy, Ar. 72143. In lieu of physical copies, I can provide a USB drive to store copies of the records and make physical copies myself.
    I would appreciate notification of receipt of this request and an estimated time of compliance.
    If this request is denied, please mail a certified copy of the denial to my address.

Sincerely,
James A. Tanner

| | |
|---|---|
| **From:** | Bill Sadler |
| **To:** | 'Drew Tanner' |
| **Subject:** | tanner_ziegenhorn_email_11272017 |
| **Date:** | Monday, November 27, 2017 10:52:28 AM |
| **Attachments:** | tanner_renewed_foia.pdf |

Mr. Tanner your request for particular records appears to mirror a similar request of November 2016.

Please see the attached response we provided you earlier this year.

Should you decide to move forward with the request, we will ask for the projected costs to be paid in advance.

**Bill Sadler**
**Arkansas State Police  -  Public Information Officer**
**One State Police Plaza Drive - Little Rock, Arkansas   72209**
**(501) 618-8230 -  http://www.asp.state.ar.us/**

**From:** Drew Tanner [mailto:drwtanner@gmail.com]
**Sent:** Tuesday, November 21, 2017 6:40 PM
**To:** Bill Sadler
**Subject:** FOIA Request

November 21, 2017

Mr. Bill Sadler
Public Information
1 State Police Plaza Drive
Little Rock Ar, 72209

Dear Mr. Sadler
    I, James A. Tanner, request copies of all emails sent and received by Trooper Kurt Ziegenhorn between the dates of November 29, 2014 and November 21, 2017.
    I request all information be delivered electronically to this email (drwtanner@gmail.com) and physical copies mailed to 815 W Cherry Ave, Searcy AR, 72143.
    I would appreciate notification of receipt of this request and an estimated time of compliance.

Sincerely,
James A. Tanner

| From: | Bill Sadler |
|---|---|
| To: | Drew Tanner |
| Subject: | tanner_ziegenhorn_folo ii_01022017 |
| Date: | Monday, January 02, 2017 3:31:25 PM |

It appears the total number of records identified through your request of December 5, 2016 may well exceed 8,000 to 10,000 pages.  An estimate of the total number is presently unavailable.  The vast majority of the records is attributed to emails identified through the public records request.

Consistent with Arkansas public records laws, a copying fee of 5-cents per page will need to be collected in advance. (*See Arkansas Code Annotated §25-19-105(d)(3) with respect to copying costs).

Furthermore, in accordance with ACA §25-19-109(b)(1)(2), you will be expected to pay an hourly rate not to exceed the salary of the lowest paid employee assigned to the task for copying and redaction which is expected to consume possibly one month or longer.

Again, the costs will need to be collected in advance.  Preliminary estimates indicate the charges could well exceed $1,250 - $1,500.

Before proceeding I will need to be provided assurances you wish to proceed.  Meanwhile, I will attempt to produce a better estimate of costs.

Bill Sadler
**Arkansas State Police  -  Public Information Officer**
**One State Police Plaza Drive - Little Rock, Arkansas   72209**
**(501) 618-8230  -  http://www.asp.state.ar.us/**

| From: | Bill Sadler |
|---|---|
| To: | "Drew Tanner" |
| Subject: | tanner_ziegenhorn_emails_folo_11282017 |
| Date: | Tuesday, November 28, 2017 11:25:53 AM |

The emails do not exist in a format which the Arkansas State Police can retrieve internally.  This will involve a download from the Arkansas Department of Information Systems, printed, then redacted.  Again, the broad timeline of emails will entail weeks of review and redaction.

**Bill Sadler**
**Arkansas State Police  -  Public Information Officer**
**One State Police Plaza Drive - Little Rock, Arkansas   72209**
**(501) 618-8230  -**  http://www.asp.state.ar.us/


**From:** Drew Tanner [mailto:drwtanner@gmail.com]
**Sent:** Tuesday, November 28, 2017 10:55 AM
**To:** Bill Sadler
**Subject:** Re: tanner_ziegenhorn_emails_folo_11282017

    "in a particular manner or medium and may agree to provide the data in an electronic format to which it is not readily convertible."

25-19-109 only applies if i'm requesting the information in a particular manner, medium, or format that is not readily convertible.

