IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES ANDREW TANNER                                          PLAINTIFF

v.                       No. 4:17-cv-780-DPM

KURT ZIEGENHORN, in his
individual capacity; BILL BRYANT,
Colonel, in his official capacity;
WILLIAM SADLER, in his individual capacity;
and, JOHN DOE, individually and in
their official capacities                                    DEFENDANTS

## ORDER

For the reasons stated at the 27 September 2018 telephone conference, the motions to stay and quash, № 22, 24, & 27, are denied with directions. (And the Court apologizes to Mr. Adkins for calling him Mr. Reid during the hearing.) To clean up the docket, the first motion to amend, № 20, is denied without prejudice because the second motion, № 21, moots it.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 September 2018