IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
DIVISION

WILLIAM WHITFIELD HYMAN                                          PLAINTIFF

v.                          CASE NO.: CV-17- _147_

Bill Sadler, in his official capacity                           DEFENDANTS
as Public Information Officer for
the Arkansas State Police

### SUMMONS THE STATE OF ARKANSAS TO DEFENDANT:

**BILL SADLER**

**Arkansas State Police - Public Information Officer One State Police Plaza Drive - Little Rock, Arkansas 72209**
**Little Rock, Arkansas 72203**
**(501) 618-8230 (telephone)**

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. The Judge will order a hearing to be held within 7 days of the receipt of this complaint.  Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure. The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

W. WHITFIELD HYMAN, 300 N 6TH STREET, FORT SMITH, AR 72901
FAX: 479-316-2252

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

DENORA COOMER
CLERK OF COURT
Address of Clerk's Office:  901 B St S # 205, Fort Smith, AR 72901

_____ [Signature of Clerk or Deputy Clerk]

Date: ___**FEB 1 0 2017**___ [SEAL]



FILED
FT. SMITH DIST
2017 FEB 10  P 4: 29
CLERK SEB. CO.

IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
CIVIL DIVISION

WILLIAM WHITFIELD HYMAN                                                    PLAINTIFF

v.                              CASE NO.: CV-17- 147

Bill Sadler, in his official capacity                                    DEFENDANTS
as Public Information Officer for
the Arkansas State Police

## AFOIA COMPLAINT AND REQUEST FOR HEARING

COMES NOW, William Whitfield Hyman, Plaintiff of King Law Group, PLLC, and for

his Complaint against The Arkansas State Police and Bill Sadler, Public Information Officer for

the Arkansas State Police, states and alleges as follows:

## NATURE OF THE ACTION

1.  Plaintiff brings this action, an appeal from the denial of rights pursuant to the Arkansas

Freedom of Information Act of 1967, as amended, Ark. Code Ann. § 25-19-101 *et seq.*

("FOIA").

## PARTIES, JURISDICTION AND VENUE

2.  Plaintiff is a resident of Sebastian County, Arkansas and is a citizen of the State of

Arkansas for purposes of FOIA.

3.  All FOIA requests in this suit were made where the Plaintiff resides, in Sebastian County.

4.  Defendant, The Arkansas State Police and its Public Information Officer Bill Sadler, is a

government entity located in Pulaski County, Arkansas.

1

5.   Bill Sadler is employed as the Public Information Officer of the Arkansas State Police. He is the custodian of the records at issue in this Freedom of Information Act (FOIA) action.

6.   This action to enforce compliance with FOIA is properly filed in this Court. *See* Ark. Code Ann. § 25-19-107(a) ("Any citizen denied the rights granted to him or her by this chapter may appeal immediately from the denial to the ... circuit court of the residence of the aggrieved party, if the State of Arkansas or a department, agency, or institution of the state is involved,..").

7.   This Court has jurisdiction over the subject matter of this suit and the parties herein.

8.   Venue in this Court is proper.

### COUNT I

9.     Plaintiff re-alleges and incorporates by reference Paragraphs 1 through 8 as if fully set forth herein.

10. The FOIA action concerns FOIA requests which the Plaintiff sent to Defendants on January 20th, 2017. (See "Plaintiff's Exhibit A" attached hereto.)

11. Plaintiff's FOIA requests sought certain MVR/Dashcam videos that are in possession of the Defendant.

12. Defendant refused to provide or make available for inspection or copying the videos requested by the Plaintiff.

13. Specifically, in a letter from Defendant Bill Sadler, Defendants have refused to comply with the following of Plaintiff's FOIA requests stating the requests are pursuant to an exception under §25-19-105(b)(6) which states "Undisclosed investigations by law enforcement agencies of suspected criminal activity..." are exempt. (See "Plaintiff's Exhibit B" attached hereto.)

14. However, the subject of the FOIA, Deris Robinson, had his criminal investigation closed by arrest on December 28th, 2016 for a DWI and PDP charge. (See "Plaintiff's Exhibit C" attached hereto.)

15. Counsel W. Whitfield Hyman does not represent Deris Robinson in his criminal case, and needs the video for Deris Robinson's Driver's License Control Hearing, in which the hearing officer does not have access to nor the ability to compel documents or other discovery.

## COUNT II

16. Plaintiff re-alleges and incorporates by reference Paragraphs 1 through 15 as if fully set forth herein.

17. The FOIA action concerns FOIA requests which the Plaintiff sent to Defendants on January 26th, 2017. (See "Plaintiff's Exhibit D" attached hereto.)

18. Plaintiff's FOIA requests sought certain MVR/Dashcam videos that are in possession of the Defendant.

19. Defendant refused to provide or make available for inspection or copying the videos requested by the Plaintiff.

20. Specifically, in a letter from Defendant Bill Sadler, Defendants have refused to comply with the following of Plaintiff's FOIA requests stating the requests are pursuant to an exception under §25-19-105(b)(6) which states "Undisclosed investigations by law enforcement agencies of suspected criminal activity..." are exempt. (See "Plaintiff's Exhibit E" attached hereto).

21. However, the subject of the FOIA, Enan Blevins, had his criminal investigation closed by arrest on October 23, 2016 and there are no other suspects to this DWI charge. (See "Plaintiff's Exhibit F" attached hereto.)

## COUNT III

22. Plaintiff re-alleges and incorporates by reference Paragraphs 1 through 21 as if fully set forth herein.

23. The FOIA count concerns a FOIA request Plaintiff sent to Defendant on January 31st, 2017. (See "Plaintiff's Exhibit G" attached hereto.)

24. Plaintiff's FOIA requests sought certain MVR/Dashcam videos for two separate cases that are in possession of the Defendant.

25. Defendant refused to provide or make available for inspection or copying the videos requested by the Plaintiff.

26. Specifically, in a letter from Defendant Bill Sadler, Defendants have refused to comply with the following of Plaintiff's FOIA requests stating the request was not sufficiently detailed as to A.C.A. §25-19-105(a)(1)(C) which states "the request shall be sufficiently specific to enable the custodian to locate the records with reasonable effort." are exempt. (See "Plaintiff's Exhibit H" attached hereto). Defendant requested "the date of arrest, county and location where the arrest occurred, along with a name of the arresting state trooper…" (See again, "Plaintiff's Exhibit H")

27. On January 31st, 2017, Plaintiff re-sent the FOI requests regarding the first FOI subject to Defendant with the specific details requested. (See "Plaintiffs Exhibit I" attached hereto)

28. Defendant never responded to this FOIA request.

4

29. On February 2nd, 2017, Plaintiff requested an update from Defendant regarding this request.  (See "Plaintiffs Exhibit J" attached hereto)

30. As of the date and time of this action, Defendant has failed to timely answer the subsequent complete FOIA requests under Ark. Code Ann. § 25-19-105(e):  "If a public record is in active use or storage and therefore not available at the time a citizen asks to examine it, the custodian shall certify this fact in writing to the applicant and set a date and hour within three (3) working days at which time the record will be available for the exercise of the right given by this chapter."

31. Counsel W. Whitfield Hyman represents Anthony Shaw, subject of the first FOI request made on January 31, 2017, in his criminal case, and needs the videos and report for each subject's defense.

## COUNT IV

32. Plaintiff re-alleges and incorporates by reference Paragraphs 1 through 31 as if fully set forth herein.

33. The FOIA count concerns the second of two FOIA requests which the Plaintiff sent to Defendant on January 31st, 2017. (See again, "Plaintiff's Exhibit G")

34. Plaintiff's FOIA requests sought certain MVR/Dashcam videos for two separate cases that are in possession of the Defendant.

35. Defendant refused to provide or make available for inspection or copying the videos requested by the Plaintiff.

36. Specifically, in a letter from Defendant Bill Sadler, Defendants have refused to comply

with the following of Plaintiff's FOIA requests stating the request was not sufficiently detailed as to A.C.A. §25-19-105(a)(1)(C) which states "the request shall be sufficiently specific to enable the custodian to locate the records with reasonable effort." are exempt. (See again, "Plaintiff's Exhibit H"). Defendant requested "the date of arrest, county and location where the arrest occurred, along with a name of the arresting state trooper..." (See again, "Plaintiff's Exhibit H")

37. On January 31st, 2017, Plaintiff re-sent the FOI requests regarding the second FOI subject to Defendant with the specific details requested. (See "Plaintiffs Exhibit K" attached hereto)

38. Defendant never responded to this FOIA request.

39. On February 2nd, 2017, Plaintiff requested an update from Defendant regarding the second FOI subject sent January 31, 2017. (See "Plaintiffs Exhibit L" attached hereto)

40. As of the date and time of this action, Defendant has failed to timely answer the subsequent complete FOIA requests under Ark. Code Ann. § 25-19-105(e): "If a public record is in active use or storage and therefore not available at the time a citizen asks to examine it, the custodian shall certify this fact in writing to the applicant and set a date and hour within three (3) working days at which time the record will be available for the exercise of the right given by this chapter."

## COUNT V

41. Plaintiff re-alleges and incorporates by reference Paragraphs 1 through 40 as if fully set forth herein.

42. This FOIA count concerns a request the Plaintiff sent to the Defendant on the 6th of

February, 2017 regarding a client of the Plaintiff's, James Andrew Tanner. (See "Plaintiff's Exhibit M").

43.     Defendant responded "No records applicable to your request have been located." (See "Plaintiff's Exhibit M" again)

44.     However, Plaintiff has knowledge that matters subject to this request were the basis for an investigation into potential wrongdoing by Trooper Ziegenhorn, and therefore there must be records that exist on that investigation and proceeding.

