IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES ANDREW TANNER**                                                                          **PLAINTIFF**

v.                              No. 4:17-CV-00780-DPM

**KURT ZIEGENHORN, ET AL.**                                                                 **DEFENDANTS**

## MOTION TO DISMISS

Comes now the Arkansas State Police ("ASP") Defendants Colonel Bill Bryant, in his official capacity, William Sadler, in his individual capacity, and Kurt Ziegenhorn, in his individual capacity, by and through their attorneys, Attorney General Leslie Rutledge and Assistant Attorney General Reid P. Adkins, and for their Motion to Dismiss Plaintiff's Amended Complaint, state:

1. Plaintiff James Andrew Tanner filed this action alleging that ASP Defendants violated his constitutional rights as well as other state law claims. (DE 46).

2. For the reasons set forth in the accompanying Brief in Support of this Motion to Dismiss, the facts alleged fail to state a claim for which relief can be granted.

3. ASP Defendant Colonel Bryant is entitled to the protection of sovereign immunity from the official capacity claims asserted against him in the Amended Complaint.

4. ASP Defendants Sadler and Ziegenhorn are entitled to qualified immunity from the individual capacity claims asserted against them in the Amended Complaint.

5. ASP Defendants are further entitled to the protection of statutory immunity from any state-law claims asserted against them in the Amended Complaint.

6. Therefore, ASP Defendants ask the Court to dismiss the Plaintiff's Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

WHEREFORE, ASP Defendants respectfully request that their Motion to Dismiss be granted, and that the claims against them be dismissed with prejudice.

Respectfully submitted,

LESLIE RUTLEDGE,
Attorney General

By: *Reid P. Adkins*
Arkansas Bar # 2015216
Assistant Attorney General
Attorney for ADC Defendant
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 683-1080
Fax: (501) 682-2591
reid.adkins@arkansasag.gov

William C. Bird III (2005149)
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Tel: (501) 682-1317
Fax: (501) 682-2591
william.bird@ArkansasAG.gov

*Attorneys for ASP Defendants*

## **CERTIFICATE OF SERVICE**

     I, Reid P. Adkins, Assistant Attorney General, do hereby certify that on this 26th day of March, 2019, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

                                          By:    *Reid P. Adkins*