IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES ANDREW TANNER**                                                            **PLAINTIFF**

v.                                    No. 4:17-CV-00780-DPM

**KURT ZIEGENHORN, ET AL.**                                                  **DEFENDANTS**

### SUPPLEMENT TO ASP DEFENDANTS' BRIEF IN SUPPORT TO THE MOTION TO DISMISS

Comes now the Arkansas State Police ("ASP") Defendants Colonel Bill Bryant, in his official capacity, William Sadler, in his individual capacity, and Kurt Ziegenhorn, in his individual capacity, by and through their attorneys, Attorney General Leslie Rutledge and Assistant Attorney General Reid P. Adkins, and for their Supplement to their Brief in Support of the Motion to Dismiss Plaintiff's Amended Complaint, state:

1. Subsequent to filing their Motion to Dismiss, Plaintiff's counsel notified ASP Defendants' counsel of a factual error in their Brief in Support of the Motion to Dismiss.

2. In good faith, the purpose of this supplement is to correct that error in the Brief in Support. (DE 48).

3. On page 14 of ASP Defendants' Brief in Support, footnote 1 should be deleted in its entirety. (DE 48, p. 14, n.1).

4. Additionally, on page 14, the citation subsequent to footnote 1 in the body of the brief (i.e., (DE 2, p. 3)) should read as "(DE 46, p. 13)."

5. Plaintiff's counsel does not object to this supplement.

WHEREFORE, ASP Defendants respectfully request that their Supplement to their Motion to Dismiss be accepted.

        Respectfully submitted,

        LESLIE RUTLEDGE,
        Attorney General

By:   *Reid P. Adkins*
        Arkansas Bar # 2015216
        Assistant Attorney General
        Attorney for ADC Defendant
        323 Center Street, Suite 200
        Little Rock, Arkansas 72201
        Telephone: (501) 683-1080
        Fax: (501) 682-2591
        reid.adkins@arkansasag.gov

        William C. Bird III (2005149)
        Assistant Attorney General
        323 Center Street, Suite 200
        Little Rock, Arkansas 72201
        Tel: (501) 682-1317
        Fax: (501) 682-2591
        william.bird@ArkansasAG.gov

        *Attorneys for ASP Defendants*

## CERTIFICATE OF SERVICE

    I, Reid P. Adkins, Assistant Attorney General, do hereby certify that on this 5th day of April, 2019, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

By:   *Reid P. Adkins*