IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION 4

JAMES ANDREW TANNER                                                    PLAINTIFF

vs.                               No. 4:17-CV-00780-DPM

KURT ZIEGENHORN, ET. AL.                                               DEFENDANTS

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Comes now, the Plaintiff James Andrew Tanner, by and through his attorney, W. Whitfield Hyman of King Law Group, PLLC and for his response to Defendant's motion to dismiss states the following:

1. The Defense seeks to dismiss this action for failure to state a claim. (Doc. 48).

2. For the reasons set for in the accompanying fully incorporated Brief in Support of this Response to Motion to Dismiss, Plaintiff's claims must survive.

3. Defendant State of Arkansas, through Col. Bryant, is liable to injunctive relief due to the ongoing freedom of speech violations of the Facebook website. Drew's comments are still hidden and Drew is still blocked.

4. Defendants Ziegenhorn and Sadler have had their qualified immunity pierced due to their actions and can be sued.

5. The ASP Defendants are not covered by immunity for the state claims due to the maliciousness of their actions.

6. Therefore, Plaintiff asks the Court not to dismiss the Plaintiff's Amended Complaint.

Respectfully submitted,

JAMES ANDREW tanner
Plaintiff

By:   /s/ *William Whitfield Hyman*

W. Whitfield Hyman  
King Law Group PLLC  
300 N. Sixth Street  
Fort Smith, AR 72901  
479-782-1125  
479-785-1657 Fax  
ABA # 2013081  
Hyman@arkansaslawking.com  
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, William Whitfield Hyman, Attorney for Plaintiff, do hereby certify that on this 10th day of April, 2019, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

By:  /s/ *William Whitfield Hyman*