# THE DISTRICT COURT OF WHITE COUNTY, ARKANSAS

Sub*poena*
McGlawn
Wells
Fl—y

## AFFIDAVIT OF ARREST FOR THE FOLLOWING PERSON

| JAMES A. TANNER | W/M | 2/12/1987 |
|---|---|---|
| Defendant's Name | Race/Sex | Defendant's Birthdate |

| 815 WEST CHERRY | SEARCY, AR | |
|---|---|---|
| Defendant's Address | City, State | |

Pursuant to Rule 7.1 of the Arkansas Rules of Criminal procedure, the undersigned affiant being duly sworn, deposes and says that there is reason to believe that the above-named person has committed the offense of 5-73-120; 5-54-102, against the peace and dignity of the State of Arkansas.

(1) Obstruction —
(2) Carrying a prohibited weapon

## FACTS CONSTITUTING PROBABLE CAUSE

On November 29, 2014, approximately 10:50 P.M., inside the Wal-Mart at 3509 E Race in Searcy, AR, I came into contact with a subject later identified as James Tanner. Subject was wearing a tactical holster with a firearm strapped to his right thigh in an open carry position. I asked the subject what law enforcement department he was with, and the subject stated that he was with no one. I identified myself as Trooper Ziegenhorn with the Arkansas State Police and asked him for his name and ID. He refused and said that he didn't have to. In a 911 recording, Mr. Tanner confirmed that I identified myself as a State Trooper. Subject was followed to the front door where we then met with the Searcy P.D. Officers Jason McGlawn and Todd Wells.

I swear that the allegations contained are the truth, the whole truth and nothing but the truth.

(870) 633-1454 _____  Kurt Ziegenhorn TFC /s/ _____
Affiant's Phone                              Affiant

256 Woodruff 252, McCrory, AR 72101
Affiant's Address

STATE OF ARKANSAS
COUNTY OF WOODRUFF

Subscribed and sworn to before me this 3rd day of December, 2014.

_Leah Scott_
Notary Public

July 7, 20__

[Seal: LEAH SCOTT, NO. 12366878, NOTARY PUBLIC, WHITE COUNTY - ARKANSAS, EXPIRES 07-2018]

Agency Case Number: ____

Bond Request
(1) 250—
(2) 500—

## NCIC WARRANT ENTRY FORM

| | |
|---|---|
| AGENCY: | Searcy Police Department |
| Authority: | Operator: JL Tc Uoff    Date: 1/16/2015 |
| ORI: AR0730100 | NCIC #: W 142 711 302 |

### DELETE INFORMATION

| | |
|---|---|
| Authority: DD3 | Date: 1-17-15 |
| Deleting Terminal: SCPD | Operator: Courtney Hague |

| | | | |
|---|---|---|---|
| NAME: | Tanner, James A | | SMT: |
| AKA: | | | SMT: |
| AKA: | | | SMT: |
| AKA: | | | SMT: |
| AKA: | | | SMT: |
| AKA: | | | SMT: |
| DOB: 02/12/1987 | Race: White | | Sex: Male |
| Height: 71 | Weight: 140 | Eyes: Hazel  Hair: Blond | Comp: |
| Street Address: | 815 W Cherry | | |
| City: Searcy | | State: AR | Zip: 72143 |
| Offense: | 5-54-102(4) - OBSTRUCTING GOVERNMENTAL OPS; CLASS "C" MISD | | Misdemeanor: |
| Case#: SP-03756-14 | | Warrant#: | 15-0000040 |
| Date of Warrant: | 01/15/2015 | Date Received: | |
| ORI CHG: | | | |
| Bond: ProfessionalViaAgency | | Bond Amt: 250 | |
| SSN#: | | FBI#: | |
| DL#: 921676373 | | State: AR | XP Date: |
| POB: | FPC#: | | |
| DNA: | | | |

*****Will Travel         miles   In State / Out of State

```
Printed: 12/03/2014                    SEARCY POLICE DEPARTMENT                                      Page:   1
     At: 10:46:31                        101 NORTH GUM STREET
                                              PO BOX 178
                                           SEARCY, AR 72143-
                                            (501)268-3531
```

Entry/CC#: SP-036114-14    Date:10/07/2014    Time:17:51    Tour:        Desk Officer:

Call Type.....: ARMED SUBJECT              Priority..:1  How Received: TELEPHONE

Caller......: FOWLER, MARIA E
Bus. Name..:
Address....: 113 APPALACHIA RD
City/St/Zip: SEARCY, AR                                              Call Back #:(501)388-5272
Location of Assignment:1212 E RACE AVE, SEARCY
Cross Street..........:
Business Name.........: EURO STYLE SALON
Description...........:
Disposition...........: REPORT TAKEN
         Post:          Dispatched:Y   Dispatched Date:10/07/2014    Call Taker:00119

