# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-2400
_____

James Andrew Tanner

Plaintiff - Appellant

v.

Kurt Ziegenhorn, in his individual capacity; Bill Bryant, Colonel, in his official capacity as head of the Arkansas State Police, an agency of the State of Arkansas

Defendants - Appellees

William Sadler, "Bill", in his individual capacity; John Doe, 1-5, individually and in their official capacity; Mike Kennedy, Individually; Elizabeth Chapman, Individually

Defendants

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:17-cv-00780-DPM)
_____

**JUDGMENT**

Before KELLY, BOWMAN, and STRAS, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction.

July 03, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 03, 2019

Mr. William W. Hyman
KING LAW GROUP
300 North 6th Street
Fort Smith, AR  72901

RE:  19-2400  James Tanner v. Kurt Ziegenhorn, et al

Dear Counsel:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

Michael E. Gans
Clerk of Court

YML

Enclosure(s)

cc:     Mr. Reid Phillip Adkins
        Mr. William C. Bird III
        Mr. Jim McCormack

District Court/Agency Case Number(s):   4:17-cv-00780-DPM



19-2400 James Tanner v. Kurt Ziegenhorn, et al "judgment filed sua sponte dismiss case for lack of jurisdiction " (4:17-cv-00780-DPM)

ca08ml_cmecf_Notify   to:   07/03/2019 11:35 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/03/2019

**Case Name:**   James Tanner v. Kurt Ziegenhorn, et al
**Case Number:**   19-2400
**Document(s):**   Document(s)

**Docket Text:**
**JUDGMENT FILED -** Case dismissed for lack of jurisdiction.
JANE KELLY, PASCO M. BOWMAN and DAVID R. STRAS Adp July 2019 [4804633] [19-2400] (Yvette Lisenby)

**Notice will be electronically mailed to:**

Mr. Reid Phillip Adkins, Assistant Attorney General: reid.adkins@arkansasag.gov, katie.wilson@arkansasag.gov
Mr. William C. Bird, III: william.bird@arkansasag.gov, debra.sebring@arkansasag.gov, agcivil@arkansasag.gov
Mr. William W. Hyman: hyman@arkansaslawking.com, william.hyman@gmail.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov


The following document(s) are associated with this transaction:
**Document Description:** Cover Letter
**Original Filename:**
/opt/ACECF/live/forms/YvetteLisenby_192400_4804633_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/03/2019] [FileNumber=4804633-0] [90f93e0627c426c8d35cb8efad0ea8eb396ea5209b44a9c93e83526961701d6c231276dedc0c9d80 e1101f2157c1344d6feb455e736f57989dfdb78239eeda02]]
**Recipients:**
- Mr. Reid Phillip Adkins, Assistant Attorney General

- Mr. William C. Bird, III
- Mr. William W. Hyman
- Mr. Jim McCormack, Clerk of Court

**Document Description:** Judgment: Judge Directed
**Original Filename:**
/opt/ACECF/live/forms/YvetteLisenby_192400_4804633_JudgmentsJudgeDirected_127.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/03/2019] [FileNumber=4804633-1]
[a42943a2ddf8fc0335693b1ee57c39db4347d9bb6444d597794b92618ca7339af85be5dda7e088c
b525e1035fab28114d81fbd12aff69a0cd547c66d2c725831]]
**Recipients:**

- Mr. Reid Phillip Adkins, Assistant Attorney General
- Mr. William C. Bird, III
- Mr. William W. Hyman
- Mr. Jim McCormack, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4804633
**RELIEF(S) DOCKETED:**
   dismiss case for lack of jurisdiction
**DOCKET PART(S) ADDED:** 6322040, 6322041, 6322042