## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 19-2400

James Andrew Tanner

Appellant

v.

Kurt Ziegenhorn, in his individual capacity and Bill Bryant, Colonel, in his official capacity as head of the Arkansas State Police, an agency of the State of Arkansas

Appellees

William Sadler, "Bill", in his individual capacity, et al.

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:17-cv-00780-DPM)
_____

**MANDATE**

In accordance with the judgment of 07/03/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 24, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit



19-2400 James Tanner v. Kurt Ziegenhorn, et al "Mandate Issued" (4:17-cv-00780-DPM)
ca08ml_cmecf_Notify   to:   07/24/2019 04:36 PM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/24/2019
**Case Name:**   James Tanner v. Kurt Ziegenhorn, et al
**Case Number:**   19-2400
**Document(s):**   Document(s)

**Docket Text:**
MANDATE ISSUED. [4811704] [19-2400] (Yvette Lisenby)

**Notice will be electronically mailed to:**

Mr. Reid Phillip Adkins, Assistant Attorney General: reid.adkins@arkansasag.gov, katie.wilson@arkansasag.gov
Mr. William C. Bird, III: william.bird@arkansasag.gov, debra.sebring@arkansasag.gov, agcivil@arkansasag.gov
Mr. William W. Hyman: hyman@arkansaslawking.com, william.hyman@gmail.com
Honorable D. Price Marshall, U.S. District Judge: Price_Marshall@ared.uscourts.gov, Sherri_Black@ared.uscourts.gov, Chelsea_Wilson@ared.uscourts.gov, Caroline_Boch@ared.uscourts.gov, zach_trail@ared.uscourts.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov


The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:**
/opt/ACECF/live/forms/YvetteLisenby_192400_4811704_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/24/2019] [FileNumber=4811704-0]
[4ff7d4afcc763c6334a97137495dbe95b36656dd59feac8645ad36ed5e5b277321e134e4d15f5fdb
823940360436fc7056d2f4134952acd37469825948d9ef66]]
**Recipients:**

- [Mr. Reid Phillip Adkins, Assistant Attorney General](#)
- [Mr. William C. Bird, III](#)
- [Mr. William W. Hyman](#)
- [Honorable D. Price Marshall, U.S. District Judge](#)
- [Mr. Jim McCormack, Clerk of Court](#)

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4811704
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6335709