IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES ANDREW TANNER**                                              **PLAINTIFF**

v.                          **CASE NO. 4:17-CV-780-DPM**

**KURT ZIEGENHORN, et al.**                                        **DEFENDANTS**

**JOINT STATUS REPORT**

Come now, the parties, by and through their respective counsel, and for their Joint Status Report, state:

1. **Discovery:** Discovery deadline is April 2, 2020.

2. **Motions Pending:** There are no motions currently pending.

3. **Settlement Conference:** No settlement conference has been scheduled or requested.

4. **Settlement Prospects:** None at this time.

5. **Estimate Length of Trial:** 3-5 days.

          Respectfully submitted,

By:  *Reid P. Adkins*
     Ark Bar No. 2015216
     Assistant Attorney General
     Arkansas Attorney General's Office
     323 Center Street, Suite 200
     Little Rock, AR 72201
     Phone:  (501) 682-1080
     Fax:     (501) 682-2591
     Email:  reid.adkins@arkansasag.gov

By: *William C. Bird III*
Ark Bar No. 2005149
Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone:  (501) 682-1317
Fax:     (501) 682-2591
Email:  william.bird@arkansasag.gov

*Attorneys for the Defendants*

AND

By: *William W. Hyman*
Ark. Bar No. 2013237
KING LAW GROUP, PLLC
300 N. Sixth Street
Fort Smith, AR 72901
Phone: (479) 782-1125
Fax: (479) 316-2252
Email: hyman@arkansaslawking.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Reid P. Adkins, Assistant Attorney General, hereby certify that on February 18, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

*Reid P. Adkins*