# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAMES ANDREW TANNER**                                                                 **PLAINTIFF**

**v.**                                  **No. 4:17-CV-00780-DPM**

**KURT ZIEGENHORN, ET AL.**                                                           **DEFENDANTS**

## UNOPPOSED MOTION TO EXTEND DEADLINES

Comes now the Arkansas State Police ("ASP") Defendants Colonel Bill Bryant and Kurt Ziegenhorn, by and through their attorneys, Attorney General Leslie Rutledge and Assistant Attorney General Reid P. Adkins, and for their Unopposed Motion to Extend Deadlines, state:

1. This Court issued an Amended Final Scheduling Order directing the parties to file dispositive and *Daubert* motions and a joint status report on or before May 18, 2020. (DE 71).

2. Undersigned counsel has had several deadlines in other matters that have limited the amount of time available to prepare defendants' dispositive motion.

3. Plaintiff's counsel does not object to the above deadlines being extended until June 8, 2020. ASP Defendants respectfully request that this Court extend the dispositive and *Daubert* motions and joint status report deadlines until June 8, 2020.

4. ASP Defendants are filing this motion in good faith and not for the purpose of delay.

WHEREFORE, ASP Defendants respectfully request that their Unopposed Motion to Extend Deadlines be granted.

        Respectfully submitted,

        LESLIE RUTLEDGE,
        Attorney General

By:   *Reid P. Adkins*
        Arkansas Bar # 2015216
        Assistant Attorney General
        Attorney for ADC Defendant
        323 Center Street, Suite 200
        Little Rock, Arkansas 72201
        Telephone: (501) 683-1080
        Fax: (501) 682-2591
        reid.adkins@arkansasag.gov

*Attorneys for ASP Defendants*

## CERTIFICATE OF SERVICE

I, Reid P. Adkins, Assistant Attorney General, do hereby certify that on this 8th day of May, 2020, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

By:   *Reid P. Adkins*