

# ARKANSAS STATE POLICE

ASP-193
(REV 09/13)

## Employee Report For Leave Form

Name: **KURT A ZIEGENHORN**          Rank: **TFC**     Badge #: **501**
(First/MI/Last Name)

Division: **Highway Patrol**          Troop/Company/Section: **TROOP D**

Personnel Number: **78677**     Business Area: _____     Personnel Area: _____

Begin Leave: **0800**     **11/29/14**          **1600**     **11/29/14**
(Hour)     (Month/Day/Year)          (Hour)     (Month/Day/Year)

| | | | Hr(s)/Mins | | | | Hr(s)/Mins |
|---|---|---|---|---|---|---|---|
| ☑ | **ANNL** | Annual | 8 | ☐ | **MC10** | Military Leave Comp (1.0) | |
| ☐ | **CATL** | Catastrophic Leave | | ☐ | **MC15** | Military Leave Comp (1.5) | |
| ☐ | **CEAL** | Children's Educational Activities Leave | | ☐ | **MILA** | Military Leave Annual | |
| | | | | ☐ | **MILD** | Military Leave Disability | |
| ☐ | **CNJL** | Court/Jury | | ☐ | **MILH** | Military Leave Holiday | |
| ☐ | **CP10** | Comp (10) Quota 15 | | ☐ | **MILL** | Military Leave LWOP | |
| ☐ | **CP15** | Comp (15) Quota 16 | | ☐ | **MILV** | Military Leave Quota | |
| ☐ | **EMBD** | Employee Birthday | | ☐ | **SICK** | Sick | |
| ☐ | **FMLA** | Family Medical Annual | | ☐ | **SHLV** | Shared Leave | |
| ☐ | **FMLH** | Family Medical Holiday | | ☐ | **WKCA** | Workers Comp Annual | |
| ☐ | **FMLL** | Family Medical LWOP | | ☐ | **WKCH** | Workers Comp Holiday | |
| ☐ | **FMLS** | Family Medical Sick | | ☐ | **WKCL** | Workers Comp LWOP | |
| ☐ | **FMLT** | Family Medical CAT | | ☐ | **WKCS** | Workers Comp Sick | |
| ☐ | **FMSH** | Family Medical Shared Leave | | ☐ | **WKCT** | Workers Comp CAT | |
| ☐ | **HLDY** | Holiday | | ☐ | **WC10** | Workers Comp Comp (1.0) | |
| ☐ | **INCL** | Inclement Weather | | ☐ | **WC15** | Workers Comp Comp (1.5) | |
| ☐ | **LWOP** | Leave Without Pay | | ☐ | **Other** | | |

Signature of Employee: *TFC Kurt Ziegenhorn 501*          Date: **11/28/2014**
TFC Kurt Ziegenhorn #501
(Rank/First)          (Month/Day/Year)

Approved  ☑     Signature of Supervisor: *Sgt. David L. Williams 375*          Date: **11/28/2014**
Disapproved  ☐     Sgt David L Williams #375
(Rank/First/MI/Last Name/Badge #)          (Month/Day/Year)

Signature of Timekeeper: _____
(First/MI/Last Name)

Tanner-0019                    Plf. Sum. J. 0003

ASP
**11**
rev 10/14

# ARKANSAS  STATE  POLICE

### Weekly  Time  Sheet  Form

Name: _____Kurt A Ziegenhorn_____       Rank: ___TFC___       Badge # ___501___

(First/MI/Last Name)

| Administration Use Only | |
|---|---|
| Overtime Paid: | |
| Hourly Rate: | |
| Career Service Date: | |

Personnel Number: ___78677___       Troop: ___D___       Troop Contact: ___Debra Meachum___

Data Entry Period Begins: **11-30-14**       Data Entry Period Ends: **12-06-14**

(Month/Day/Year)                                        (Month/Day/Year)

| A/A Type | Wage Type | Sunday 30 From | To | Monday 01 From | To | Tuesday 02 From | To | Wednesday 03 From | To | Thursday 04 From | To | Friday 05 From | To | Saturday 06 From | To |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATTN | | | | | | 1500 | 1900 | 1500 | 1900 | 1500 | 1900 | 1700 | 2100 | 1700 | 2100 |
| ATTN | | | | | | 2000 | 2400 | 2000 | 2400 | 2000 | 2400 | 2200 | 0200 | 2200 | 0200 |
| ATTN | | | | | | | | | | | | | | | |
| ATTN | | | | | | | | | | | | | | | |
| ANNL | | | | | | | | | | | | | | | |
| HLDY | | | | | | | | | | | | | | | |
| SICK | | | | | | | | | | | | | | | |
| COMP | | | | | | | | | | | | | | | |
| MILV | | | | | | | | | | | | | | | |
| **SB** | | | | | | | | | | | | | | | |
| **DWI** | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Totals: | | | OT | | OT | 8.00 | OT | 8.00 | OT | 8.00 | OT | 8.00 | OT | 8.00 | OT |

| TSS 15 WBS | | SB/OT Hours Worked | F.0960.402-15-TSS-OP-E | |
|---|---|---|---|---|
| | | DWI/OT Hours Worked | F.0960.410-15-TSS-K8-E | |
| | | Speed/OT Worked | F.0960.402-15-TSS-SE-E | |
| | | Distracted Driving/OT Hours Worked | F.0960.405-15-TSS-M8-E | |
| | TSS 15 Cost Center: | 456881 | TSS Internal Order Number: | I0960163 |
| | | | | |

| | | |
|---|---|---|
| HIDTA Hours Worked: | | |
| HIDTA Internal Order Number: | | **I0960278** |
| ICP Hours Worked: | | |
| ICP Internal Order Number: | | **I0960661** |
| Troop Cost Center: | | |

*TFC Kurt Ziegenhorn 501*

Signature of Employee: _____TFC Kurt Ziegenhorn #501_____       Date: ___11/29/2014___

(Rank/First/MI/Last Name/Badge #)                                        (Month/Day/Year)

*Sgt David L Williams 375*

Signature of Supervisor: _____SGT David L Williams #375_____       Date: ___11-29-14___

(Rank/First/MI/Last Name/Badge #)                                        (Month/Day/Year)

Keyed By: _____

| | |
|---|---|
| ATTN | 40.00 |
| ANNL | |
| COMP | |
| HLDY | |
| MILV | |
| SICK | |
| WKHL | |
| OT | |
| **TOTAL HOURS** | 40.00 |

