```
 1    administrator of the Arkansas State Police Facebook
 2    page?
 3         A.   Yes.
 4         Q.   When Drew made his request?
 5         A.   She was.
 6         Q.   And was she the one that was the
 7    administrator when Drew's comments were deleted from
 8    the Arkansas State Police Facebook page?
 9         A.   Yes.
10         Q.   Okay.  How do you know Liz Chapman?  Does she
11    work for you?
12         A.   She's a subordinate.
13         Q.   Okay.  And who else has the ability to delete
14    or hide comments on the Arkansas State Police
15    Facebook page?
16         A.   She's only one.
17         Q.   She's only one.  How long has she been the
18    only one?
19         A.   How long has she what?
20         Q.   How long has she been the only one allowed to
21    do --
22         A.   Since the creation of the Facebook account.
23         Q.   Roughly when was that?
24         A.   I would say sometime late 2015 or '16.  Early
25    '16.
```

1        A.   That's correct.
2        Q.   Okay.  But there were terms and conditions of
3   using the Facebook page; is that correct?
4        A.   It's my understanding that there was a term
5   and condition cited at the top of the page.
6        Q.   Okay.  So, what's the difference between
7   terms and conditions and policies and procedures?
8        A.   It's not a policy and procedure.
9        Q.   How so?
10       A.   It's not in our policy and procedure manual.
11       Q.   Okay.  How are those terms different?
12       A.   Sir, he asked for policies and procedures.
13  There were none.
14       Q.   Okay.  Now, is it because the word policy and
15  procedure in your mind is a reference to a specific
16  type of manual the Arkansas State Police has on
17  various activities?
18       A.   Correct.
19       Q.   Okay.  Did Mr. Tanner write his e-mail in a
20  way that made you think that he was asking for a
21  specific manual?
22       A.   He asked for policy and procedures.
23       Q.   Okay.  So did he -- did he reference any kind
24  of a specific manual that he may be looking for?
25       A.   He asked for policy and/or procedures in

```
 1   reference to the Facebook page.
 2        Q.   Was his request capitalized when it came to
 3   the word policy and procedure?
 4        A.   I have no idea.
 5        Q.   Okay.  Let's talk about the basic English.
 6   What's the difference between the basic English words
 7   and meanings of the terms and conditions and policy
 8   and procedure?
 9        A.   Sir, when somebody asks for policies and
10   procedures relative to an Arkansas State Police
11   function, there's only one source.  That's Arkansas
12   State Police policy and procedure manual.
13        Q.   Okay.  So if Mr. Tanner would have asked for
14   policies regarding the Facebook page, would you have
15   provided the terms and conditions then?
16        A.   If the terms and conditions had been included
17   in the policy and procedure manual, certainly.  But,
18   there are not.
19        Q.   Okay.  So would Mr. Tanner have specifically
20   have to say terms an conditions in order to get the
21   terms and conditions or is there another phrase that
22   you would have accepted or would accept today?
23        A.   If he asked for terms and conditions, I would
24   have probably referred him back to the Facebook page
25   where he made the post.
```