    On Tue, Nov 28, 2017 at 10:49 AM, Bill Sadler <bill.sadler@asp.arkansas.gov> wrote:
My response to you yesterday (in the attachment) cited Arkansas Code Annotated §25-19-109 which states,

(a)(1) At his or her discretion, a custodian may agree to summarize, compile, or tailor electronic data in a particular manner or medium and may agree to provide the data in an electronic format to which it is not readily convertible.
(2) Where the cost and time involved in complying with the requests are relatively minimal, custodians should agree to provide the data as requested.
(b)(1) If the custodian agrees to a request, the custodian may charge the actual, verifiable costs of personnel time exceeding two (2) hours associated with the tasks, in addition to copying costs authorized by § 25-19-105(d)(3).
(2) The charge for personnel time shall not exceed the salary of the lowest paid employee or contractor who, in the discretion of the custodian, has the necessary skill and training to respond to the request.
(c) The custodian shall provide an itemized breakdown of charges under subsection (b) of this section.

**Bill Sadler**

**Arkansas State Police  -  Public Information Officer**
**One State Police Plaza Drive - Little Rock, Arkansas   72209**
(501) 618-8230  -  http://www.asp.state.ar.us/


**From:** Drew Tanner [mailto:drwtanner@gmail.com]
**Sent:** Tuesday, November 28, 2017 10:43 AM
**To:** Bill Sadler
**Subject:** Re: tanner_ziegenhorn_email_11272017

Mr. Sadler

You are required by the FOIA law (25-19-105(d)(3)(B)) to provide an itemized breakdown of all the costs. Also, according to 25-19-105(d)(3)(A), "the fees shall not exceed the actual cost for reproduction, including the costs of the medium of reproduction, supplies, equipment, and maintenance, but NOT including existing agency personnel time associated with searching for, retrieving, reviewing, or copying the records," and "If it is necessary to separate exempt from nonexempt information in order to permit a citizen to inspect, copy, or obtain copies of public records, the custodian shall bear the cost of the separation." (25-19-105(f)(4)).

On Mon, Nov 27, 2017 at 5:01 PM, Bill Sadler <bill.sadler@asp.arkansas.gov> wrote:
Please read the response carefully.  The bulk of the work will not be copying, rather the assimilation of the records, then the hours of review for each email and redaction time.

**Bill Sadler**
**Arkansas State Police  -  Public Information Officer**
**One State Police Plaza Drive - Little Rock, Arkansas   72209**
(501) 618-8230  -  http://www.asp.state.ar.us/


**From:** Drew Tanner [mailto:drwtanner@gmail.com]
**Sent:** Monday, November 27, 2017 4:54 PM
**To:** Bill Sadler
**Subject:** Re: tanner_ziegenhorn_email_11272017

If i provide a flash (USB) drive, would that cut costs?

On Nov 27, 2017 10:52 AM, "Bill Sadler" <bill.sadler@asp.arkansas.gov> wrote:
Mr. Tanner your request for particular records appears to mirror a similar request of November 2016.

Please see the attached response we provided you earlier this year.

Should you decide to move forward with the request, we will ask for the projected costs to be paid in advance.

**Bill Sadler**
**Arkansas State Police  -  Public Information Officer**

**One State Police Plaza Drive - Little Rock, Arkansas   72209**
(501) 618-8230 - http://www.asp.state.ar.us/

**From:** Drew Tanner [mailto:drwtanner@gmail.com]
**Sent:** Tuesday, November 21, 2017 6:40 PM
**To:** Bill Sadler
**Subject:** FOIA Request

November 21, 2017

Mr. Bill Sadler
Public Information
1 State Police Plaza Drive
Little Rock Ar, 72209

Dear Mr. Sadler

   I, James A. Tanner, request copies of all emails sent and received by Trooper Kurt Ziegenhorn between the dates of November 29, 2014 and November 21, 2017.

   I request all information be delivered electronically to this email (drwtanner@gmail.com) and physical copies mailed to 815 W. Cherry Ave. Searcy AR, 72143.

   I would appreciate notification of receipt of this request and an estimated time of compliance.

Sincerely,
James A. Tanner

| From: | Bill Sadler |
|---|---|
| To: | Drew Tanner |
| Subject: | tanner_ziegenhorn_folo ii_01022017 |
| Date: | Monday, January 02, 2017 3:31:25 PM |

It appears the total number of records identified through your request of December 5, 2016 may well exceed 8,000 to 10,000 pages.  An estimate of the total number is presently unavailable.  The vast majority of the records is attributed to emails identified through the public records request.