## COUNT VI

45.     Plaintiff re-alleges and incorporates by reference Paragraphs 1 through 43 as if fully set forth herein.

46.     This FOIA count concerns a FOIA request made by plaintiff to Defendant on December 1st, 2016. (See Plaintiff's Exhibit N)

47.     Plaintiff's FOIA requests sought certain MVR/Dashcam videos that are in possession of the Defendant.

48.     Defendant refused to provide or make available for inspection or copying the videos requested by the Plaintiff.

49.     Specifically, in a letter from Defendant Bill Sadler, Defendants have refused to comply with the following of Plaintiff's FOIA requests stating the requests are pursuant to an exception under §25-19-105(b)(6) which states "Undisclosed investigations by law enforcement agencies of suspected criminal activity..." are exempt. (See "Plaintiff's Exhibit B" attached hereto.)

50.   Defendant responded that Plaintiff should ask for these items in a Motion for Discovery (See Plaintiff's N).

51.   However, the subject of the FOIA, Dustin Craig, had his criminal investigation closed by arrest or citation for Driving on Suspended License DWI and Carrying a Weapon, and Plaintiff may not file a motion for Discovery in that case because he is not the attorney of record, nor does he want to be.

52.   Defendant was aware that Plaintiff was not the attorney of record in the criminal case, and responded with indifference. (See Plaintiff's Exhibit O).

53.   Plaintiff does not represent Dustin Craig in his criminal case, he represents him in a potential 1983 action against the Trooper who arrested him. Arkansas is a fact pleading state, and under the ethical rules Plaintiff needs to conduct an investigation before filing a lawsuit, therefore Plaintiff needs the video for Dustin Craig's investigation.

## **GROUNDS FOR RELIEF**

54. Plaintiff re-alleges and incorporates by reference Paragraphs 1 through 39 as if fully set forth herein.

55. Pursuant to Ark. Code Ann. § 25-19-105(b)(6), investigation records are protected from FOIA disclosure only if "Undisclosed investigations by law enforcement agencies of suspected criminal activity."

56. The law is clear, "…when Reason for Exemption no Longer Exists, the Exemption cannot be used to Prevent Disclosure. -- The purpose of the law enforcement exemption that

"undisclosed investigation by law enforcement agencies of suspected criminal activity" are not

subject to public inspection is to prevent interference with ongoing investigations, and when a

case is closed by administrative action, the reason for the exemption no longer exists, and

information otherwise covered by the act must be disclosed." McCambridge v. Little Rock, 298

Ark. 219, 223 (Ark. 1989).

57. The Arkansas State Police would be able to deny the FOIA if there were known potential

co-defendants and there was an ongoing investigation into their involvement, however the

underlying charges for all defendants are Possession of Drug Paraphernalia, Possesion of

Instrument of Crime, Possession of a Prohibited Weapon, Possession of Controlled Substance,

and Driving While Intoxicated. See Martin v. Musteen, 303 Ark. 656 (Ark. 1990), "While the

investigation in this case was disclosed to the extent that it was public knowledge that Pinson was

charged with a crime at the time the request for information was made, there was evidence that it

was undisclosed as to other possible defendants. It was, in any event, an "ongoing" investigation

which we recognized in the McCambridge case as the type to be protected. While we recognize

that the definition of "ongoing" is not the same as the definition of "undisclosed," we conclude,

as we recognized in the McCambridge case and as Professor Watkins suggested after our decision

in the City of Fayetteville case, that the general assembly meant to protect ongoing criminal

investigations being conducted by law enforcement agencies."

58. As the Arkansas Attorney General has previously opined on an exceedingly similar

situation as here, the videos sought by Plaintiff would not constitute an undisclosed or ongoing

investigation.  The public's interest in disclosure of the videos requested far outweighs any

possible open investigation that the requests may implicate. See Opinion No. 98-151, "The question of whether a particular investigation is "ongoing" is a question of fact that must be decided on a case-by-case basis. Op. Att'y Gen. No. 93-156. This determination may entail an in camera review by the court deciding the case. See <u>Johnson v. Stodola</u>, 316 Ark. 423. If it is factually determined that the investigation of the juvenile about which you have inquired is "ongoing," the records of that investigation can be withheld from disclosure under the authority of the above-quoted investigation exemption."

59. In <u>Arkansas State Police v. Wren</u>, another case wherein Defendant Bill Sadler failed to timely respond to a FOIA request and instead offered an insufficient reason for exemption, the Arkansas Court of Appeals held that the ASP must comply with the FOIA request.  2016 Ark. 188 (2016).

60. It stands that the statutory three day period should apply to the subsequent and respective FOIA requests sent to Defendant in Counts III and IV.

61. Pursuant to the FOIA, the Court should order The Arkansas State Police and Bill Sadler to produce or make available for inspection and copying the videos and other materials requested by Plaintiff in this complaint and accompanying exhibits attached hereto.

62. Pursuant to Ark. Code Ann. § 25-19-107, this Court should find that Plaintiff is a substantially prevailing party as to each respective count of this action.

## <u>REQUEST FOR HEARING</u>

63. Pursuant to Ark. Code Ann. § 25-19-107(b), Plaintiff is entitled to a hearing within seven days of the filing of this Complaint, where this Court should make a finding that Plaintiff is a

10

substantially prevailing for each Count.

WHEREFORE, Plaintiff W. Whitfield Hyman prays that the Court set a hearing within

seven days; order Defendants to make available the videos requested in Plaintiff's FOIA requests;

declare Plaintiff a substantially prevailing party; and grant Plaintiff all other proper relief.

Respectfully submitted,
W. Whitfield Hyman

By:

W. Whitfield Hyman, ARKBAR 2013237
King Law Group, PLLC
300 N 6th Street
Fort Smith Arkansas, 72901
P: (479) 782-1125 F: (479) 316-2252
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, W. Whitfield Hyman, hereby certify a true and correct copy of this complaint and a summons
will be served by the Pulaski County Sheriff's Department, a Process Server, or via U.S. Mail,
return receipt requested, upon the following parties as of the date of issuance of the summons by
the Clerk of this Court:

Arkansas State Police % Public Information Officer Bill Sadler, Arkansas State Police One State
Police Plaza Little Rock, AR 72209

W. Whitfield Hyman, Attorney                              2/10/2017

11

 Gmail                                                    William Hyman <william.hyman@gmail.com>

## Freedom of Information Act Request
1 message

**Whitfield Hyman** <william.hyman@gmail.com>                    Fri, Jan 20, 2017 at 12:14 PM
To: Bill Sadler <bill.sadler@asp.arkansas.gov>

Arkansas State Police
One State Police Plaza Drive - Little Rock, Arkansas 72209
Email: bill.sadler@asp.arkansas.gov

FOIA Request:

Under the provisions of the Arkansas Freedom of Information Act, I am requesting the following records in possession of
your department before they are destroyed.

Name: Deris Diondrae Robinson
DOB: 07/12/1974
Date of Arrest: December 28, 2016 at about 9:30 p.m.

Any surveillance footage from the dashcam/mobile vehicle recorders, radio chatter, radio logs, any audio evidence, etc. I
am also requesting that because this is related to a license suspension hearing that the information be provided free of
cost, and if costs will be incurred by accessing these records please confirm before the budget exceeds $25.

Please send these records to the or email or address listed below, if there are any questions, please call or email me.
Thank you for your assistance.

Regards,

W. Whitfield Hyman, esq.
William.Hyman@gmail.com
Fax: 4793162252 Cell: 901-413-2625
300 N 6th Street, Fort Smith, Arkansas 72901



PLAINTIFF'S
EXHIBIT

A

 Gmail

**William Hyman <william.hyman@gmail.com>**

## whitfield_hyman_robinson_deris_diondrae_01202017
1 message

**Bill Sadler** <bill.sadler@asp.arkansas.gov>                    Fri, Jan 20, 2017 at 12:29 PM
To: Whitfield Hyman <william.hyman@gmail.com>

Your request should be specific as prescribed under Arkansas Code Annotated §25-19-105 (a)(1)(C). The statute states, "The request shall be sufficiently specific to enable the custodian to locate the records with reasonable effort."

In addition to the date of the arrest and name of the individual arrested, please provide the name of the Arkansas State Trooper who made the arrest, identify the county in which the arrest occurred and any other identifying information relating to the location, and the specific charge brought against the individual. Any other specific information that held in the search of an applicable record will be appreciated.

Bill Sadler

**Arkansas State Police  - Public Information Officer**

**One State Police Plaza Drive - Little Rock, Arkansas   72209**

(501) 618-8230 - http://www.asp.state.ar.us/

**From:** Whitfield Hyman [mailto:william.hyman@gmail.com]
**Sent:** Friday, January 20, 2017 12:14 PM
**To:** Bill Sadler
**Subject:** Freedom of Information Act Request

Arkansas State Police
One State Police Plaza Drive - Little Rock, Arkansas 72209
Email: bill.sadler@asp.arkansas.gov

FOIA Request:

Under the provisions of the Arkansas Freedom of Information Act, I am requesting the following records in possession of your department before they are destroyed.

Name: Dens Diondrae Robinson

DOB: 07/12/1974

Date of Arrest: December 28, 2016 at about 9:30 p.m.


Any surveillance footage from the dashcam/mobile vehicle recorders, radio chatter, radio logs, any audio evidence, etc. I am also requesting that because this is related to a license suspension hearing that the information be provided free of cost, and if costs will be incurred by accessing these records please confirm before the budget exceeds $25.