                              OFFICERS INVOLVED
Serial #:00171 Rank:PTL Name:AUSTIN    LAY
Serial #:00142 Rank:CPL Name:TIMOTHY B WYATT
Serial #:00035 Rank:PTL Name:ERIC L FLEMING
                               UNITS INVOLVED
Unit: 1509                Officers: (00171)
Disp. Time: 17:53 | Arv. Time: 17:59 | Comp Time: 18:08
Rcv'd to Comp:  0:17 :: Disp to Comp:   0:15
                    ------------------------------------------
Unit: 1609                Officers: (00142)
Disp. Time: 17:53 | Arv. Time: 17:59 | Comp Time: 18:33
Rcv'd to Comp:  0:42 :: Disp to Comp:   0:40
                    ------------------------------------------
Unit: 308                 Officers: (00035)
Disp. Time: 18:06 | Arv. Time: 18:06 | Comp Time: 18:28
Rcv'd to Comp:  0:37 :: Disp to Comp:   0:22

                              ASSOCIATED NUMBERS

                               PERSONS INVOLVED

Name..........: TANNER, JAMES       DOB:02/12/1987
Address.......: 815 W CHERRY
City/State/Zip: SEARCY, AR 72143-
Phone Number..: (501)268-7982
Business Number..:(   )
Sex...........: M     Race:  W

Name..........: FOWLER, MARIA E     DOB:02/04/1961
Address.......: 113 APPALACHIA RD
City/State/Zip: SEARCY, AR 72143-
Phone Number..: (501)388-5272
Business Number..:(   )
Sex...........: F     Race:  W

Entry/CC#: SP-036114-14   Date  0/07/2014   Time:17:51   Tour:       Desk Officer:           Page:

Person Type...:CALLER

NARRATIVE FROM CAD SYSTEM

[10/7/2014 5:52:37 PM by 00119 - A MAN WALKING ON RACE AND MAIN  STREES   BY
 FIRST SECURITY BANK WHO HAS A GUN STRAPPED TO HIS SIDE. W/M WEARING A
 BROWN SHIRT AND BLUE JEAN SHORTS WITH A BASEBALL CAP.

[10/7/2014 6:01:38 PM by 00119 - ******* START OF RECORD
****CSN/5609875 ***DATE/20141007 TIME/180017**


ARKANSAS DRIVER HISTORY FOR CSN: 005609875

TANNER,JAMES,A                              DLN: 921676373
815 W CHERRY AVE                            DOB: 02-12-87
SEARCY        WHITE      AR 72143        ISSUED: 02-11-13
SEX: M    RACE: W                       EXPIRES: 02-12-17
EYE: HAZ  HAIR: BLN   HGT:511   WGT:140  TOTAL POINTS: 000

CLASS: D             STATUS: NCL- Valid          CDL- N/A
ENDORSEMENTS: * NONE *      RESTRICTIONS:
                            Corrective Lenses


Offense   Conviction  Offense        Court              DLN         CMV
HAZ
Date      Date                       Location
MAT
----------------------------------------------------------------
---

****************************Stand Alone
Violation***************************
03/03/11  04/07/11    SPEED DTAIL 4056   Searcy DC      921676373 No
No

IMR/

Begin Image
Image Type:   I




MIS:

End Image

******* MAY BE SAME AS ABOVE    ****CSN/6861928 ***DATE/20141007

```
Entry/CC#: SP-036114-14   Date   J/07/2014   Time:17:51   Tour:      Desk Officer:        Page:
 TIME/180017**
NAM/TANNER,JAMES,A, RAC/W SEX/M DOB/19870212 HGT/511 WGT/140
     EYE/HAZ HAI/BLN
     ADD/815 W CHERRY SEARCY AR 72143


******* CONCEALED HANDGUN LICENSE *****
     LICENSE NUMBER/2103775 ISSUED/ 20121109 STATUS/VALID EXPIRES/ 20171109



***** END OF RECORD *****
  * * *
END================================================================
===========
==================================================================
==============

[10/7/2014 6:29:20 PM by 00119 - 6:28--235 IS ESCORTING SUBJECT BACK TO HIS
HOME SO HE CAN PROPERLY SECURE THE WEAPON.

[10/7/2014 6:33:28 PM by 00178 - 235: I'M 10-8
```