Tanner-0020

Plf. Supp. 0004

ASP
**11**
rev 10/14

# ARKANSAS  STATE  POLICE

### Weekly  Time  Sheet  Form

| | | | |
|---|---|---|---|
| Name: | Kurt A Ziegenhorn | Rank: TFC | Badge # 501 |
| | (First/MI/Last Name) | | |

| Administration Use Only | |
|---|---|
| Overtime Paid: | |
| Hourly Rate: | |
| Career Service Date: | |

Personnel Number:  78677   Troop:  D   Troop Contact:  Debra Meachum

Data Entry Period Begins:  **11-23-14**   Data Entry Period Ends:  **11-29-14**
(Month/Day/Year)                                                                (Month/Day/Year)

| A/A Type | Wage Type | Sunday 23 | | Monday 24 | | Tuesday 25 | | Wednesday 26 | | Thursday 27 | | Friday 28 | | Saturday 29 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | From | To | From | To | From | To | From | To | From | To | From | To | From | To |
| ATTN | | 0600 | 1130 | 0800 | 1200 | 0700 | 1200 | | | | | | | | |
| ATTN | | 1230 | 1500 | 1300 | 1700 | 1400 | 1700 | | | | | | | | |
| ATTN | | | | | | | | | | | | | | | |
| ATTN | | | | | | | | | | | | | | | |
| ANNL | | | | | | | | | | | | | | | |
| HLDY | | | | | | | | | | | | 8.00 | | 8.00 | |
| SICK | | | | | | | | | | | | | | | |
| COMP | | | | | | | | | | | | | | | |
| MILV | | | | | | | | | | | | | | | |
| **SB** | | | | | | | | | | | | | | | |
| **DWI** | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Totals: | | **8.00** | OT | **8.00** | OT | **8.00** | OT | | OT | | OT | **8.00** | OT | **8.00** | OT |

| | | | | |
|---|---|---|---|---|
| **TSS 15 WBS** | SB/OT Hours Worked | F.0960.402-15-TSS-OP-E | | |
| | DWI/OT Hours Worked | F.0960.410-15-TSS-K8-E | | |
| | Speed/OT Worked | F.0960.402-15-TSS-SE-E | | |
| | Distracted Driving/OT Hours Worked | F.0960.405-15-TSS-M8-E | | |
| | TSS 15 Cost Center: | 456881 | TSS Internal Order Number: | **I0960163** |
| | | | | |

| | |
|---|---|
| HIDTA Hours Worked: | |
| HIDTA Internal Order Number: | **I0960278** |
| ICP Hours Worked: | |
| ICP Internal Order Number: | **I0960661** |
| Troop Cost Center: | |

*TFC Kurt Ziegenhorn 501*

Signature of Employee:  TFC Kurt Ziegenhorn #501   Date:  11/29/2014
(Rank/First/MI/Last Name/Badge #)                                        (Month/Day/Year)

*Sgt David L Williams 375*

Signature of Supervisor:  SGT David L Williams #375   Date:  11-29-14
(Rank/First/MI/Last Name/Badge #)                                          (Month/Day/Year)

Keyed By:  _____

Tanner-0022

| | |
|---|---|
| ATTN | 24.00 |
| ANNL | |
| COMP | |
| HLDY | 16.00 |
| MILV | |
| SICK | |
| WKHL | |
| OT | |
| **TOTAL HOURS** | **40.00** |

Plf. Supp. 0006

**Greg Downs**

---

| | |
|---|---|
| **From:** | Greg Downs |
| **Sent:** | Thursday, October 29, 2015 4:29 PM |
| **To:** | Kurt Ziegenhorn |
| **Cc:** | Jackie Clark; David Williams |
| **Subject:** | RE: ASP 177 |

I'll take care of it, Kurt.

Thanks



**Greg Downs**
**General Counsel**
**Arkansas State Police**
**1 State Police Plaza Dr.**
**Little Rock, AR 72209**
**Ph: (501) 618-8350**
**Fax: (501) 618-8222**
**Greg.Downs@asp.arkansas.gov**

**From:** Kurt Ziegenhorn
**Sent:** Thursday, October 29, 2015 4:28 PM
**To:** Greg Downs
**Cc:** Jackie Clark; David Williams
**Subject:** ASP 177

Plf. Sum. J. 0055

**Greg Downs**

| | |
|---|---|
| **From:** | Kurt Ziegenhorn |
| **Sent:** | Wednesday, December 03, 2014 4:39 PM |
| **To:** | Greg Downs |
| **Cc:** | Cora Gentry |
| **Subject:** | FW: James Tanner |
| **Attachments:** | James Tanner 2.doc |

**From:** Kurt Ziegenhorn
**Sent:** Wednesday, December 03, 2014 4:38 PM
**To:** Greg Downs
**Cc:** Cora Gentry
**Subject:** James Tanner

Here is a Second Memo regarding Mr. Tanner.  His CHCL is in the Mail.

1

Plf. Sum. J. 0056

ASP-46



# MEMORANDUM

**TO:**  GREG DOWNS
    CORA GENTRY

**FROM:** TFC  KURT ZIEGENHORN #501

**RE:**  JAMES TANNER

**DATE:** DECEMBER 3,  2014


On December 3, 2014, at approximately 1:50 p.m., while in Searcy on duty doing paperwork on an affidavit on Mr. James Tanner,  I happened to come in contact with him again as I was exchanging eyeglasses at the Vision Center at Wal-Mart.

As I was leaving I approached Mr. Tanner and asked him for his ID and if he was carrying a weapon.  He said he was not carrying a weapon at the time and he strongly opposed and stated he did not have to show me an ID. He appeared to becoming Disorderly and to keep from having any confrontation in front of a large group of people inside a business, I quickly restrained him for my safety and escorted him outside to my patrol car.

I then asked for his ID again and he stated no.  I searched Mr. Tanner for an ID a found his Driver's License and CHCL permit visible upon initial opening of his wallet.

I informed him that his CHCL was under review for revocation and was going to be sent to Little Rock.  I told him that I was not going to charge him now, and informed him of pending charges by the prosecutor.  He subsequently released as he had calmed.

I attempted to start my car camera remotely, but it had evidently become unsynchronized while I was inside.

ASP-46

It appeared to me that Mr. Tanner shows cynicism towards law enforcement and authority.  His refusal to comply, references to the constitution, invoking silence in conversation, and his attempts to quote law were repetitive.