Consistent with Arkansas public records laws, a copying fee of 5-cents per page will need to be collected in advance. (*See Arkansas Code Annotated §25-19-105(d)(3) with respect to copying costs).

Furthermore, in accordance with ACA §25-19-109(b)(1)(2), you will be expected to pay an hourly rate not to exceed the salary of the lowest paid employee assigned to the task for copying and redaction which is expected to consume possibly one month or longer.

Again, the costs will need to be collected in advance.  Preliminary estimates indicate the charges could well exceed $1,250 - $1,500.

Before proceeding I will need to be provided assurances you wish to proceed.  Meanwhile, I will attempt to produce a better estimate of costs.

Bill Sadler
**Arkansas State Police  -  Public Information Officer**
**One State Police Plaza Drive - Little Rock, Arkansas   72209**
**(501) 618-8230 -** http://www.asp.state.ar.us/

Case 4:17-cv-00780-DPM Document 20-4 Filed 09/20/18 Page 18 of 28

 Gmail

**Drew Tanner <drwtanner@gmail.com>**

## tanner_foia requests_01272017

**Bill Sadler** <bill.sadler@asp.arkansas.gov>
To: Drew Tanner <drwtanner@gmail.com>

Fri, Jan 27, 2017 at 12:35 PM

Arkansas Code Annotated §25-19-105(d)(1)(C) states, "A custodian is not required to compile information or create a record in response to a request" and ACA §25-19-105(a)(1)(C) states, "The request shall be sufficiently specific to enable the custodian to locate the records with reasonable effort".

**Bill Sadler**

**Arkansas State Police  -  Public Information Officer**

**One State Police Plaza Drive - Little Rock, Arkansas  72209**

**(501) 618-8230  -  http://www.asp.state.ar.us/**

**From:** Drew Tanner [mailto:drwtanner@gmail.com]
**Sent:** Friday, January 27, 2017 12:19 PM
**To:** Bill Sadler
**Subject:** FOIA Request

Mr Sadler

I, James A. Tanner request copies of all communications sent and received by all persons regarding all requests for public records made by me. Specifically, requests made on November 21, 2016, December 3, 2016, December 5, 2016, December 7, 2016, and January 20, 2017. Included with the copies of each communication, I request the name(s) of any person(s) who received and/or sent each communication regarding the aforementioned requests,

James Tanner.

Plaintiff's Exhibit
C

 Gmail

Drew Tanner <drwtanner@gmail.com>

---

## tanner_searcy incident_01232017

---

**Bill Sadler** <bill.sadler@asp.arkansas.gov>        Mon, Jan 23, 2017 at 3:08 PM
To: Drew Tanner <drwtanner@gmail.com>

     The Arkansas State Police has complied with your request. See Arkansas Code Annotated §25-19-105 (a)(1)(A) which states, "Except as otherwise specifically provided by this section or by laws specifically enacted to provide otherwise, all public records shall be open to inspection and copying by any citizen of the State of Arkansas during the regular business hours of the custodian of the records."

**Bill Sadler**

**Arkansas State Police - Public Information Officer**

**One State Police Plaza Drive - Little Rock, Arkansas 72209**

**(501) 618-8230 - http://www.asp.state.ar.us/**

**From:** Drew Tanner [mailto:drwtanner@gmail.com]
**Sent:** Monday, January 23, 2017 2:52 PM
**To:** Bill Sadler
**Subject:** Re: tanner_searcy incident_01202017

     Are you saying that there aren't any reports to release? Meaning your department had interactions with me on 2 different occasions, including a uniformed trooper placing me in handcuffs and confiscating my CHCL, and subsequently me being arrested for action involving those interactions and no reports were filed by the trooper?

     Or are you saying you are denying the release of those reports because they are included in a file that is a personnel and evaluation records?

On Fri, Jan 20, 2017 at 2:33 PM, Drew Tanner <drwtanner@gmail.com> wrote:

It was a different request, worded similarly. You should actually read it.

On Jan 20, 2017 12:38 PM, "Bill Sadler" <bill.sadler@asp.arkansas.gov> wrote:

Mr. Tanner the request submitted today (January 20. 2017) was answered in correspondence directed to you on November 28, 2016 (see attached).