Please send these records to the or email or address listed below, if there are any questions, please call or email me. Thank you for your assistance.


Regards,

W. Whitfield Hyman, esq.

William.Hyman@gmail.com

Fax: 4793162252 Cell: 901-413-2625

300 N 6th Street, Fort Smith, Arkansas 72901

 Gmail

William Hyman <william.hyman@gmail.com>

## hyman_robinson_deris_folo_01202017

2 messages

**Bill Sadler** <bill.sadler@asp.arkansas.gov>          Fri, Jan 20, 2017 at 3:49 PM
To: William Whitfield Hyman <hyman@arkansaslawking.com>

The investigation associated with this case remains active and therefore any evidentiary record (i.e. video that may exist) is exempt pursuant to Arkansas Code Annotated §25-19105(b)(6). A copy of the radio log is being copied and will be forwarded to you.

Any audio/video recording that may exist can be requested by means of a motion of discovery filed through the court or at the behest of the prosecuting attorney by way correspondence directed to Trooper Ibarra.

Bill Sadler

**Arkansas State Police - Public Information Officer**

**One State Police Plaza Drive - Little Rock, Arkansas 72209**

(501) 618-8230 - http://www.asp.state.ar.us/

**From:** william.hyman@gmail.com [mailto:william.hyman@gmail.com] **On Behalf Of** William Whitfield Hyman
**Sent:** Friday, January 20, 2017 12:56 PM
**To:** Bill Sadler
**Subject:** Deris Robinson clarification

Mr. Sadler,

The trooper was Ben Ibarra. The charges were felony PDP, DWI DRUGS, REFUSAL, an[d] a minor in the 3rd degree. Also, this happened in Franklin County. Please see attached if y[ou] information or email me for clarification.


PLAINTIFF'S EXHIBIT

B

Regards,

Whitfield Hyman

**From:** Whitfield Hyman [mailto:william.hyman@gmail.com]
**Sent:** Friday, January 20, 2017 12:14 PM
**To:** Bill Sadler
**Subject:** Freedom of Information Act Request


Arkansas State Police
One State Police Plaza Drive - Little Rock, Arkansas 72209
Email: bill.sadler@asp.arkansas.gov


FOIA Request:

Under the provisions of the Arkansas Freedom of Information Act, I am requesting the following records in possession of your department before they are destroyed.

Name: Deris Diondrae Robinson
DOB: 07/12/1974
Date of Arrest: December 28, 2016 at about 9:30 p.m.


Any surveillance footage from the dashcam/mobile vehicle recorders, radio chatter, radio logs, any audio evidence, etc. I am also requesting that because this is related to a license suspension hearing that the information be provided free of cost, and if costs will be incurred by accessing these records please confirm before the budget exceeds $25.

Please send these records to the or email or address listed below, if there are any questions, please call or email me. Thank you for your assistance.


**Whitfield Hyman** <william.hyman@gmail.com>                          Fri, Jan 20, 2017 at 5:44 PM
To: Bill Sadler <bill.sadler@asp.arkansas.gov>

Could I please have a certified denial notice?
[Quoted text hidden]



**State of Arkansas**
**Department of Finance**
**And Administration**

**Omnibus DWI Law**
**Official Driver License Receipt and**
**Notice of Suspension/Revocation or**
**Disqualification of Driving Privilege**

**DRIVER CONTROL USE ONLY**
HR☐

DWI –.15 ☐   DWI +.15 ☐   DWI_____ REF_____ DRUGS_____
DUI _____ DUI REF _____                                DENIED ☐
CMV DWI _____ CMV DRU_____ CMV REF _____
DISQ. 1YR ☐   LIFETIME ☐   NON-CMV ☐   ENTERED BY:_____

All information on the front and back of this form is a sworn statement as required under §§-65-102 and §6-65-401.

| Driver | Last Name, | First, | Middle, | Date of Arrest | Time | ☒ A.M. |
| | Robinson | Deris | Diandrae | 12/28/16 | 9:27 | ☐ P.M. |

| Mailing Address | City and County of Arrest |
| 2201 N 14th St #A9 | Franklin Co. |

| City | | Arkansas Driver License Number | | License Class |
| Ponca City | | | | |

| State | | Zip | Out-of-State Driver License Number | State | License Class |
| Ok | | 74601 | J083946382 | Ok | CDC |

| Date of Birth | Race | Sex | Height | Vehicle Tag Number | Vehicle Class |
| 7/12/1974 | B | M | | DKR9640  ME | PC |

This is official notice that the suspension, revocation or disqualification of your driving privilege will begin at midnight of the 30th day from the date of arrest. You have the right to an administrative hearing on the revocation, suspension or disqualification of your driving privilege within twenty (20) days from your request for hearing. You must request a hearing within seven (7) calendar days of this notice being given. The attached request for hearing form contains additional instructions. Your vehicle registrations will be suspended if you are charged with a second or subsequent alcohol related offense within five years of the first. If you hold a commercial driver license your commercial privilege will be disqualified, whether you are in a commercial vehicle or a non-commercial vehicle at the time of arrest.

The officer is required by law to take all license certificates in your possession and, if you have a valid license, issue a temporary license effective for thirty (30) days. You are required to surrender your driver's license if you have it with you. This document is your receipt for the license surrendered.

☐ Yes ☐ No   Driver license, permit, or other evidence of driving privilege surrendered and forwarded with this report.

**Temporary Driver's License**

This document is a temporary driver's license and must be carried with you when driving. This temporary license expires at midnight, 30 days from the date of arrest.

Issue Date: 10/27/16 Class: CDL   End.: Tank   Rest.: N                Organ Donor: ☐ Yes ☐ No

☒ Temporary license issued                  ☐ No temporary license issued

Reason:  ☐ Expired   ☐ Suspended   ☐ Revoked   ☐ No driver license   ☐ Other: _____

By this Notice I am advised that if I am intoxicated or if a chemical test of breath, blood or urine indicates an alcohol concentration of eight-hundredths of one percent (0.08%) or more for DWI offenses, four hundredths of one percent for CDL offenses (0.04%) or two hundredths of one percent for Underage DUI offenses (0.02% through 0.07%) or the presence of other intoxicating substances or combination of substances, my privileges to drive will be revoked, suspended, disqualified or denied as provided for by Arkansas Code Annotated §5-65-103 for DWI, §27-23-112 for CDL or §5-65-304 for Underage DUI and if I refuse to submit to the test or tests, my driving privilege will be revoked, suspended, disqualified or denied as a result of the refusal.

I also acknowledge receipt of this notice of suspension or revocation of my driving privilege and understand that my driving privilege will be suspended, disqualified or revoked 30 days from the arrest date, for a period of time to be determined by the Office of Driver Services based upon the number and type of previous offense(s). I also understand that I have seven (7) calendar days from the date this notice was given to request an administrative hearing.

_X Deris D. Robinson_   12/28/16
Signature of Driver          Date

Law enforcement officer must give a copy of this notice to each person arrested for violating this law even if the person does not have a valid driver license or if they refuse to sign.

☐ Refused to sign   ☐ Unable to sign

Arresting officer must check the applicable boxes
☐ DWI –.15%   ☐ CMV DWI .04% OR INTOX.   ☐ DUI .02% THROUGH .07%
☐ DWI +.15%   ☐ CMV DRUGS   ☐ DUI REFUSAL
☒ DWI DRUGS   ☐ CMV REFUSAL
☒ DWI REFUSAL   ☐ TRANSPORTING HAZARDOUS MATERIALS

White Copy to:  Driver C___
P.O. B___
1600 W___
Little Ro___
(501) 6___

830-0001 (R 4-09)     (BOTH SIDES MUST BE COMPLETED BY ARRESTING OFFICER)

RECEIVED JAN 05 2017 Driver Control

**PLAINTIFF'S EXHIBIT**
C

1. On the __28__ day of __December__, 20_16_ at or near __I-4psw. 26mm__ the arrested person named on the reverse side had been driving or operating, or was in actual physical control while intoxicated, or while the person's alcohol concentration (bac) was 0.08 or more DWI, 0.04 CDL, or 0.02 through 0.07 Underage DUI, in a motor vehicle or refused to submit to test(s).

2. .Type of Vehicle being operated: ☒ Non commercial   ☐ Commercial vehicle requiring a CDL to operate
   ☐ Transporting hazardous materials required to be placarded

3. Reason for initial contact:
   ☒ Vehicle stopped by officer for violation of traffic law __Speed 86-70__
   ☐ Accident
   ☐ Vehicle already stopped (describe) _____
   ☐ Other (describe) _____

4. Reasonable grounds that person was operating:
   ☒ Saw person   ☐ Person admitted
   ☐ Other (describe) _____

5. Reasonable grounds that person was intoxicated:
   ☐ Odor of alcohol   ☒ Bloodshot, watery eyes   ☐ Portable breath result of _____
   ☐ Manner of driving   ☒ Other __Odor of MJ__
   Speech was:
   ☐ Slurred   ☐ Incoherent   ☐ Normal   ☒ Other __Slow response times__
   Balance was:
   ☐ Swaying   ☐ Wobbling   ☐ Falling   ☐ Sagging Knees   ☐ Normal   ☐ Other _____
   Attitude (describe) __Semi Cooperative but passive__
   Field sobriety test given:   ☐ Yes   ☒ No   ☐ Passed   ☐ Failed
   Describe test given __Uncooperative passenger made it unsafe to conduct for U sobriety__

6. Other pertinent information: __Person and passenger admitted to smoking a blunt in the vehicle__

   Attach (staple) a copy of breath test results, driver's license and Statement of Rights form.