CASE REPORT #: SP-03756-14          Blotter/CC #: SP-042425-14

## MAIN CASE INFORMATION

UCR Case Status: CLOSED BY INVESTIGATION (CBI)    Status Date: 12/02/2014
Dept Case Status: N
Report Date: 12/02/2014    Time: 10:40    Report Day: Tue

| Occurred On/From | Day Tue | Date Dec 2 2014 | Time 10:40 | Occurred On/To: | Day Tue | Date Dec 2 2014 | Time 10:40 | Incident Type BATTERY |
|---|---|---|---|---|---|---|---|---|

| Incident Address | City,State,Zip (☒C ☐T ☐V) | | Location Code |
|---|---|---|---|
| 3509 E RACE AVE | SEARCY | | 001 |
| Business Name: WALMART SUPERCENTER | Inquiries: ☒DMV ☐Want/Warrant ☐Scofflaw ☐Crim. History ☐Stolen Property ☐Other | NYSPIN Message No. | Notified/TOT |

## OFFICERS INVOLVED

| Serial # | Rank | Name | Type/Role | Shield | Command | Squad |
|---|---|---|---|---|---|---|
| 00180 | PTL | JASON A MCGLAWN | | 245 | PTL | |
| 00123 | PTL | TODD W WELLS | | 226 | PTL | |
| 00035 | PTL | ERIC L FLEMING | | 234 | PTL | |

## OFFENSES

| Charge | Class | Att | Law Description |
|---|---|---|---|
| 5 13-203- | A MISDEMEANOR | NO | Battery - 3rd degree |

## PERSONS INVOLVED

Name: JAMES TANNER      Role: VI - VICTIM
Address: 815 W CHERRY SEARCY, AR 72143-
Apt No.:    Bus. Phone: ( )    Sex: M    DOB: 02/12/1987
Phone: (501)268-7982    Mobile Phone:    Age: 27    Race: W

Name: KURT A ZIEGENHORN      Role: SU - SUSPECT
Address: 3205 N WASHINGTON FORREST CITY, AR 72335-
Apt No.:    Bus. Phone:    Sex: M    DOB: 03/08/1970
Phone: 870-523-1454    Mobile Phone:    Age: 44    Race: W

CASE REPORT #: SP-03756-14                                Blotter/CC #: SP-042425-14

NARRATIVE

226:11/30/2014 00:51 - On Saturday, November 29, 2014 around 10:55pm, I was dispatched to Wal-Mart Supercenter at 3509 East Race Street regarding a disturbance. Upon arrival I met with James Tanner and Kurt Ziegenhorn.

Ziegenhorn identified himself as an Arkansas State Trooper (which was confirmed). Ziegenhorn was wearing a badge on the right side of his hip near his weapon. Ziegenhorn told me he observed Tanner wearing a holstered handgun on his right side and confronted him by identifying himself as an Arkansas State Trooper and attempted to identify Tanner. Ziegenhorn stated Tanner refused to comply.

Tanner told me this is when he called us because he didn't know if Ziegenhorn was actually a State Trooper.

Ziegenhorn told us when management found out Tanner was carrying an open view firearm they no longer wanted him on their property. Tanner was told and complied to leave the property per Wal-Mart management. No further action taken.

| Reporting/Investigating Officer: |
| --- |
| PTL JASON A MCGLAWN |
| Supervisor Approving: |
| SGT SCOTT A THOMAS |
| Supervisor 2 Approving: |

Tanner, James A

# Warrant of Arrest
## Affidavit

Issued #: 15-0000040

City of Searcy
VS.
Tanner, James A

The State of Arkansas, to any Sheriff, Constable, Coroner, or Policeman in the state or any other Law Enforcement Officer in the United States:

815 W Cherry
Searcy,AR 72143

| | |
|---|---|
| SSN: | DOB: 02/12/1987 |
| DL#: 921676373 | |
| Height: 5'11" | Weight: 140 lbs |
| Race: White | |
| Sex: Male | Hair: Blond |
| Eyes: Hazel | |
| Bond: $250.00 | |
| Bond Type: Professional Via Agency | |

It APPEARING, based on my personal examination and evaluation of sworn affidavit(s) that there is reasonable ground for believing that:

Tanner, James A

has committed the offense(s) listed below in the County of White State of Arkansas, and you are therefore commanded forthwith to arrest him/her and deliver him/her to the proper office to bring, or to be brought before me to be dealt with according to law.

Witness my hand as District Court Judge, Searcy District Court on ___1-16-15___

District Court Judge, Searcy District Court

### Violations

| # | Statute/Code | Description |
|---|---|---|
| 1 | 5-54-102(4) | OBSTRUCTING GOVERNMENTAL OPS; CLASS "C" MISD |

STATE OF ARKANSAS
COUNTY OF WHITE

I have this _17_ day of _Jan_, 2015, duly served the within by _have keed to_

Officer Name: _J. Denson_

Court Date Given _5_ day of _march_, 2015.

Time: 10:00 A.M.

Signature: _Pl. G. Denson 223_

Notes:
Affidavit warrant; Obstruction.
Total $250 paper bond.

Agency:
Affidavit #:

Date:

RECEIVED 1/16/15 Jw 2000pr

Date Printed: Thursday, January 15, 2015

22887