**Greg Downs**

| | |
|---|---|
| **From:** | Kurt Ziegenhorn |
| **Sent:** | Wednesday, December 03, 2014 12:11 PM |
| **To:** | Greg Downs |
| **Cc:** | Cora Gentry |
| **Subject:** | memo and affidavit |
| **Attachments:** | James Tanner.doc; Tanner doc.pdf |

1

Plf. Sum. J. 0601

ASP-46



# M E M O R A N D U M

**TO:**        GREG DOWNS
                    CORA GENTRY

**FROM:**     TFC  KURT ZIEGENHORN #501

**RE:**        JAMES TANNER

**DATE:**     DECEMBER 3, 2014


    On November 29, 2014, approximately 10:50 P.M., while off duty shopping at Wal-Mart in Searcy, AR, with my family, with my pistol covered and my badge visible(clipped on the lower part of my pants pocket below my weapon.  I came into contact with a subject later identified as James Tanner. The subject was wearing a tactical holster with a firearm strapped to his right thigh (between waist and knee) in an open carry position.  I first assumed he was law enforcement but did not notice a badge or any identification.  As he approached the area I was standing.  I curiously asked the subject what law enforcement department he was with, and the subject stated in a condescending manor that he was with no one.  I then identified myself as Trooper Ziegenhorn with the Arkansas State Police and asked him for his name and ID. He moved his right hand downward in the area of his pistol.  I then reached and grabbed his right wrist and elbow and again identified myself.  He became very defensive and agitated and stated he did not have to tell me anything.  I informed him that he could not open carry and suggested that he needed to leave.   He stated he was leaving and I allowed him to walk out in front of me to the front of the store.

    Before I could call for assistance, he said he was calling the police, which was fine, as it left my hands free.   As we approached the front, he found a Manager, which I presented my State ID and the manager stated that he did not want Mr. Tanner in the store. Mr. Tanner's demeanor was very nervous and confrontational.

Once outside we encountered Officers with Searcy Police Department (Searcy PD report #2) attached.  They performed an ID check and found that Mr. Tanner did not have any current warrants and had a valid CHCL permit. The Searcy officers told Mr. Tanner to leave and to not come back wearing a weapon.

The Searcy officers informed me that this was not the first encounter with Mr. Tanner (Searcy PD report #1).

An affidavit for arrest has been signed by Searcy Prosecutor Buck Gibson for 5-73-120 and 5-54-102 and sent to White County Judge for Warrant.

I strongly believe that Mr. Tanner's neglect of CHCL rules and the Laws of the state of Arkansas are just cause to Suspend or Revoke his CHCL License.


Included 5 attachments

# THE DISTRICT COURT OF WHITE COUNTY, ARKANSAS

## AFFIDAVIT OF ARREST FOR THE FOLLOWING PERSON

| | | |
|---|---|---|
| JAMES A. TANNER | W/M | 2-12-1987 |
| Defendant's Name | Race/Sex | Defendant's Birthdate |

| | |
|---|---|
| 815 WEST CHERRY | SEARCY, AR |
| Defendant's Address | City, State |

Pursuant to Rule 7.1 of the Arkansas Rules of Criminal procedure, the undersigned affiant being duly sworn, deposes and says that there is reason to believe that the above-named person has committed the offense of 5-3-120; 5-54-102, against the peace and dignity of the State of Arkansas

## FACTS CONSTITUTING PROBABLE CAUSE

On November 21, 2014, approximately 10:50 P.M., inside the Wal-Mart at 3509 E. Race in Searcy, AR, I came into contact with a subject later identified as James Tanner. Subject was wearing a tactical holster with a firearm strapped to his right thigh in an open carry position. I asked the subject what law enforcement department he was with, and the subject stated that he was with no one. I identified myself as Trooper Ziegenhorn with the Arkansas State Police and asked him for his name and ID. He refused and said that he didn't have to. In a P.D. recording, Mr. Tanner confirmed that I identified myself as a State Trooper. Subject was followed to the front door where we then met with the Searcy P.D. Officers Jason McGlawn and Todd Weas.

I swear that the allegations contained are the truth, the whole truth and nothing but the truth.

| | |
|---|---|
| (870) 633-1454 | Kurt Ziegenhorn |
| Affiant's Phone | Affiant |

255 Woodruff 252, McCrory, AR 72101
Affiant's Address

STATE OF ARKANSAS
COUNTY OF WOODRUFF

Subscribed and sworn to before me this 3rd day of December, 2014.

Leah Scott
Notary Public

july 7, 20__

Agency Case Number

101 NORTH GUM STREET
PO BOX 178
SEARCY  AR 72143-
(501) 268-3531

---

Entry/CC#: SP-036114-14   Date: 10/07/2014   Time: 17:51   Tour:   Desk Officer

---

Call Type.....: ARMED SUBJECT        Priority..: 1  How Received: TELEPHONE

---

Caller.....: FOWLER  MARIA E
Bus. Name..:
Address....: 113 APPALACHIA RD
City/St/Zip: SEARCY, AR                         Call Back #: (501) 388-5172

Location of Assignment: 1212 E RACE AVE  SEARCY
Cross Street..........:
Business Name.........: EURO STYLE SALON
Description...........:
Disposition..........: REPORT TAKEN

---

Post:        Dispatched: Y  Dispatched Date: 10/07/2014   Call Taker: 00119

---

### OFFICERS INVOLVED

Serial #: 00171 Rank: PTL Name: AUSTIN  LAY
Serial #: 00143 Rank: CPL Name: TIMOTHY B WYATT
Serial #: 00035 Rank: PTL Name: ERIC D FLEMING

### UNITS INVOLVED

Unit: 1509              Officers: (00171)
Disp. Time: 17:53 | Arv. Time: 17:59   Comp Time: 18:08
Rcv'd to Comp: 0:17 :: Disp to Comp:  0:15

-------------------------------------------

Unit: 1609              Officers: (00143)
Disp. Time: 17:53 | Arv. Time: 17:59   Comp Time: 18:33
Rcv'd to Comp: 0:40 :: Disp to Comp:  0:40

-------------------------------------------

Unit: 308              Officers: (00035)
Disp. Time: 18:06   Arv. Time: 18:06 | Comp Time: 18:28
Rcv'd to Comp: 0:37 :: Disp to Comp:  0:20

---

### ASSOCIATED NUMBERS

#### PERSONS INVOLVED

Name.........: TANNER  JAMES        DOB: 02/12/1987
Address......: 815 W CHERRY
City/State/Zip: SEARCY, AR 72143-
Phone Number..: (501) 268-7982
Business Number..: (   )
Sex.........: M   Race: W

---

Name.........: FOWLER, MARIA E      DOB: 02/04/1961
Address......: 113 APPALACHIA RD
City/State/Zip: SEARCY, AR 72143-
Phone Number..: (501) 388-5172
Business Number..: (   )
Sex.........: F   Race: W

Plf. Sum. J. 0245

Entry/CC#: SP-036114-14   Date:10/07/2014   Time:17:51   Tour:    Desk Officer:        Date:

Person Type...:CALLER

NARRATIVE FROM CAD SYSTEM

[10/7/2014 5:52:37 PM by 00119 - A MAN WALKING ON RACE AND MAIN STREES  BY
 FIRST SECURITY BANK WHO HAS A GUN STRAPPED TO HIS SIDE. W/M WEARING A
BROWN SHIRT AND BLUE JEAN SHORTS WITH A BASEBALL CAP.