**Bill Sadler**

**Arkansas State Police  -  Public Information Officer**

**One State Police Plaza Drive - Little Rock, Arkansas   72209**

**(501) 618-8230  -  http://www.asp.state.ar.us/**




**From:** Drew Tanner [mailto:drwtanner@gmail.com]
**Sent:** Friday, January 20, 2017 11:44 AM
**To:** Bill Sadler
**Subject:** FOIA request.


     January 20, 2017.

Mr. Bill Sadler
Public Information
1 State Police Plaza Drive
Little Rock Ar, 72209

Dear Mr. Sadler
    I, James A. Tanner, request any and all information including but not limited to reports filed, dispatch logs, radio chatter, dashcam footage, motor vehicle records, emails, texts, and all other records regarding incidents involving your department and myself (James Tanner) on Saturday, November 29, 2014 and Wednesday December 3, 2014. at a Walmart in Searcy, Ar, and all other records the Arkansas State Police has involving me. I request all information be delivered electronically to this email (drwtanner@gmail.com) and physical copies mailed to 815 W Cherry Ave, Searcy, Ar. 72143. In lieu of physical copies, I can provide a USB drive to store copies of the records and make physical copies myself.
    I would appreciate notification of receipt of this request and an estimated time of compliance.

     If this request is denied, please mail a certified copy of the denial to my address.


Sincerely,
James A. Tanner

 Gmail

**Drew Tanner <drwtanner@gmail.com>**

---

## tanner_ziegenhorn_folo ii_01022017

---

**Bill Sadler** <bill.sadler@asp.arkansas.gov>                              Mon, Jan 2, 2017 at 3:31 PM
To: Drew Tanner <drwtanner@gmail.com>

It appears the total number of records identified through your request of December 5, 2016 may well exceed 8,000 to 10,000 pages. An estimate of the total number is presently unavailable. The vast majority of the records is attributed to emails identified through the public records request.

Consistent with Arkansas public records laws, a copying fee of 5-cents per page will need to be collected in advance. (*See Arkansas Code Annotated §25-19-105(d)(3) with respect to copying costs).

Furthermore, in accordance with ACA §25-19-109(b)(1)(2), you will be expected to pay an hourly rate not to exceed the salary of the lowest paid employee assigned to the task for copying and redaction which is expected to consume possibly one month or longer.

Again, the costs will need to be collected in advance. Preliminary estimates indicate the charges could well exceed $1,250 - $1,500.

Before proceeding I will need to be provided assurances you wish to proceed. Meanwhile, I will attempt to produce a better estimate of costs.

**Bill Sadler**

**Arkansas State Police - Public Information Officer**

**One State Police Plaza Drive - Little Rock, Arkansas 72209**

(501) 618-8230 - http://www.asp.state.ar.us/

 Gmail

**Drew Tanner <drwtanner@gmail.com>**

## tanner_ziegenhorn_folo

**Bill Sadler** <bill.sadler@asp.arkansas.gov>                                    Wed, Dec 14, 2016 at 6:42 AM
To: Drew Tanner <drwtanner@gmail.com>

Mr. Tanner I was contacted by Trooper Chapman on Tuesday afternoon reporting to me
your telephone call.

For your convenience I have attached a copy of my response to you sent on December
7th.

Aside from emails, no records have been identified in a search that is applicable to your
request.

Meanwhile, the Arkansas Department of Information Systems is searching state computer
servers for emails that may be applicable to your request.

Once a final report is received from DIS, work will begin to review the emails and apply
redactions as prescribed by Arkansas laws.

Bill Sadler

Arkansas State Police  - Public Information Officer

One State Police Plaza Drive - Little Rock, Arkansas  72209

(501) 618-8230  -  http://www.asp.state.ar.us/

**From:** Drew Tanner [mailto:drwtanner@gmail.com]
**Sent:** Wednesday, December 07, 2016 6:56 PM
**To:** Bill Sadler
**Subject:** FOIA Request

December 7, 2016


Mr. Bill Sadler
Public Information
1 State Police Plaza Drive
Little Rock Ar, 72209


Dear Mr. Sadler

     I recently made a FOIA request regarding an incident on "Wednesday December 4, 2014" which contained an error in the date of the incident referred to. It should have read "December 3, 2014". Here is a copy of the request with the corrections made,which I am making again for the correct date, for your record. I apologize for any inconvenience.