7. The person's intoxication was the result of:   ☐ Alcohol   ☒ Ingestion or use of a controlled substance
   ☐ Other (describe): __MJ__

8. The person was requested to submit to a chemical test of their breath for the purpose of determining alcohol content and upon being offered the chemical test of their breath:
   ☐ The person provided a breath sample that resulted in a test result of 0._____.
   Time of test _____ A.M. / P.M.
   The test was administered in accordance with the requirements and regulations of Arkansas Department of Health concerning alcohol testing.

   The certified breath test operator was:   (Name) _____
                                            (Certification No.) _____
   Serial number of the instrument used: _____

   Please check applicable boxes:   A sample of the driver's:   ☐ breath   ☐ blood   ☐ urine   was tested;
                                    The results are:   ☐ included   ☐ and/or pending

   **OR**

   ☒ Refused to submit to the test or tests and was informed that his driving privilege would be revoked, suspended, disqualified or denied as a result of his refusal.

9. The notice and order of suspension, revocation or disqualification has been delivered to the person named on the reverse side.
   ☒ Yes   ☐ No   Date Delivered __12/28/2016__

Officer __Trp. Ben Ebarra #173__ of __ASP__ Badge # __173__
Hereby swears, under penalty of perjury, that the information on the front and back of this form is true and correct:

__Trp. Ben B- #173__ ; __12/28/16__ Arresting agency telephone number __479-783-5155__
Signature of Arresting Officer                    Date

630 0002 (R 5/06)   (MUST BE SIGNED AND FULLY COMPLETED BY ARRESTING OFFICER) Page 2 (White) Back

# ARKANSAS STATEMENT OF RIGHTS

NAME OF SUBJECT AND DL # Robinson, Dena J083963 DATE AND TIME OF INCIDENT 12/28/16  9:27 Am

## PART ONE – READ ALL SECTIONS TO SUBJECT AND HAVE SUBJECT INITIAL AND SIGN WHERE INDICATED

You are advised that any person who operates or is in actual physical control of a motorboat or motor vehicle in this state is deemed to have given consent to one (1) or more chemical tests of his or her breath, saliva, or urine for the purpose of determining the alcohol or controlled substance content of his or her breath or blood if the person is:

(1) Involved in an accident while operating or in actual physical control of a motorboat on the waters of this state or a motor vehicle; or

(2) The person is arrested for any offense arising out of an act alleged to have been committed while the person was driving or boating while intoxicated or driving or boating while there was an alcohol concentration of eight-hundredths (0.08) or more in the person's breath or blood; or

(3) At the time the person is arrested for driving or boating while intoxicated, the law enforcement officer has reasonable cause to believe that the person, while operating or in actual physical control of a motorboat on the waters of this state or a motor vehicle, is intoxicated or has an alcohol concentration of eight-hundredths (0.08) or more in the person's breath or blood; or

(4) UNDER 21 ONLY -- The person is under the age of 21 and is arrested for any offense arising out of an act alleged to have been committed while the underage person was driving or boating while under the influence or driving or boating while there was an alcohol concentration of two-hundredths (0.02) but less than eight-hundredths (0.08) in his or her breath or blood; or

(5) UNDER 21 ONLY – The person is under the age of 21 and is stopped by a law enforcement officer who has reasonable cause to believe that the underage person, while operating or in actual physical control of a motorboat on the waters of this state or a motor vehicle, is under the influence or has an alcohol concentration of two-hundredths (0.02) but less than eight-hundredths (0.08) in his or her breath or blood.

## HAVE SUBJECT INITIAL EACH SECTION

_DR_  If you refuse to take a chemical test, none will be given, but you will subject yourself to the penalties provided by law, which includes, but is not limited to, the suspension or revocation of your driving privileges, and if you are a commercial driver's license holder, the disqualification of your commercial driving privileges.

_DR_  If you choose to take a chemical test, and the results reflect an alcohol concentration of eight-hundredths (0.08) or more, or the presence of a controlled substance, or any other intoxicant, your driving privilege will be suspended or revoked, and if you are the holder of a commercial driver's license, your commercial driving privileges will be disqualified.

_____  CMV OPERATOR ONLY – If you choose to take a chemical test and the results reflect an alcohol concentration of four-hundredths (0.04) or more or the presence of a controlled substance or any other intoxicant for a violation occurring in a commercial vehicle, your commercial driving privileges will be disqualified.

_____  UNDER 21 ONLY -- If you are under age 21 and you choose to take a chemical test, and the results reflect an alcohol concentration of two-hundredths (0.02) but less than eight-hundredths (0.08), your driving privilege will be suspended or revoked.

_DR_  If you take the chemical tests requested by law enforcement, you may also, at your own expense, have a physician, registered nurse, lab technician, or other qualified person of your choice administer an additional chemical test. The arresting law enforcement agency will assist you in obtaining such a test. If you choose to have an additional test, and are later found "Not Guilty" of a violation of The Omnibus DWI or BWI Act or the Underage DUI or BUI Law for this arrest, the arresting law enforcement agency will reimburse you for the cost of the additional test.

### DO YOU UNDERSTAND ALL PARTS OF THESE RIGHTS?     _DR_ YES _____ NO

Test chosen by officer (Circle One):  Breath  (Urine)  Saliva

### WILL YOU TAKE THE TEST?

Subject's Signature X _Diena D. Robinson_ _____ YES _DR_ NO     12/28/16

Officer's Signature and Date/Time: _____ 11:41 Am

## SECOND TEST -- IF OFFICER DEEMS NECESSARY

Arkansas law permits an officer to require one or more chemical tests of the breath, urine, or saliva of a person arrested for driving or boating while intoxicated. Having taken my first test, you are now requested to submit to a second chemical test of your breath, urine, or saliva.

Test chosen by officer (Circle One):  Breath  Urine  Saliva

### WILL YOU TAKE THE SECOND TEST?

Subject's Signature: _____ _____ YES _____ NO

Officer's Signature and Date/Time: _____

## PART TWO – TO BE COMPLETED BY OFFICER WHEN THE SUBJECT HAS TAKEN ALL TESTS IN PART ONE

Having taken the officer's tests, you have the right to an additional test or tests to determine the alcohol, controlled substance, or other intoxicant content of your breath or blood.

### DO YOU WANT ANOTHER TEST AT YOUR OWN EXPENSE?     _____ YES _____ NO

Subject's Signature: _____

Officer's Signature and Date/Time: _____

## PART THREE – OPTIONAL BLOOD TEST IF SUBJECT VOLUNTARILY CONSENTS

If you are asked whether you consent to a blood test, you understand that you do not have to consent to such a test. A blood test will not be taken unless you voluntarily agree or a search warrant is issued. Furthermore, you understand that, if you choose to withhold consent to a blood test, you will not suffer criminal penalties and your driving privileges will not be suspended or disqualified.

### DO YOU VOLUNTARILY CONSENT TO TAKE A BLOOD TEST?     _____ YES _DR_ NO     12/28/16

Subject's Signature: X _Diena D. Robinson_ Officer's Signature and Date/Time: _____ 11:42 pm



# ARKANSAS STATE POLICE

ASP-43
(Rev. 08/08)

## DWI Offense Report

### Suspect Information

Ticket # H-12/16-030

Full Name: ROBINSON _____ DERIS _____ DIONDRAE _____
　　　　Last　　　　　　　　　　　　　　First　　　　　　　　　　　MI

Date of Birth: 7/12/1974

Address: 2201 N 14ᵗʰ St #A9 _____ Ponca City　　OK　　74601
　　　　Street　　　　　　　　　　　　　　　　　　City　　　　State　　　Zip

Operator License Number : J083946382 _____ State: OK

Location of Arrest: I-40W 26MM

Date of Violation: 12/28/2016 _____ Time of Violation: 9:27 A.M.

Witness: _____ Phone: _____
　　　　　　(Last/First/MI)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Driving Privileges Suspended: | ☐ Yes | ☒ No | If YES, Suspended for DWI: | ☐ Yes | ☐ No |
| Prior DWI Arrests: | ☐ Yes | ☒ No | If YES, When/Where: | | |
| Photo of Suspect Attached: | ☐ Yes | ☒ No | Drug Evaluation? | ☐ Yes | ☒ No |
| | | | DRE Contacted? | ☐ Yes | ☒ No |

If Drug Evaluation conducted, explain: _____

DRE Name: _____

### Vehicle Information

Registered Owner: Hertz Vehicles LLC

Owner's Address: 289B LUCAS DR _____ Detroit　　MI　　48242
　　　　　　　Street　　　　　　　　　　　　　　City　　　State　　　Zip

Vehicle Make: Dodge _____ Model: Charger _____ License: DKR9640

State: MI

Evidence of Intoxicants Located in Vehicle:　☒ YES　☐ NO
If yes, explain:　Burnt roach in center console, straw containing cocaine residue

Commercial Vehicle　☐ Yes　☒ No

Vehicle Towed　☐ Yes　☒ No　Towing Company: _____

### Passenger Information

*Penalty Enhancement for Passengers Under the Age of 16.*　(A.C.A 5-65-111, Act 1461, [1,2])
**Passenger Information:**

Full Name: Sheikee G Bailey _____ DOB/Age 4/23/1973  43 YO

Additional Passenger Information:　Minor in the back seat

### Phase 1- Vehicle In Motion

Reasons for Contact/Violations:     Speed 86-70

### Phase 2 Contact- Personal Contact

| Odor of Intoxicants: | Clothing Description: | Driver's Attitude: | |
|---|---|---|---|
| ☒ Strong | ☐ Neat | ☒ Cooperative | ☐ Insulting |
| ☐ Moderate | ☐ Disorderly | ☐ Combative | ☐ Sarcastic |
| ☐ Faint | ☐ Soiled | ☒ Indifferent | |
| Other odors: | ☐ Footwear | ☐ Other   Passive | |

Speech:   Slow and hesitant

Slow Responses:   During the initial interaction prior to being placed in the back of my vehicle

Physical limitations:

Medications:

Difficulty retrieving requested documents? ☐

Difficulty responding to questions? ☐

Difficulty maintaining balance? ☐

*If checked explain in narrative.