[10/7/2014 6:01:38 PM by 00119 - ******* START OF RECORD
****CSN/5809875 ***DATE/2014-1007 TIME/18001***

ARKANSAS DRIVER HISTORY FOR CSN: 00560985

TANNER,JAMES,A                           DLN: 921075272
815 W CHERRY AVE                         DOB: 02-11-37
SEARCY        WHITE        AR 72143       ISSUED: 02-11-13
SEX: M   RACE: W                         EXPIRES: 02-11-17
EYE HAZ  HAIR: BLN   HGT:511   WGT:140   TOTAL POINTS: 000

CLASS: D                  STATUS: NCL- Valid         CDL- N A
ENDORSEMENTS: * NONE *            RESTRICTIONS:
                                  Corrective Lenses

Offense  Conviction  Offense        Court          DLN    CMV
HAZ
Date     Date                    Location
MAT
-----------------------------------------------------------------------
---

**************************Stand Alone
Violation****************************
03/03/11 04/07/11    SPEED DTAIL 4056    Searcy DC        921075272 No
No

IMR/

Begin Image
Image Type:  I

MIS:

End Image

Plf. Sum. J. 0246

****** MAY BE SAME AS ABOVE   ***CSN/5861928 ***DATE/2014107

CASE REPORT
SEARCY POLICE DEPARTMENT

CASE REPORT #: SP-03756-14                     Blotter/CC #: SP-142425-14

## MAIN CASE INFORMATION

UCR Case Status :CLOSED BY INVESTIGATION (CBI)                Status Date:12/01/2014

Dept Case Status:N

Report Date:12/02/2014    Time:10:40    Report Day: Tue

| Occurred On/From | Day | Date | | Year | Time | Occurred On/To | Day | Date | | Year | Time | Incident Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tue | Dec | 2 | 2014 | 10:40 | | Tue | Dec | 2 | 2014 | 10:40 | BATTERY |

| Incident Address:Street No., Street Name,Bld., No., Apt. No. | | Cty. State.Zip. | | Location Code |
|---|---|---|---|---|
| 3509 E RACE AVE | | SEARCY | | 001 |

| Business Name | Inquiries - check all that apply | NYSPIN Message No. | Verified No. |
|---|---|---|---|
| WALMART SUPERCENTER | ☒DMV ☐Warrant ☐Sex Off. ☐Driver History ☐Stolen Property ☐Other | | |

## OFFICERS INVOLVED

| Serial # | Rank | Name | Type/Role | Shield | Command | Squad |
|---|---|---|---|---|---|---|
| 00180 | PTL | JASON A. MORGAN | | 145 | PTL | |
| 00123 | PTL | TODD W. WELLS | | 126 | PTL | |
| 00035 | PTL | ERIC L. FLEMING | | 134 | PTL | |

## OFFENSES

| Charge | Class | Att. | Law Description |
|---|---|---|---|
| 5 13-203- | A MISDEMEANOR | NO | Battery - 3rd degree |

## PERSONS INVOLVED

| Name: JAMES TANNER | | Role: VI - VICTIM |
|---|---|---|

Address:815 W CHERRY SEARCY, AR 72143-

| Apt No.: | Bus. Phone: | Sex: M | DOB: 02/12/1987 |
|---|---|---|---|
| Phone: (501 268-7982 | Mobile Phone: | Age: 27 | Race: W |

| Name: KURT A ZIEGENHORN | | Role: SU - SUSPECT |
|---|---|---|

Address:3205 N WASHINGTON FORREST CITY, AR 72035-

| Apt No.: | Bus. Phone: | Sex: M | DOB: 03/06/1970 |
|---|---|---|---|
| Phone: 870-523-1454 | Mobile Phone: | Age: 44 | Race: W |

Printed: 12/03/2014                          **CASE REPORT**                              Page

SEARCY POLICE DEPARTMENT

CASE REPORT #: SP-03756-14                                    Blotter/CC #: SP-04242F-14

---

**NARRATIVE**

226:11/30/2014 00:51 - On Saturday, November 29, 2014 around 1:35pm, I was dispatched to
Wal-Mart Supercenter at 3509 East Race Street regarding a disturbance. Upon arrival, I met
with James Tanner and Kurt Ziegenhorn.

Ziegenhorn identified himself as an Arkansas State Trooper (which was confirmed). Ziegenhorn
was wearing a badge on the right side of his hip near his weapon. Ziegenhorn told me he
observed Tanner wearing a holstered handgun on his right side and confronted him by
identifying himself as an Arkansas State Trooper and attempted to identify Tanner. Ziegenhorn
stated Tanner refused to comply.

Tanner told me this is when he called us because he didn't know if Ziegenhorn was actually a
State Trooper.

Ziegenhorn told us when management found out Tanner was carrying an open view firearm they no
longer wanted him on their property. Tanner was told and complied to leave the property per
Wal-Mart management. No further action taken.

---

Reporting/Investigating Officer:
**PTL JASON A MCGLAWN**

Supervisor Approving
**SGT SCOTT A THOMAS**

Supervisor 2 Approving:

Entry/CC#: SP-C36124-14  Date: 10/07/2014  Time: 17:51  Peace  Dispatch

TIME/18001***
NAM/TANNER JAMES,A. RAC/W SEX/M DOB/19870011 HGT/511 WHT/140
        EYE/HAZ HAI/BLN
        ADD/815 W CHERRY SEARCY AR 72143

******* CONCEALED HANDGUN LICENSE *****
        LICENSE NUMBER/110317 ISSUED/ 20121109 STATUS/VALID EXPIRES 20171109

***** END OF RECORD *****
   * * *
END=====================================================================
===========
=====================================================================
=============

[10/7/2014 6:29:20 PM by (0119 - 6:28--035 IS ESCORTING SUBJECT BACK TO HIS
HOME SO HE CAN PROPERLY SECURE THE WEAPON.