     I, James A. Tanner, request any and all information including but not limited to reports filed, dispatch logs, radio chatter, dashcam/MVR footage, emails, texts, and all records regarding the actions of Trooper Kurt Ziegenhorn on Wednesday December 3, 2014. Specifically, but not limited to, an incident at approximately 1:40 pm at a Walmart in Searcy, Ar.

     I also request all emails sent and received to and from Trooper Ziegenhorn between the dates of November 29, 2014 and today, December 5, 2016.

     I also request a copy of any policy and procedures regarding the Arkansas State Police Facebook page, and a list of people with administrative access to the page during the week of September 11-17, 2016, with dates and times every person was accessing that page in an administrative capacity.

     I request all information be delivered electronically to this email (drwtanner@gmail.com) and physical copies mailed to 815 W Cherry Ave, Searcy, Ar. 72143.

     I would appreciate notification of receipt of this request and an estimated time of compliance.


Sincerely,
James A. Tanner


---

   📄 **tanner_ziegenhorn_dis_email_facebook_12072016.pdf**
     90K

 Gmail

Drew Tanner <drwtanner@gmail.com>

---

## Fwd: tanner_ziegenhorn_12072016

Drew Tanner <drwtanner@gmail.com>                                    Sat, Jul 29, 2017 at 8:49 PM
To: william.hyman@gmail.com

———— Forwarded message ————
From: "Bill Sadler" <bill.sadler@asp.arkansas.gov>
Date: Dec 7, 2016 1:25 PM
Subject: tanner_ziegenhorn_12072016
To: "Drew Tanner" <drwtanner@gmail.com>
Cc:

   This correspondence should serve to acknowledge a request from the Arkansas State Police has been directed to the Arkansas Department of Information Systems seeking 1.) an assessment of records that may exist in the form of emails sent or received by Arkansas State Trooper Kurt Ziegenhorn and 2.) identify any applicable costs in downloading records that may be identified.


   The search for emails is based on your request as defined in correspondence directed to my office on December 5, 2016.   Once DIS officials respond with an assessment, I will update you on a projected timeline to obtain the emails that may be located.   I should further remind you that any emails that are retrieved will have to be inspected for redactions consistent with ACA §25-19-105.  You will also be apprised of any projected costs applied consistent with the aforementioned statues.


   Your December 5th email also identifies records which you previously requested on November 28, 2016.  Specifically you've ask for, "all information including but not limited to reports filed, dispatch logs, radio chatter, dashcam/MVR footage, emails, texts, and all records regarding the actions of Trooper Kurt Ziegenhorn on Wednesday December 4, 2014."  I direct your attention to my previous response dated November 28, 2016.


   As to your latest request, specifically related to Facebook records, no records exist.


**Bill Sadler**

**Arkansas State Police  -  Public Information Officer**

**One State Police Plaza Drive - Little Rock, Arkansas 72209**

(501) 618-8230 - http://www.asp.state.ar.us/

**From:** Drew Tanner [mailto:drwtanner@gmail.com]
**Sent:** Monday, December 05, 2016 6:34 PM
**To:** Bill Sadler
**Subject:** FOIA Request.

December 5, 2016

Mr. Bill Sadler
Public Information
1 State Police Plaza Drive
Little Rock Ar, 72209

Dear Mr. Sadler

   I, James A. Tanner, request any and all information including but not limited to reports filed, dispatch logs, radio chatter, dashcam/MVR footage, emails, texts, and all records regarding the actions of Trooper Kurt Ziegenhorn on Wednesday December 4, 2014. Specifically, but not limited to, an incident at approximately 1:40 pm at a Walmart in Searcy, Ar.

   I also request all emails sent and received to and from Trooper Ziegenhorn between the dates of November 29, 2014 and today, December 5, 2016.

   I also request a copy of any policy and procedures regarding the Arkansas State Police Facebook page, and a list of people with administrative access to the page during the week of September 11-17, 2016, with dates and times every person was accessing that page in an administrative capacity.

   I request all information be delivered electronically to this email (drwtanner@gmail.com) and physical copies mailed to 815 W Cherry Ave, Searcy, Ar. 72143.

   I would appreciate notification of receipt of this request and an estimated time of compliance.

Sincerely,
James A. Tanner

 Gmail

<div align="right">Drew Tanner &lt;drwtanner@gmail.com&gt;</div>

## tanner_drew_ziegenhorn_12062016

**Bill Sadler** &lt;bill.sadler@asp.arkansas.gov&gt;                    Tue, Dec 6, 2016 at 8:00 AM
To: Drew Tanner &lt;drwtanner@gmail.com&gt;

Your request was received, however, the Arkansas State Police is not in custodianship of emails. All emails of this agency are in the custody of the Arkansas Department of Information Systems. A request will be made to determine if any records exist.