### Phase 3- Pre-Arrest Screening

**Surface Conditions:**   Dry

**Weather Conditions:**   Cloudy

**Lighting Conditions:**   Daylight

| Horizontal Gaze Nystagmus (HGN): Criteria (4) | | | | | Walk and Turn: Criteria (2) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Glasses or Contacts? | ☐ | Yes | ☐ | No | Maintains balance during instructions? | ☐ | Yes | ☐ | No |
| Equal Pupil Size? | ☐ | Yes | ☐ | No | Starts too soon? | ☐ | Yes | ☐ | No |
| Equal Tracking? | ☐ | Yes | ☐ | No | Stops while walking? | ☐ | Yes | ☐ | No |
| Lack of Smooth Pursuit? | ☐ | Left | ☐ | Right | Misses heel-to-toe while walking? (1/2") | ☐ | Yes | ☐ | No |
| Distinct and Sustained Nystagmus at Maximum Deviation | ☐ | Left | ☐ | Right | Raises arms for balance? (6" or more) | ☐ | Yes | ☐ | No |
| Onset of Nystagmus Prior to 45 Degrees | ☐ | Left | ☐ | Right | Steps off line? | ☐ | Yes | ☐ | No |
| | | | | | Improper Turn? | ☐ | Yes | ☐ | No |
| Vertical Gaze Nystagmus Present? | ☐ | Yes | ☐ | No | Incorrect number of steps? | ☐ | Yes | ☐ | No |
| Total Number of Clues Present: | | | | | Total Number of Steps: | 1st. 2nd. | | | |
| Discontinued Test/Reason: | | | | | Total Number of Clues Present: Discontinued Test/Reason: | | | | |

2

## One Leg Stand: Criteria (2)

**Subject Raised:** ☐ Left  ☐ Right

Sways while balancing? ☐

Uses arms to balance? ☐

Hops? ☐

Puts foot down? ☐

Discontinued Test ☐
Reason for Discontinuing Test:

Total Number of Clues:

## Other Observations/Sobriety Tests:

Bloodshot eyes and slow responses during initial interaction.

Due to the circumstances of the stop, location, and the demeanor of all the people involved, no field sobriety test was conducted on scene.

Due to the fact that the jail had construction equipment and people working in the sally port, no sobriety test was conducted at the jail.

See video for passenger subject demeanor that lead me to decide against taking subject out of the vehicle to conduct a sobriety test

**PBT Tests:**   1st Test:   2nd Test:

## Chemical Tests:

Video Information:   Video from stop available

Select One Breath Test?   ☐ Yes   ☒ No   Results: Refused

Time of Test:   Refused        Observation Began:   9:33 A.M.

Blood Sample? ☐
Urine Analysis? ☐
Second test req. ☐

Sample Collected By: _____ ASCL: ☐   ADH: ☐
Sample Collected By: _____ ASCL: ☐
Location:

Collected by:

## Check Off List:

| | | | |
|---|---|---|---|
| ☒ | Copy of Ticket | ☒ | Implied Consent Rights Form |
| ☐ | BAC Evidence Ticket | ☐ | BAC Log |
| ☐ | Crash Report | ☐ | Sobriety Check Point & ASP 20 |
| ☐ | ALS Form | ☐ | Copy of Interviews/Statements |
| ☐ | Pending items to be forwarded: | | |

Arresting Officer/Badge #: Trp. Ben Ibarra #173   *Trp. Ibarra #173*

Date: 12/28/2016

3

**Narrative**

On the above stated date at approximately 9:27 A.M., I was stationary on Interstate-40 at the 26 mile marker in the median watching westbound traffic. I witnessed a white charger driving at 86 miles per hour in a 70 mile per hour zone. I stopped the vehicle around the 25 mile marker westbound. The vehicle displayed a registration of MI DKR9640

I approached the vehicle and made contact with the driver. The driver handed me his driver's license and I was able to positively identify him as Deris Diondrae Robinson 7/12/1974 OK. There was a strong odor of marijuana coming from the inside of the vehicle. I asked the driver to step out of the vehicle and confronted him about the odor. Mr. Robinson stated that they had a blunt earlier but that there was nothing else in the vehicle. I provided Mr. Robinson an opportunity to come clean about what was in the vehicle with minimal consequences, but he stated there was nothing left. Mr. Robinson had a slow response and looked nervous when I stated that I was going to search the vehicle. I placed Mr. Robinson in the back of my vehicle.

I confronted the passenger. The passenger stated that they had a roach and smoked a blunt in the vehicle. The passenger was later identified as Sheikee G Bailey 4/23/1973 NY. There was a minor backseat passenger that both Mr. Robinson and Ms. Bailey identified as their son. I had Ms. Bailey and the minor step out of the vehicle and remain in the grassy area while I searched the vehicle.

I then began a probable cause search of the vehicle. The search yielded a burnt roach with minimal residue, which I did not retrieve, and a small cut up straw with white powdery substance inside the straw. The tip of the straw was cut at a 45 degree angle on the side with the most amount of residue. I confronted both Mr. Robinson and Ms. Bailey about about the straw with residue. Both of them stated that it wasn't theirs. I called the county and requested an officer come by with a test kit. Deputy Matt Young arrived and provided me a test kit for methamphetamine. The test results were negative. I then requested a cocaine test kit be brought. While waiting for the second test kit, I noticed a small straw in the grass by my rear right seat door, a couple inches away from my vehicle. Due to the location of the straw relative to where Mr. Robinson was placed in the back of my vehicle and the fact that it was identical to the first straw that was found inside the vehicle, I came to the conclusion that Mr. Robinson had attempted to dispose of the straw as he was being placed inside my vehicle. The straw was cut in the exact same way as the first one that was found in the vehicle and also contained white powdery substance inside of it. A DTF agent was able to bring a cocaine test kit. The test kit yielded a positive result for cocaine for both pieces.

Mr. Robinson stated that he had been in Florida partying and it may have come from there. He also stated that it was a rental and may have come from someone else. The rental agreement showed that Mr. Robinson had possession of the vehicle since 12/9/2016 and was to return it 12/27/2016, which was the day prior. Due to the fact that both straws that were found were identical with the same cocaine substance inside of them, I came to a reasonable conclusion that Mr. Robinson had prior knowledge of, and attempted to dispose of those items.

4

As I spoke with Mr. Robinson, there was a faint odor of burn marijuana coming from his person and his eyes were bloodshot. I suspected that Mr. Robinson was under the influence of narcotics. Due to Mr. Robinson's responses and Ms. Bailey's movements and lack of completely following commands to remain in the vehicle, I decided not remove Mr. Robinson from the vehicle for a field sobriety test in order to maintain control.

When I got to the jail, the sally port was being blocked with construction equipment. I was unable to park inside and had to bring Mr. Robinson in from the front door. Because of this, I was also unable to conduct a sobriety test in the sally port. I read Mr. Robinson his Statement of Rights and had him acknowledge it. I requested urine and blood from Mr. Robinson to which he refused.

The remainder of the straws was placed inside a Ziploc bag, along with the positive test result kit, to be forwarded to the Arkansas State Crime Lab for analysis.

Mr. Robinson was charged with the following charges:

5-64-443(a)(2): Poss Drug Para Cocaine
5-65-103: DWI Drugs
5-65-205: DWI Refusal
5-27-207: Endangering welfare of a minor 3rd Deg

Dec 28, 2016 11:48:43 AM                          Printed By: 6070833 from: FRA2

Received Time:        11:46:37 12-28-16        Source ORI:        AR0240002
Summary:              SQV: LIC=DKR9640
ᵒView Message Details

   Message Accepted - MRI 4797278 FRA2 16 at 12/28/2016 11:46:37 Routed To:
RQ NLET
QV NCIC
QVS ARKMF


Received Time:        11:46:37 12-28-16        Source ORI:        AR0000000
Summary:              SQV: LIC=DKR9640
ᵣView Message Details

YOUR SEARCH CRITERIA WAS NOT FOUND ON THE MV SYSTEM.
SEARCHED FOR: PLATE/DKR9640


Received Time:        11:46:37 12-28-16        Source ORI:        AR0240002
Summary:              SQV: LIC=DKR9640
ᵒView Message Details

1L01AY15QMRID02UTLQ
AR0240002
NO RECORD LIC/DKR9640 LIS/MI


Received Time:        11:46:37 12-28-16        Source ORI:        MI230015V
Summary:              SQV: LIC=DKR9640
ᵒView Message Details

MICHIGAN MOTOR VEHICLE REGISTRATION RESPONSE

13;DKR9640.
EIV=N                              ORIG ISSUE 04/07/2016
04/01/2017                         PC-ORIGINAL
HERTZ VEHICLES LLC
289B LUCAS DR                      DETROIT 48242-1202
2016 DODGE 4D 30                   2C3CDXHG4GH232803 CHARGER
MI SOS

Dec 28, 2016 11:47:35 AM                    Printed By: 6070633 from: FRA2

Received Time:        11:47:29 12-28-16        Source ORI:         AR0240002
Summary:              SQWA:
ᴦView Message Details


   Message Accepted - MRI 4797485 FRA2 17 at 12/28/2016 11:47:29 Routed To:
DQ NLET
NCIC
ARKMF


Received Time:        11:47:31 12-28-16        Source ORI:         AR0000000
Summary:              SQWA:
ᴖView Message Details


EWU-FIELDS IN ERROR: OLN-OLS,
E


Received Time:        11:47:31 12-28-16        Source ORI:         AR0240002
Summary:              SQWA:
ᴖView Message Details


1L01GQ15QMRID02UTRH
AR0240002
NO NCIC WANT OLN/J083946382
***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.