[10/7/2014 6:33:28 PM by 1178 - 035: I'M 10-8

Plf. Sum. J. 0249

# ARKANSAS STATE POLICE

ASP-93
(Rev. 05/01)

## Radio Transmission Log Form

Page Number:

Date: __12/03/14__   Troop: _____D_____   Operator: M GARRETT # 3716
(Month/Day/Year)                                         (Rank/First/MI/Last Name/Badge #)

| TIME | CALLED | CALLED BY | INFORMATION ON CALL OR BROADCAST |
|------|--------|-----------|----------------------------------|
| 107P | | D6/D22 | 10-98 |
| 108P | D11/D9 | D8 | 10-41 236 EB 2 TRAC TRL |
| 108P | | D29 | MARION ADVISED UNFOUNDED |
| 114P | | D9 | 10-97 |
| 114P | | D9 | 10-11 LARGE DIAMOND D |
| 116P | | D20 | 10-98 |
| 120P | | D10 | COURT FC |
| 120P | | NOTE | CONTACTED  ENTERGY POWERLINE DOWN BECKSPUR OVERPASS |
| 125P | | D14 | COURT |
| 132P | | D9 | BOTH LANES OPEN EB WIRE IS CROSS THE WB LANES |
| 137P | | D9 | PUT DIAMOND D BACK UP OWNER REQUEST WHITE MOTOR |
| 155P | | D13 | 10-8 TSS |
| 213P | | D28 | 10-24 HWY 70 W OF LEHI 074TMN GREEN FORD RANG |
| 216P | | D22 | 10-15 FEMALE AT THE 283 EB 10-23 FOR MOTHER TO PK UP |
| 219P | | D36 | 10-98 TROOP D |
| 222P | | D28,D9 | 10-98 |
| 233P | D9,D11 | PS | 10-65 233 EB UPS TT AND GRAT DANE TT, GRAET DANE HIT UPS TT |
| 245P | | D28 | 10-6 WM CT |
| 245P | | D11 | 10-97 W/ BOTH TT AT THE 241 EB EXIT |
| 246P | | D9 | 10-97 W. D11 |
| 247P | | D19 | 10-6 CITY AUTO VIN CHECK |
| 248P | | D11 | 10-98 ALL 10-4 MIRROR WAS NOT BROKEN |
| 248P | | D31 | 10-8 |
| 303P | | D28 | 10-98 |
| 304P | | D22 | 10-98 RELEASED VEH TOMOTHER 10-19 10-15 FEMALE BM TRIP 0.0 |
| 204P | | D13 | 10-7 TSS 10-8 SHIFT |
| 305P | | D9 | 10-42 |
| 322P | | D22 | 10-97 CO JAIL EM TRIP 11.0 |
| 323P | | D19 | 10-98 |
| 329P | | D22 | 10-98 10-19 TO JEETER TIRE IN WM |
| 332P | | D10 | 10-6 LOVES PALESTINE |
| 335P | | D17 | 10-7 TSS 10-8 SHIFT |
| 336P | | D36 | 10-6 BRINKLEY OFFICE |
| 341P | | D28 | 10-24 MOUND CITY RD 970PKY |
| 343P | | D13 | 10-24 HWY 1 CALDWELL WHITE 955SJY |
| 347P | | D17 | 10-24 HWY 1 BYPASS AR/914866442 RONALD BAILEY |
| 353P | | D10 | 10-24 HWY 70 CA/6KTD394 BLUE VW 10-11 SMALL WHITE |
| 353P | | D28 | 10-98 |
| 356P | | D26 | 10-8 |
| 407P | | D14 | 10-24 HWY 70 E OF PALESTINE 483NAR |



# ARKANSAS STATE POLICE

ASP-93
(Rev. 05/01)

## Radio Transmission Log Form

Page Number: _____

Date: ___12/03/14___ Troop: ____D____ Operator: __MARVA GARRETT #3716__
       (Month/Day/Year)                                    (Rank/First/MI/Last Name/Badge #)

| TIME | CALLED | CALLED BY | INFORMATION ON CALL OR BROADCAST |
|---|---|---|---|
| 821A |  | D22 | 10-24 2 MM SB AR/155NIX |
| 826A |  | D22 | 10-8 |
| 839A |  | D9 | 10-98 |
| 829A |  | D22 | 10-44 277 WB SILVER JAZUAR HAS HELP ON THE WAY |
| 849A |  | D19 | CROSS CO BANK |
| 907A |  | D19 | 10-98 |
| 943A |  | D42 | HQ |
| 937A |  | D36 | 10-6 UNIT 10-19 WHITE  COUNTY PROS OFC |
| 940A |  | D9 | HIGH SCHOOL |
| 948A |  | D9 | 10-98 |
| 1000A | D29 | PS | 10-28 I55 SB OLD BRIDGE |
| 1017A |  | D29 | WILL HAVE TO WALK UP THERE CAUGHT AT THE FOOT OF THE BRIDGE |
| 1027A |  | D19 | FASTLANE |
| 1029A |  | D29 | ACCIDENT ON MEMPHIS SIDE |
| 1033A |  | D29 | T-DOT MOVING ACCIDEN TO THE ABANDON MOTEL AT THE FOORT OF THE BRIDGE |
| 1034A |  | D22 | DRIVING THE WRONG WAY  TRUCK IS ON THE SHOULDER |
| 1036A |  | D19 | 10-8 |
| 1041A |  | D28 | TRAFFIC BACKED UP BEFORE THE 3 SB |
| 1045A |  | D29 | 10-98 |
| 1100A |  | D29 | 10-94 10-42 |
| 1114A |  | D9 | 10-94 CATFISH ISLAND |
| 1118A |  | D11 | HIGH SCHOOL |
| 1124A |  | D28 | MURPHY REFUEL |
| 1124A |  | D2/D6 | FED PRISON |
| 1124A |  | D42 | 10-44 220 WB WI/489857 |
| 1129A |  | D42/D28 | 10-98 |
| 1130A |  | D5 | 10-8 |
| 1133A |  | D11 | 10-98 |
| 1137A |  | D19 | 10-94 10-42 |
| 1137A |  | D28 | 10-24 HWY 70 E LEHI AR/825SIA WHI TOYT |
| 1147A |  | D28 | 10-98 |
| 1149A |  | D42/D30 | BETTY MARKET |
| 1154A |  | D22 | 10-94 10-42 |
| 1159A |  | D29 | 10-98 |
| 1214P |  | D28 | 10-94 10-42 |
| 1234P |  | D5 | OFC |
| 1255P |  | D17 | 10-8 TSS |
| 1236P |  | D42 | 10-98 |
| 1255P |  | D10 | 10-8 |
| 1258P |  | D14 | 10-8 10-19 COURT |
| 1258P |  | D37 | 10-8 |
| 1258P | MARION 8032356706 | PS | CALLER ADVA FLATBED TK RED  PULLED UP BESIDE THEIR TK AND SHOWED THEM A GUN |
| 1258P | ADEM | WMPD | GAS LEAK AT 1700 FAIRWAY IS WM CENTERPOINT 10-97 |