If any emails are obtained through DIS, the records will have to be reviewed for applicable redactions pursuant to the statutes under ACA §25-19-105.

With respect to you other requests, a search is underway for any applicable records.

Until records are located, and reviewed for possible redactions, I cannot offer you at this time any accurate expectation of when an affirmative response may be available.

**Bill Sadler**

**Arkansas State Police  -  Public Information Officer**

**One State Police Plaza Drive - Little Rock, Arkansas  72209**

**(501) 618-8230  -  http://www.asp.state.ar.us/**

**From:** Drew Tanner [mailto:drwtanner@gmail.com]
**Sent:** Monday, December 05, 2016 6:34 PM
**To:** Bill Sadler
**Subject:** FOIA Request.

December 5, 2016

Mr. Bill Sadler

11/25/2017
Case 4:17-cv-00780-DPM Document 20-4 Filed 09/20/18 Page 33 of 34
Gmail - tanner_ziegenhorn_chcl incident_11282016

 Gmail

Drew Tanner <drwtanner@gmail.com>

## tanner_ziegenhorn_chcl incident_11282016

**Bill Sadler** <bill.sadler@asp.arkansas.gov>
To: Drew Tanner <drwtanner@gmail.com>

Mon, Nov 28, 2016 at 3:12 PM

Mr. Tanner your email of November 21, 2016 has been received and consideration given to your request for copies of particular records.

Specifically you've asked to be provided reports, logs, "radio chatter", "dashcam/MVR" video, emails, and text associated with an incident that occurred at a place of business on December 4, 2014.

A search of department records that may meet the criteria for release as prescribed under Arkansas Code Annotated §25-19-105 has failed to produce an affirmative response.

The search, however, did identify a handwritten complaint you composed and directed by telephone facsimile to the Arkansas State Police Office of Professional Standards. The original copy appears to have been transmitted from a device identified as Harp's (Grocery).

The complaint against Trooper Ziegenhorn was determined to be unfounded and therefore any of the records contained in the file would be exempt (not to be released), other than the original copy which you hold. ACA §25-19-105(c)(1) states, "Notwithstanding subdivision (b)(12) of this section, all employee evaluation or job performance records, including preliminary notes and other materials, shall be open to public inspection only upon final administrative resolution of any suspension or termination proceeding at which the records form a basis for the decision to suspend or terminate the employee and if there is a compelling public interest in their disclosure."

Additionally a memorandum written by Trooper Ziegenhorn relating to a concealed handgun license you held is exempt pursuant to ACA §25-19-105(b)(19). The statute lists particular records considered exempt that are associated with a concealed handgun licensee. In part the statute reads, "Records pertaining to the issuance, renewal, expiration, suspension, or revocation of a license to carry a concealed handgun . . ." It is

my understanding from state police attorneys, a copy of the memorandum which was part of a filing with the Pulaski County Circuit Court was obtained by your legal counsel during the course of your appeal hearing and is part of the court record.

**Bill Sadler**

**Arkansas State Police - Public Information Officer**

**One State Police Plaza Drive - Little Rock, Arkansas 72209**

**(501) 618-8230 - http://www.asp.state.ar.us/**

**From:** Drew Tanner [mailto:drwtanner@gmail.com]
**Sent:** Monday, November 21, 2016 6:58 PM
**To:** Bill Sadler
**Subject:** FOIA request

November 21, 2016

Mr. Bill Sadler
Public Information
1 State Police Plaza Drive
Little Rock Ar, 72209

Dear Mr. Sadler

I, James A. Tanner, request any and all information including but not limited to reports filed, dispatch logs, radio chatter, dashcam/MVR footage, emails, texts, and all records regarding the actions of Trooper Kurt Ziegenhorn on Wednesday December 4, 2014. Specifically, but not limited to, an incident at approximately 1:40 pm at a Walmart in Searcy, Ar. I request all information be delivered electronically to this email (drwtanner@gmail.com) and physical copies mailed to 815 W Cherry Ave, Searcy, Ar. 72143.

I would appreciate notification of receipt of this request and an estimated time of compliance.

Sincerely,
James A. Tanner