Received Time:        11:47:31 12-28-16        Source ORI:         OK00000MS
Summary:              SQWA:
ᴖView Message Details


              OKLAHOMA DEPARTMENT OF MOTOR VEHICLES


DR.OK00000MS
10:47 12/28/2016 14548
10:47 12/28/2016 05944 AR0240002
*MRID02UTRH
TXT
                OKLAHOMA DRIVER LICENSE STATUS RECORD

              *** FOR LAW ENFORCEMENT USE ONLY ***

ROBINSON,DERIS DIONDRAE        OLN/J083946382           EXP/07-2020
2201 N 14TH STREET, #A9        PONCA CITY    OK 746010000  RENEWED/10-16
DOB/071274   SEX/M  RAC/B  HGT/509  WGT/235  EYE/BRO      LIC REPLACED/00-00

STATUS: VALID                      TRAFFIC RECORD=YES
CLASS: CDL A     ENDORSEMENTS: N     CDL STATUS: VALID

*LICENSE RESTRICTIONS*
   NONE

SELF-CERTIFICATION:  NI= NON-EXCEPTED/INTERSTATE
                        Page 1 of 2

Dec 28, 2016 11:47:35 AM                              Printed By: 6070633 from: FRA2

CERTIFICATE ISSUE DT: 11-28-2016  EXPIRE DT: 11-28-2018  STATUS: CERTIFIED
CERTIFICATE RESTRICTIONS: -NONE-
CERTIFICATE VARIANCE: NO

MEDICAL EXAMINER LICENSING JURISDICTION/NUMBER: OK/2015PA
MEDICAL EXAMINER SPECIALTY: PA - PHYSICIAN ASSISTANT
MEDICAL EXAMINER NAME
LAST:   KRUSE
FIRST:  JASON
MIDDLE:
SUFFIX:                           TELEPHONE: 580-762-9292  NATL REGISTRY: 2852632873

*PREVIOUS NAMES*                        *PREVIOUS NAMES*
  NONE

                        <--- END OF RECORD --->



 Gmail                                          **William Hyman <william.hyman@gmail.com>**

## FOIA Request
1 message

**Whitfield Hyman** <william.hyman@gmail.com>                    Thu, Jan 26, 2017 at 11:26 AM
To: Bill Sadler <bill.sadler@asp.arkansas.gov>

Dear Mr. Sadler,

I am requesting a dashcam video from 10/23/2016 which shows my client, Enan Blevins being arrested for DWI in Crawford County by Trooper Josh Elmore.
Please see the attached police report for more information or email me with any questions you may have.

Best,
William Whitfield Hyman
Arkansas Resident
300 N 6th Street, Fort Smith, AR 72901
901-413-2625

 **201610261446.pdf**
175K



 Gmail

William Hyman <william.hyman@gmail.com>

## hyman_william_blevins_01272017
1 message

**Bill Sadler** <bill.sadler@asp.arkansas.gov>                    Fri, Jan 27, 2017 at 9:35 AM
To: Whitfield Hyman <william.hyman@gmail.com>

The case is in an active status and your request is declined pursuant to Arkansas Code Annotated §25-19-105 (b)(6).  While records at not, at this juncture, available through the Arkansas Freedom of Information Act, you can proceed with a motion of discovery through the court or ask the prosecuting attorney to direct the trooper to release the records to you.

Bill Sadler

**Arkansas State Police  -  Public Information Officer**

**One State Police Plaza Drive - Little Rock, Arkansas   72209**

(501) 618-8230  -  http://www.asp.state.ar.us/

**From:** Whitfield Hyman [mailto:william.hyman@gmail.com]
**Sent:** Thursday, January 26, 2017 11:27 AM
**To:** Bill Sadler
**Subject:** FOIA Request

Dear Mr. Sadler,

I am requesting a dashcam video from 10/23/2016 which shows my client, Enan Blevins being arrested for DWI in Crawford County by Trooper Josh Elmore.

Please see the attached police report for more information or email me with any questions you may have.

Best,

William Whitfield Hyman

Arkansas Resident

300 N 6th Street, Fort Smith, AR 72901

901-413-2625

PLAINTIFF'S
EXHIBIT

E

# AFFIDAVIT OF PROBABLE CAUSE

*(A 11·17*

I, the undersigned, certify and swear that on this date 10-23-16 to the best of my knowledge and belief, Enan K. Blevins, violated the law based upon the following facts:

On the above date, I stopped a red Nissan pickup near the 4 mile marker on I-40 for speeding (76-70) and improper lane usage. Once stopped, I made contact with the driver, Enan Blevins, and could immediately smell the odor of intoxicants coming from the vehicle. I had Blevins exit the vehicle and asked him to submit to a PBT. Blevins gave a sample that registered at .08 BAC. I then had Blevins take the SFST's. Blevins showed signs of impairment during the test. I believe that Blevins was driving while intoxicated and placed him under arrest. Once at the jail Blevins refused a breath test.

DWI 1st
Refusal to Submit to a Chemical Test
Speeding 76-70
Improper Lane Usage

Trp. Josh R. Elmore #346
Arresting officer name (printed)          Arresting officer signature
Sworn and subscribed before me this 24th day of October 20 16.

Notary Signature                          Commission Date 4-1-2026

Residence or Country of Origin: Van Buren, AR.
Felony History _____ yes or ___X_ no
Drug Case _____ yes or ___X___ no
Type of Drug(s) _____ Quantity of Drugs ___
Cooperative _____ yes or ___X_____ no

### Determination
I have reviewed these facts and the court hereby determines
☐ ---That probable cause **DOES NOT** exist for the arrest, or
☐ ---That more operative facts must be presented to me for a fair and reliable
  Determination within forty-eight (48) hours of the arrest, or
☑ ---That probable cause exists for the arrest.

10/24/16                11:00 am
Date                    Time                              Judge



PLAINTIFF'S EXHIBIT

F

Rev. 1.0.0

# ARKANSAS UNIFORM LAW ENFORCEMENT CITATION

## STATE POLICE TROOP H

| ARKANSAS, COUNTY OF | CITY | | TICKET NUMBER |
|---|---|---|---|
| CRAWFORD | RURAL CRAWFORD | | 6002118479 |

Being duly sworn, deposes and says that he/she has reasonable cause to believe that the person herein named did, within the past 12 months, commit the offense set forth contrary to law in that, on or about

| Date: | 10/23/2016 | at approx time: | 09:30 PM | Section No. |
|---|---|---|---|---|

| First Name | Middle / Maiden | Last | Suffix |
|---|---|---|---|
| ENAN | K | BLEVINS | N/A |

| Address | | | |
|---|---|---|---|
| 257 MCCORMICK RD | | | |

| City | | State | Zip Code |
|---|---|---|---|
| MUNFORD | | TN | 38058 |

| Driver's License Number | State Issued | DL In Possession | Commercial Vehicle | CDL | AGFC License Number |
|---|---|---|---|---|---|
| 105780516 | TN | YES | | DL ☑ | N/A |

| Sex | Race | DOB | Body Type | Height | Weight | State | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|
| M | W | 3/30/1989 | PU | 6'0" | | TN | BRN | BRN |

| Vehicle License Number | State | | |
|---|---|---|---|
| M4936X | TN | | |

| Vehicle Description (year, make, model, color) | VIN of Vehicle | Haz Mat |
|---|---|---|
| 2012 NISS SLP RED | 1N6BAD0C6CN318542 | NO |

| Owner's Address | Contact Number for Court Purposes |
|---|---|
| 257  MCCORMICK RD, MUNFORD, TN 38058 | N/A |

| Seatbelt in Use | Crash Involved | Headlights On | 16+ Passenger CV | Vehicle Search | Inventory Search |
|---|---|---|---|---|---|
| YES | NO | YES | NO | Passenger #: | |

| Statute | Described | Points |
|---|---|---|
| 27-51-201 | SPEEDING - 1 TO 15 MPH OVER LIMIT | |
| 27-51-302 | IMPROPER LANE CHANGE/USAGE | |
| 5-65-205 | REFUSAL TO SUBMIT TO CHEMICAL TEST | |
| 5-65-103 1ST | DRIVING WHILE INTOXICATED - DWI 1ST | |

| Speed Details | Radar | 76 MPH | Speed Limit 70 | BAC | Breath/ | |
|---|---|---|---|---|---|---|

| Conditions | Other Traffic Present | Area | Highway Type | Type of Accident |
|---|---|---|---|---|
| DARK | ON-COMING | RURAL | 4 LANE DIV. | |
| | SAME DIR. | | | |

| Officer Name | TRP Josh Elmore | | Officer ID | 346 |
|---|---|---|---|---|
| 2nd Officer Name | | | 2ND Officer ID | |

| Court Appearance Information | Court Appearance Date and Time |
|---|---|
| CRAWFORD CO. D.C. VAN BUREN | 479-474-1671 |
| 1000 BROADWAY | 11/14/2016 |
| VAN BUREN, AR 72956 | 09:30 AM |

Defendant must appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the NOTICE part of the ticket.