 

# ARKANSAS STATE POLICE

## Case Form

| | |
|---|---|
| **Date:** | **January 14, 2015** |
| **Dictated by:** | **Corporal Jeff Whitlock** |
| **Date typed:** | **January 17, 2015** |
| **Copies to:** | **Office of Professional Standards / Corporal Jeff Whitlock** |

### INTERVIEW OF DEPARTMENT MEMBER

**JW:** Corporal Jeff Whitlock with the Arkansas State Police. This is the 14th day of January 2015. The time is 2:26 PM. I will be interviewing Trooper First Class Kurt Ziegenhorn. All right. What we're here for today, Kurt, is a complaint that was issued, brought to the attention of the Arkansas State Police on December 9th of last year from a gentleman by the name of James Tanner. He references two dates 11-29-14 and 12-3-14. Let's start on 11-29, both of these at Searcy Walmart Supercenter. Can you start on 11-29 and kind of tell me what transpired on that date with this gentleman, James Tanner.

**KZ:** Um, November 29th, it was about 10:50, 10:30, 11:00 o'clock, somewhere in that neighborhood.

**JW:** At night?

**KZ:** At night.

**JW:** Okay.

**KZ:** I was off duty shopping with wife and family. We were in the toy section of Walmart in Searcy. Then a gentleman strolling down the aisle just (inaudible, 01:0809) something in his hand just out of place and he was wearing a side drop tactical holster that was strapped. First notion as he was coming towards the toy aisle, toy area where we were. My first inclination was it was an off duty police officer. I was sitting on one side of a 4X4 crate and he come...he walked up. I just calmly asked who he was with. Mind you by my gun at the time was covered by my tee shirt but my badge was down on the bottom part of my pants pocket, my Arkansas State Police badge. It was visible where my gun was not at the time. Like I said I thought he may with a local PD so I asked him who he was with and instead of a calm response or he said I'm not with anybody, he says in a loud,

**Kurt Ziegenhorn Interview**

sharp tone and kind of shrugs his head back, "I'm not with anybody." Well that garners my attentions, it's like something's amiss. At that point I identified myself as Trooper Ziegenhorn with the Arkansas State Police and I said, "I need to see your identification." And again he struck back, says "I don't have to show you anything. I ain't got to do nothing." At that time his right hand came down to his side a little bit at that point I grabbed his right wrist and my other hand was at his elbow.

JW:   Mm-Hm.

KZ:   Just to control…

JW:   Right hand side that the gun was on?

KZ:   That was the side that the gun was on. It was a right hand holster on his right leg and that was his right arm. I did that to control his…any arm movement. And so I could feel the suspect, subject out. I asked him, I said, "You can't be carrying that in here." And he says, "Leave me alone." And I said I have this ID. You know I identified myself am a State Trooper with the Arkansas State Police. I identified myself twice. He calmed down a little bit. "Leave me alone," or whatever and stuff, "I'm going to call the police." He kind of relaxed a little bit. My mistake, I didn't have any handcuffs with me. But when I realized he loosened up and he was a little calmer, that's when I come back, I rolled my shirt up, moved my shirt up over my pistol. It was now visible along with my badge. Without having handcuffs, the options was for him to comply and he seemed to be complying. He told me, "I'm going to call 911." I told him, I said he needs to leave. He said, "I'm leaving." He starts walking out ahead. I let him walk ahead of me. I walked see how, in front of me and he said he's calling 911. I can hear him. Right in front of the store I follow him up. The guy looks over. I'm keeping an eye on the, he's using his right hand on the phone so now I don't have to worry about his hand towards his pistol so much. I then also moved, I moved my state identification, the big blue state police identification out of my pocket and went and approached the front. He went up there with one of the Walmart people trying to say, "This guy is bothering me," and all this stuff. I said, "I need to see your ID." "I ain't got to show you nothing." I said, "Who are you?" And I think he said, told me, "Rick Tanner." And I said…he did tell me his date of birth at the time.

JW:   He did tell you?

KZ:   Yes.

JW:   Okay.

KZ:   At the front of the store.

JW:   Okay.

KZ:   After I advised him you are required to tell me. He already refused that to me again. Well the Walmart, the people at Walmart told him he needed to leave. And I said, "He had called 911," and (inaudible) PD was outside or standing at the door

**Kurt Ziegenhorn Interview**

and we walked around with him.  At that point I figured Searcy PD would take it as far as carrying open weapons of that nature and a tactical holster.  I showed them where the tactical holster would be, it's not like a regular holster.  His demeanor at the time was fidgety.  He was not calm.  It's just…it caught, it caught my eye.  Um, Searcy PD, they released him.  Told him not to come back here with a weapon.  At that point he went on, I thought they allowed him, went home and left.  Two officers there, I believe I've got their names here, um, he never showed me his driver's license.  Said he had a concealed carry permit.  They have run it.  I never laid hands on his driver's license or either one at the time.  Um, at that point when the night was done, Searcy PD, they let go, I was there with my family, wife, two young kids, and they let him go to the house, well I'll come back and I can do an affidavit on Monday.  Ah, that was about the extent of that.

JW:     Okay.

KZ:     Until the 29th.

JW:     Did you ever handcuff him that night?   Did you ever take him into custody, anything like that, that night?

KZ:     I never handcuffed him.  At that time I didn't have any.

JW:     Okay.

KZ:     I was at a disadvantage because I didn't have any.

JW:     Okay, did you detain him in any way?  Or were you allowing him to freely move in front of you?

KZ:     I kept a safe distance away and never had to take any action.  That can correspond with just trying to keep myself in a tactical advantage on him.

JW:     So that night ends, you're in the mindset, I'm going to go back, this is a Saturday night, is that right?

KZ:     I believe it was a Saturday night.   Saturday night.

JW:     So you're in the mindset I'm going to go on Monday to White County?

KZ:     I was off Monday, so probably went…

JW:     Tuesday, I'm going to go…Tuesday was my first day back to work, go to White County, do an affidavit, submit that to the city attorney and blah, blah, blah, so, okay, continue on.

KZ:     At that time I called, like Monday, Monday I had called down here to Cora Gentry.