I PROMISE TO APPEAR IN SAID COURT AT SAID TIME AND PLACE

I UNDERSTAND THE ABOVE AND THAT MY SIGNATURE IS NOT AN ADMISSION OF GUILT

Signature: _____

| Signed ? | |
|---|---|
| ☐ YES | |
| ☐ NO | |

| Jailed | Bond Amount | Receipt Number |
|---|---|---|
| | $ | |

Case: ENAN  BLEVINS  6002118479

---

# ABSTRACT OF COURT RECORD FOR STATE LICENSING AUTHORITY

| Disposition Date: | Docket No. |
|---|---|
| Charge: | Defendant's Plea: ☐ Guilty ☐ Not Guilty |
| Court Finding: | ☐ Guilty ☐ Not Guilty ☐ Dismissed |
| | ☐ Bond Forfeited ☐ Probation ☐ Defensive Driving School |
| Fined: $ | Court Cost: $ _____ Total: $ _____ |

| Disposition Date: | Docket No. |
|---|---|
| Charge: | Defendant's Plea: ☐ Guilty ☐ Not Guilty |
| Court Finding: | ☐ Guilty ☐ Not Guilty ☐ Dismissed |
| | ☐ Bond Forfeited ☐ Probation ☐ Defensive Driving School |
| Fined: $ | Court Cost: $ _____ Total: $ _____ |

| Disposition Date: | Docket No. |
|---|---|
| Charge: | Defendant's Plea: ☐ Guilty ☐ Not Guilty |
| Court Finding: | ☐ Guilty ☐ Not Guilty ☐ Dismissed |
| | ☐ Bond Forfeited ☐ Probation ☐ Defensive Driving School |
| Fined: $ | Court Cost: $ _____ Total: $ _____ |

| Disposition Date: | Docket No. |
|---|---|
| Charge: | Defendant's Plea: ☐ Guilty ☐ Not Guilty |
| Court Finding: | ☐ Guilty ☐ Not Guilty ☐ Dismissed |
| | ☐ Bond Forfeited ☐ Probation ☐ Defensive Driving School |
| Fined: $ | Court Cost: $ _____ Total: $ _____ |

| DWI School | ☐ | | |
|---|---|---|---|
| DL Revoked ( Act 106 of 1969 ): | | | days |
| Driver's License | ☐ Suspended For | | days |
| | ☐ Recommended for Suspension | | |

| Appeal Bond of: $ | | Filed : _____ | Circuit Court |
|---|---|---|---|
| For Appeal to: | | | |

As provided by law, I hereby certify that the information on this citation is a true abstract of the record of this court in this case.

Signature of Judge or Clerk



King Law Group, PLLC Reception <email@arkansaslawking.com>

# FOIA Requests for Anthony Shaw & Micheal Sherwood
1 message

**King Law Group, PLLC Reception** <email@arkansaslawking.com>                     Tue, Jan 31, 2017 at 10:34 AM
To: bill.sadler@asp.arkansas.gov

Attached are two FOIA requests .

--
King Law Group, PLLC
300 N 6th Street, Fort Smith, Arkansas 72901
103 N 6th Street, Suite 7, Fayetteville, AR 72701
Phone: 479-782-1125
Fax:    479-316-2252

**2 attachments**

**FOIAANTHONYSHAW.pdf**
53K

**FOIAMICHAELSHERWOOD.pdf**
54K



PLAINTIFF'S
EXHIBIT

G

Arkansas State Police

One State Police Plaza Drive - Little Rock, Arkansas   72209

Email: bill.sadler@asp.arkansas.gov

FOI Request:

Under the provisions of the Arkansas Freedom of Information Act, I am requesting all records in possession of your department before they are destroyed :

Defendant's Name: Anthony T. Shaw

Date of Birth: 09/07/1993

Primarily any surveillance footage from the dashcam/mobile vehicle recorders,radio chatter, audio evidence, etc.  I am also requesting that because this is related to the defense of a criminal case that the information be provided free of cost. This case is still pending in District Court.  Please send these records to the or email listed below, if there are any questions, please call or email me. Thank you for your assistance.

Regards,

Whitfield Hyman, esq.

William.Hyman@gmail.com

Fax: 479 3162252 Cell: 901--413--2625

300 N 6th Street, Fort Smith, Arkansas 72901

Arkansas State Police
One State Police Plaza Drive - Little Rock, Arkansas   72209
Email: bill.sadler@asp.arkansas.gov

FOI Request:

     Under the provisions of the Arkansas Freedom of Information Act, I am requesting all records in possession of your department before they are destroyed :


     Defendant's Name: Michael Sherwood
     Date of Birth: 04/20/1996

     Primarily any surveillance footage from the dashcam/mobile vehicle recorders,radio chatter, audio evidence, etc.  I am also requesting that because this is related to the defense of a criminal case that the information be provided free of cost. This case is still pending in District Court.  Please send these records to the or email listed below, if there are any questions, please call or email me. Thank you for your assistance.


Regards,

Whitfield Hyman, esq.
William.Hyman@gmail.com
Fax: 479 3162252 Cell: 901--413--2625
300 N 6th Street, Fort Smith, Arkansas 72901



**King Law Group, PLLC Reception <email@arkansaslawking.com>**

# king law firm_hyman whitfield_anthony shaw_michael sherwood_01312017
1 message

**Bill Sadler** <bill.sadler@asp.arkansas.gov>                                                    Tue, Jan 31, 2017 at 11:06 AM
To: "email@arkansaslawking.com" <email@arkansaslawking.com>
Cc: Whitfield Hyman <william.hyman@gmail.com>

Arkansas Code Annotated §25-19-105(a)(1)(C) states, "the request shall be sufficiently
specific to enable the custodian to locate the records with reasonable effort."

Until you can provide the date of arrest, county and location where the arrest occurred,
along with a name of the arresting state trooper, your request is declined.

**Bill Sadler**

**Arkansas State Police  -  Public Information Officer**

**One State Police Plaza Drive - Little Rock, Arkansas   72209**

(501) 618-8230  -  http://www.asp.state.ar.us/

**From:** King Law Group, PLLC Reception [mailto:email@arkansaslawking.com]
**Sent:** Tuesday, January 31, 2017 10:34 AM
**To:** Bill Sadler
**Subject:** FOIA Requests for Anthony Shaw & Micheal Sherwood

Attached are two FOIA requests .

--

King Law Group, PLLC

300 N 6th Street, Fort Smith, Arkansas 72901

103 N 6th Street, Suite 7, Fayetteville, AR 72701

Phone: 479-782-1125

Fax:    479-316-2252





**King Law Group, PLLC Reception <email@arkansaslawking.com>**

## Updated FOIA Request for Anthony T. Shaw
1 message

**King Law Group, PLLC Reception** <email@arkansaslawking.com>                    Tue, Jan 31, 2017 at 3:00 PM
To: bill.sadler@asp.arkansas.gov

Attached is an updated FOIA request.

--
King Law Group, PLLC
300 N 6th Street, Fort Smith, Arkansas 72901
103 N 6th Street, Suite 7, Fayetteville, AR 72701
Phone: 479-782-1125
Fax:     479-316-2252

**FOIAANTHONYSHAW (1).pdf**
54K



PLAINTIFF'S
EXHIBIT

I

Arkansas State Police

One State Police Plaza Drive - Little Rock, Arkansas   72209

Email: bill.sadler@asp.arkansas.gov

FOI Request:

      Under the provisions of the Arkansas Freedom of Information Act, I am requesting all records in possession of your department before they are destroyed :


      Defendant's Name: Anthony T. Shaw
      Date of Birth: 09/07/1993
      Date of Arrest: 07/25/2016
      County: Crawford
      Location: Mulberry
      Officer: Ben Ibarra


      Primarily any surveillance footage from the dashcam/mobile vehicle recorders,radio chatter, audio evidence, etc.  I am also requesting that because this is related to the defense of a criminal case that the information be provided free of cost. This case is still pending in District Court.  Please send these records to the or email listed below, if there are any questions, please call or email me. Thank you for your assistance.


Regards,

Whitfield Hyman, esq.
William.Hyman@gmail.com
Fax: 479 3162252 Cell: 901--413--2625
300 N 6th Street, Fort Smith, Arkansas 72901



**King Law Group, PLLC Reception <email@arkansaslawking.com>**

# Updated FOIA Request for Michael Sherwood

**King Law Group, PLLC Reception** <email@arkansaslawking.com>                          Thu, Feb 2, 2017 at 1:30 PM
To: bill.sadler@asp.arkansas.gov

Any update?
[Quoted text hidden]



PLAINTIFF'S
EXHIBIT

J



King Law Group, PLLC Reception <email@arkansaslawking.com>

## Updated FOIA Request for Michael Sherwood
2 messages

**King Law Group, PLLC Reception** <email@arkansaslawking.com>       Tue, Jan 31, 2017 at 1:11 PM
To: bill.sadler@asp.arkansas.gov

Attached is an updated request for Michael Sherwood

--
King Law Group, PLLC
300 N 6th Street, Fort Smith, Arkansas 72901
103 N 6th Street, Suite 7, Fayetteville, AR 72701
Phone: 479-782-1125
Fax:    479-316-2252

📎 **FOIAMICHAELSHERWOOD (2).pdf**
   54K

**King Law Group, PLLC Reception** <email@arkansaslawking.com>       Thu, Feb 2, 2017 at 1:30 PM
To: bill.sadler@asp.arkansas.gov

Any update?
[Quoted text hidden]



PLAINTIFF'S
EXHIBIT

K

Arkansas State Police
One State Police Plaza Drive - Little Rock, Arkansas   72209
Email: bill.sadler@asp.arkansas.gov

FOI Request:

Under the provisions of the Arkansas Freedom of Information Act, I am requesting all records in possession of your department before they are destroyed :

Defendant's Name: Michael Patrick Sherwood
Date of Birth: 04/20/1996
Date of Arrest: 09/10/2016
County: Franklin
Location: Ozark
Officer: Ben Ibarra

Primarily any surveillance footage from the dashcam/mobile vehicle recorders,radio chatter, audio evidence, etc.  I am also requesting that because this is related to the defense of a criminal case that the information be provided free of cost. This case is still pending in District Court.  Please send these records to the or email listed below, if there are any questions, please call or email me. Thank you for your assistance.