JW:     You're off Monday but you called down here?

KZ:     Yeah, I was off Monday.

**Kurt Ziegenhorn Interview**

**JW:** Okay, I got ya.  Okay.

**KZ:** But I called down to Cora Gentry conceal carry and got in touch with Greg Downs and as far as grounds, you know, do it, revoke his concealed carrying.  I told him it's, we'd like to get our hands on that.

**JW:** On the license itself?

**KZ:** On the conceal carry license and make it to revoke it.

**JW:** We're they willing to revoke it either way but they wanted it…

**KZ:** They said it's, that way it could be, it's not in his hands, they'd like to have it.

**JW:** Okay.

**KZ:** (Inaudible) If I run across him, I'd see about it.

**JW:** Okay.

**KZ:** But I don't work in White County.  I went over and did the affidavit.  I went to attorney, city attorney Bud Gibson's office, did the, did the affidavit, turned in the affidavit, and um, arrest warrant, but they don't set that; that goes before the judge first so I dropped off at court county, the District court's office.  At that point my son had a pair of glasses that needed to be fixed so I dropped them off at Searcy Vision Care.  On my way back to Woodruff County.

**JW:** Is that in the Walmart?

**KZ:** That's in the Walmart.

**JW:** Okay.

**KZ:** I proceeded around, parked.  I walk in, walk down the front between the registers and the, from like Subway about to the…the long way towards the vision center.  I happened to see him there, Mr. Tanner.  I said well he's there, let me go ahead and drop these glasses off.  If he's here, I'll go up and talk to him.

**JW:** We're you in uniform?

**KZ:** I was in full uniform at this time.

**JW:** Okay.  All right.

**KZ:** And I went down to drop my son's glasses off and have them fixed because they were broke.  I then did that and I proceeded to come out.  He was standing there in the service department area.  So I approached him.  I asked, "Mr. Tanner, how are you doing today?  Are you carrying a weapon today?"  He kind of jilts up, "No, I'm not carrying."  And I thought this is kind of the same thing I run into, he's going

**Kurt Ziegenhorn Interview**

to jump up and be kind of erratic, sporadic and so I'd like to see you carry conceal carry permit. I wanted to look at it, you know, get it, retrieve it for our conceal carry division but he at that point just stiffens up, kind of bows up and it's like I tell myself I can't have this in the service center in front of Walmart, 50 people up there. For my safety and everybody else's safety around, I said I got to move it outside. With the way his actions were I knew if I just tried politely it's like 'let's go', it's not going to happen. So at that point for my safety and everyone else's I put him in cuffs, I said, and walked outside to my car. I explained to him, I said we come out here to get out of all the people. He started messing around. I said you can sit in the car with me real quick and we'll talk. He said, "I'm not sitting nowhere. I'm going to go." I said, "All right, we're going to go. I'm just going to ask a couple questions. I need to see your identification." I said, "You have a conceal carry." I advised him that it's in the process of being revoked for carrying, you know carrying a weapon. Conceal carry license has to return to Little Rock. It was kind of I'll have to give you the up and down as I pull out his wallet and I flip his wallet open just a little. His conceal carry is visible. I said this is it right here. I said this is privileged by Arkansas State, issued by the state police. It's going to be returned to Little Rock and charges for that night and you're going to hear from the prosecutor office on that. I tried to calmly…I tried to explain myself, talk to him, tried to talk some sense into him. It's like man, you just got to calm down. He didn't want to talk. He wanted to start rattling off, ah, act 746, legal right to carry anywhere, violation of his 4th amendment, taking his conceal carry, violation of his fourth amendment, taken, you know, carry, violation fourteenth amendment, and I've heard this before from (inaudible) this guy…I don't know where he's going. I said after I got the calls, I explained to him he'd be hearing from the prosecutor's office on the charges, released him without charges. I let him walk away. I visually observed him until he was out of my sight before I then left.

**JW:**   Okay.

**KZ:**   I did a memo and sent it down to Cora Gentry and Greg Downs called them about that encounter also.

**JW:**   Okay.

**KZ:**   I mailed, I then mailed the conceal carry, which I called and said we had it, and sent it down to conceal carry department.

**JW:**   Okay. So did you arrest him that day? How do you think that interaction went in the store? Did you…was he under arrest or what was your thought process that day?

**KZ:**   On the 3rd?

**JW:**   Yes, Mm-Hm.

**KZ:**   With my previous interaction, I wanted to make sure he wasn't carrying a weapon. He's confrontational. I've learned that with…he had been confrontational with Searcy PD. I've learned from the other and that's the last place for public

**Kurt Ziegenhorn Interview**

safety...I didn't want to be confrontational, you know, with 50, 50 more people out in the front part of Walmart.

**JW:** So is it fair to say you thought that a confrontation was...was in the near future if you didn't take control of the situation?

**KZ:** That's the reason I did it, to control the situation, move it outside.

**JW:** Okay.

**KZ:** And out there he was being....kind of up and I left him in cuffs for just a little bit and then took him out.

**JW:** Okay.  Um, had he calmed down by the time you took him out of the handcuffs?

**KZ:** He had calmed down a little bit but he was still...he was not armed there at that time.  I patted him down, checked him, make sure he wasn't carrying anything.

**JW:** So you didn't take the conceal carry license reference the incident on the 3rd, you took the license from what you had witnessed on the 29th?  Him carrying that weapon in the open, even with a conceal handgun license, they said we'll start the process to revoke but it would be best if you had the license.  You were just following through with a previous encounter is basically what it boils down to?

**KZ:** That's correct.

**JW:** Okay.  Okay.  So this is really one incident, not two separate incidents?  You took the license because of what happened previously, because of what you witnessed in your official capacity?

**KZ:** That's correct.

**JW:** Is there anything else you want to add about this incident?

**KZ:** Um, on the previous, on the 29th...

**JW:** Mm-Hm.

**KZ:** Officer Naggles with the Augusta Police Department was off duty at the time.  He had ran into me and he had saw us at Walmart and he had asked me about that and he said, "I had seen that guy running around in the medicine area."  You know, just walking around.  He saw that he was out of place.  Like I said, I seen the guy and was some not right because of the type of holster, the way he was carrying and the way his gait that he walked.