Regards,

Whitfield Hyman, esq.
William.Hyman@gmail.com
Fax: 479 3162252 Cell: 901--413--2625
300 N 6th Street, Fort Smith, Arkansas 72901



King Law Group, PLLC Reception <email@arkansaslawking.com>

## Updated FOIA Request for Michael Sherwood

**King Law Group, PLLC Reception** <email@arkansaslawking.com>          Thu, Feb 2, 2017 at 1:30 PM
To: bill.sadler@asp.arkansas.gov

Any update?
[Quoted text hidden]



PLAINTIFF'S
EXHIBIT

   Gmail                                    William Hyman <william.hyman@gmail.com>

## hyman_tanner_searcy_white county_02082017
5 messages

**Bill Sadler** <bill.sadler@asp.arkansas.gov>                Wed, Feb 8, 2017 at 8:38 AM
To: Whitfield Hyman <william.hyman@gmail.com>

No records applicable to your request have been located.


**Bill Sadler**

**Arkansas State Police  -  Public Information Officer**

**One State Police Plaza Drive - Little Rock, Arkansas   72209**

(501) 618-8230  -  http://www.asp.state.ar.us/




**From:** Whitfield Hyman [mailto:william.hyman@gmail.com]
**Sent:** Monday, February 06, 2017 2:30 PM
**To:** Bill Sadler
**Subject:** Freedom of Information Act Request


   Mr. Bill Sadler
Public Information Officer
1 State Police Plaza Drive
Little Rock Ar, 72209

Dear Mr. Sadler
   I, William Whitfield Hyman, attorney for James Andrew Tanner, request any and all information including but not limited to reports filed, dispatch logs, radio chatter, dashcam footage, motor vehicle recordings, emails, texts, and all other records regarding incidents involving your department and  James Tanner on Saturday, November 29, 2014 and Wednesday December 3, 2014. at a Walmart in Searcy, Arkansas, and all other records the Arkansas State Police has involving him.


   I would also like any and all audio recordings and other records from Mr. Tanner's Concealed Handgun License Revocation hearing.  If this information is not available through FOIA, please let me know the appropriate method to obtain it.


   I request all information be delivered electronically to this email William.Hyman@Gmail. mailed to 300 N 6th Street Fort Smith, Arkansas 72901. In lieu of physical copies, I can pro

PLAINTIFF'S EXHIBIT

M

copies of the records and make physical copies myself.

I would appreciate notification of receipt of this request and an estimated time of compliance as well as notification of any costs this might incur so that I may authorize expenses or deny them.

If this request is denied, please inform me as soon as possible.

Also, I have not received a response for the FOIAs I did for Anthony Shaw and Michael Greenwood with their updated information that you had asked for.

Sincerely,
William Whitfield Hyman

---

**Whitfield Hyman** <william.hyman@gmail.com>                                    Wed, Feb 8, 2017 at 9:37 AM
To: Bill Sadler <bill.sadler@asp.arkansas.gov>

There are no records of a concealed handgun license revocation hearing?

There are no records that an Anthony Shaw was arrested or cited by the ASP?

What about Micheal Sherwood? (I accidentally said Greenwood in my last email).
[Quoted text hidden]

---

**Bill Sadler** <bill.sadler@asp.arkansas.gov>                                    Wed, Feb 8, 2017 at 1:37 PM
To: Whitfield Hyman <william.hyman@gmail.com>

Records of licensure and hearings associated with CHCL licensing are exempt.

**Bill Sadler**

**Arkansas State Police  -  Public Information Officer**

**One State Police Plaza Drive - Little Rock, Arkansas   72209**

(501) 618-8230  -  http://www.asp.state.ar.us/

**From:** Whitfield Hyman [mailto:william.hyman@gmail.com]
**Sent:** Wednesday, February 08, 2017 9:38 AM
**To:** Bill Sadler
**Subject:** Re: hyman_tanner_searcy_white county_02082017

[Quoted text hidden]

---

**Whitfield Hyman** <william.hyman@gmail.com>                                    Wed, Feb 8, 2017 at 1:38 PM
To: Bill Sadler <bill.sadler@asp.arkansas.gov>

Is there any way to get the records not through FOIA or discovery?
[Quoted text hidden]

 Gmail                                    William Hyman <william.hyman@gmail.com>

## hyman_william_dustin craig_12022016
1 message

**Bill Sadler** <bill.sadler@asp.arkansas.gov>                       Fri, Dec 2, 2016 at 10:36 AM
To: William Whitfield Hyman <hyman@arkansaslawking.com>

The records you've requested that are associated with the arrest are part of an
investigation which is exempt from public disclosure at this time pursuant to Arkansas
Code Annotated §25-19-105(b)(6).


These records can be obtain by means of a motion of discovery filed through the court and
directed to the arresting trooper, or by order from the prosecuting attorney.


Bill Sadler

**Arkansas State Police  -  Public Information Officer**

**One State Police Plaza Drive - Little Rock, Arkansas   72209**

(501) 618-8230  -  http://www.asp.state.ar.us/




**From:** william.hyman@gmail.com [mailto:william.hyman@gmail.com] **On Behalf Of** William Whitfield Hyman
**Sent:** Thursday, December 01, 2016 3:18 PM
**To:** Bill Sadler
**Subject:** FOIA REQUEST


Arkansas State Police
One State Police Plaza Drive - Little Rock, Arkansas   72209
**Email:  Bill.Sadler@asp.arkansas.gov**



FOIA Request:


        Under the provisions of the Arkansas Freedom of Information Act, I am requesting
detainment of a particular person from the daschcam or mobile vehicle reocrder records in
department before it is destroyed.



        Name of Person Detained: Dustin M Craig

Trooper's Name: Corporal Jesse Woodham

Ci Date: on or about September 13, 2016 around 9:30 am in Benton County, Near Siloam Springs.

Please send these records to the email or address listed below, attention Whitfield Hyman, if there are any questions, please call or email me. Thank you for your assistance.

Regards,

Whitfield Hyman, esq.
William.Hyman@gmail.com
Fax: 479 316-2252 Cell: 901--413--2625
300 N 6th Street, Fort Smith, Arkansas 72901

 Gmail

William Hyman <william.hyman@gmail.com>

## hyman_william_dustin craig_folo_12022016

1 message

**Bill Sadler** <bill.sadler@asp.arkansas.gov>                    Fri, Dec 2, 2016 at 10:43 AM
To: Whitfield Hyman <hyman@arkansaslawking.com>

I have provided to you a means by which to obtain the records.

Bill Sadler

Arkansas State Police  -  Public Information Officer

One State Police Plaza Drive - Little Rock, Arkansas   72209

(501) 618-8230  -  http://www.asp.state.ar.us/

**From:** Whitfield Hyman [mailto:hyman@arkansaslawking.com]
**Sent:** Friday, December 02, 2016 10:40 AM
**To:** Bill Sadler
**Subject:** Re: hyman_william_dustin craig_12022016

Bill,

If I win my appeal of that case will you start complying with these things or am I going to have to file a lawsuit every time?

> On Dec 2, 2016 10:36, "Bill Sadler" <bill.sadler@asp.arkansas.gov> wrote:

The records you've requested that are associated with the arrest are part of an investigation which is exempt from public disclosure at this time pursuant to Arkansas Code Annotated §25-19-105(b)(6).

These records can be obtain by means of a motion of discovery filed through the court and directed to the arresting trooper, or by order from the prosecuting attorney.

Bill Sadler

Arkansas State Police  -  Public Information Officer

One State Police Plaza Drive - Little Rock, Arkansas   72209


PLAINTIFF'S EXHIBIT

(501) 618-8230 - http://www.asp.state.ar.us/

**From:** william.hyman@gmail.com [mailto:william.hyman@gmail.com] **On Behalf Of** William Whitfield Hyman
**Sent:** Thursday, December 01, 2016 3:18 PM
**To:** Bill Sadler
**Subject:** FOIA REQUEST

Arkansas State Police
One State Police Plaza Drive - Little Rock, Arkansas   72209
**Email: Bill.Sadler@asp.arkansas.gov**

FOIA Request:

Under the provisions of the Arkansas Freedom of Information Act, I am requesting video footage regarding the detainment of a particular person from the daschcam or mobile vehicle reocrder records in possession of your department before it is destroyed.

Name of Person Detained: Dustin M Craig
Trooper's Name: Corporal Jesse Woodham

Ci Date: on or about September 13, 2016 around 9:30 am in Benton County, Near Siloam Springs.

Please send these records to the email or address listed below, attention Whitfield Hyman, if there are any questions, please call or email me. Thank you for your assistance.

Regards,

Whitfield Hyman, esq.
William.Hyman@gmail.com
Fax: 479 316-2252 Cell: 901--413--2625
300 N 6th Street, Fort Smith, Arkansas 72901