**JW:** You could tell something wasn't...

**KZ:** Something...it wasn't a normal, normal, just, you know, wasn't there with family or there...

**Kurt Ziegenhorn Interview**

**JW:** Did he purchase anything at the store that you witnessed?

**KZ:** If he had something, he had one little item but not when I had seen him.

**JW:** So it wasn't like he had bunch of groceries?

**KZ:** He didn't, he didn't have a buggy.

**JW:** Okay.  Okay.  Okay, anything else?

**KZ:** That's all I...

**JW:** Okay, I'm going to conclude this interview at 2:42.   We're going to go back on the recording again at 3:18.  I want to touch base back for a minute.  Kurt, on the afternoon of the 3rd, when you again saw at Walmart following the incident on the 29th, when you attempted to take his license on that day, which was requested of you, you said, Lt. Gentry, said that it would be best if you had it.  They could go start the revocation process but it would be best if you had...

**KZ:** The actual license.

**JW:** The license itself.  When you confronted him at the Walmart and attempted to take that license, do you feel his actions were disorderly?  Was he creating a scene at that Walmart?

**KZ:** He was starting to create a scene by his...his tone of voice became, started to become loud.  As far as noise around people, there were people...there was probably six people within arm's length.  Plus there was others.  I mean there was probably, let's see, probably six there, probably 10-15 right there in front of him.  Plus there was probably another 20-30 right behind us.

**JW:** So 50 people?

**KZ:** Yes.  There's at least that many up front.

**JW:** Okay.  What was his personal action?  I mean, you say he became loud.

**KZ:** He kind of, he stiffened up like...it appears he was going to become confrontational.

**JW:** Okay.

**KZ:** His tone of voice changed.  From normal to higher pitch.

**JW:** Okay.

**KZ:** And, just by me watching, as soon as he started yelling and getting everyone's attention around to focus on what was going rather than me just passing through.  In other words his actions already confirm that everyone else will draw their attention to that area.

**File Number:**                                   **7**                          **Crime:  OPS**

**Kurt Ziegenhorn Interview**

**JW:** Because he was being lined up with the people around him, witnessed what he was saying?

**KZ:** Right.  Correct.

**JW:** Okay.  Okay.  Did you feel that if you did not take immediate action that it could have potentially deteriorated?

**KZ:** Yes, it could have deteriorated and become…I feel like he would have became louder, more confrontational in the public place with that many people around. His, again, they asked in the past he's had other people with him.  I (inaudible) I needed to get him out in my space where I didn't have my back to so many people because he has confronted, I know, Searcy PD in the past with someone at the side.

**JW:** Okay.

**KZ:** So it's my, like I said, being with tactical advantage, I don't want to confront somebody that has the possibility of going south when I've got 50-60 people around me and don't know it one of them is with him.

**JW:** Okay.  At any point during that encounter on the 3rd inside the store did you fear that there may be a violent encounter with him?  A physical encounter with him? Did you feel that he may have became at some point physical with you had you not intervened and taken control of that situation?

**KZ:** I feel like it would have.  Yes.

**JW:** No doubt in your mind?

**KZ:** There's no doubt in mine he would have got loud, obnoxious, I mean, at some point there and that's when I took immediate action, moved it outside, clear everybody else.

**JW:** Okay.

**KZ:** And it went down smoothly.

**JW:** Okay.  All right.  This concludes at 3:21.

# LAB COPY


Walmart
Vision Center

```
Store #: 30-00157      Order #:      1229362
Entry Date: 12/06/2014  Assoc:       BRIDGET B.

Patient: ZIEGENHORN,                 [MINOR]
Address:
City,ST:
Phone #:

Doctor:  TURNER, CLIFFORD
Exam Dt: 01/20/2014     Expire Dt: 01/20/2015
Comment:

TRAY # 01231
  Mtl  LensTyp Sphere   Cyl    Axs   Add  SegH

  PD Far   Near   Hprism  Vprism  OC Ht  BCurv
R:
L:
Spec.Instr:

Frame: ADOLFO GOALKEEPER   Color: BROWN
Eye/Brg:50/15 A:49.90 B:24.70 ED:51.50 DBL:15.0

Rx___UV___Tint___PD___Seg Ht___ Lens Fit
Clr___AR___LensType___Case&Cloth___4PtAlign
Correct Fr Size&Color___
Order Notes:
THIS IS A WARRANTY REPLACEMENT,
FRAME IS DISC
MO PICKED UP GLASSES NO ADJUSTMENTS MADE AT DIS
 UPC Code   Descript'n  Retail  Sell   Note
 ----------- ---------- ------- ------ ----
68113163335 SV POLY YO   24.50  24.50

68113163335 SV POLY YO   24.50  24.50

80543053092 ADOLFO GOA   38.00  38.00

  Tax at Register SUB-TOTAL:      87.00

          LAYAWAY # _____

Picking Prescription:    Sphere   Cyl  Axis
                    R    -3.25   +0.00   0
                    L    -3.00   +0.00   0
```

```
3509 E RACE AVE
SEARCY, AR 72143
(501) 268-2654


ZIEGENHORN,



Order #    :     1229362
Order Date :     12/06/2014
Assoc      :     BRIDGET B.
Tray #     :     01231

R 68113163335                    24.50
     SV POLY YOUTH PF
L 68113163335                    24.50
     SV POLY YOUTH PF
  80543053092                    38.00
     ADOLFO GOALKEEPER

PRE-TAX TOTAL:                   87.00
```

# Walmart
## Save money. Live better.℠

In prog. - 12-06-2014
@ 1.37 pm

Disp.   12-09-2014  to
        mom @ 1:04pm

Walmart  Vision Center

```
ZIEGENHORN, LUKE
Walmart Vision Center
SEARCY            (501) 268-2654
Assoc:
TRAY # 01231
ETA: 12/13/2014
Thank You For Choosing
```

```
                Ship To:        N/A
                Order Placed:   N/A
ETA: 12/13/2014


     ZIEGENHORN, LUKE
```

**From:** Tonya Runsick - █████████████
**Sent:** Thursday, October 11, 2018 4:23 PM
**To:** █████████████
**Subject:** RE: URGENT SUBPOENA REQUEST; 2018-019996 James Tanner vs. Kurt Ziehenhorn; PLEASE RESPOND WITHIN 48 HOURS BY REPLYING TO THIS EMAIL

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Good afternoon █████

This is my statement about the Ziegenhorn family for the subpoena I received on Monday October 8.

Our records show that Kurt was in the Vision Center to get a warranty replacement on his son's ████ Ziegenhorn glasses on 12/06/2014 @ 1:37 P.M.  The glasses were ordered 12/06/2014 and we received them back to us on 12/09/2014.  The same day ████████  ██████Ziegenhorn the mother of ████ pick them up @ 1:04 p.m. I will fax the lab copy sheet to you but the times are not printable through my part.

Thank you,
Tonya

1