**ANSWER NO. 7:** Defendants object to this interrogatory on the basis that it is intended to create an unreasonable burden incommensurate with the information sought and is available from materials and investigation equally accessible to the Plaintiff.

Without waiving said objection, Defendants refer to the Arkansas State Police Policy and Procedure Manual and Arkansas State Police Facebook Page Terms and Conditions.

**INTERROGATORY NO. 8:** What are the names of the employees that deleted Drew Tanner's Facebook comments on the Arkansas State Police Facebook page?

**ANSWER NO. 8:** Captain Mike Kennedy and Trooper First Class Elizabeth Chapman.

**INTERROGATORY NO. 9:** What are all the reasons why these employees deleted each and every one of Drew Tanner's Facebook comments or ordered the deletions of his comments?

**ANSWER NO. 9:** Abusive comments and/or profanity in violation of the Arkansas State Police Facebook Terms and Conditions.

**INTERROGATORY NO. 10:** Please identify and describe every reprimand and/or citizen complaint ever lodged against Trooper Ziegenhorn, as well as any and all records relating to those reprimands or complaints.

**ANSWER NO. 10:** See attached three OSP investigations.

by Federal Rule 26(b)(1) in that it seeks information that is not relevant to the action, is overly broad and unduly burdensome.

**REQUEST FOR PRODUCTION NO. 15:**  Please provide all notes, emails, memos, or other documents written by Cora Gentry or Greg Downs concerning James Andrew "Drew" Tanner.

**RESPONSE TO NO. 15:**  See attached.

**REQUEST FOR PRODUCTION NO. 16:**  Please provide all notes, emails, memos, or other documents written by Mike Kennedy or Elizabeth Chapman regarding James Andrew "Drew" Tanner, or the moderation of any post or comment on any social media site that they manage on behalf of the Arkansas State Police.

**RESPONSE TO NO. 16:**  See attached.

**REQUEST FOR PRODUCTION NO. 17:**  Please provide all notes, emails, memos, or other documents written by Cora Gentry or Greg Downs concerning the revocation of a Concealed Handgun Carry License or Kurt Ziegnehorn in November 2014, December 2014, and January 2015.

**RESPONSE TO NO. 17:**  See response to Request for Production No. 15.

**REQUEST FOR PRODUCTION NO. 18:**  Please provide all records regarding who would have had administrative access to the Arkansas State Police Facebook page during the week of September 11 through the 17th, with dates and times that every person accessing that page in an administrative capacity.

**RESPONSE TO NO. 18:**  ASP is unaware of any responsive documents or records.

3

**REQUEST FOR PRODUCTION NO. 19**:  Please provide all the policies and procedures of using the Arkansas State Police Facebook Page as they were from September 11 through the 17th, 2016, and any other date a comment from Drew Tanner was deleted or hidden from the Arkansas State Police Facebook Page.

**RESPONSE TO NO. 19**:  See response to previous Request for Production stating there were and are no Facebook "policies or procedures" in the ASP Policy and Procedures Manual.  Also, see previous discovery responses noting the Terms and Conditions notice on ASP Facebook page currently and prior to any deletion of Tanner's comments for use of abusive or vulgar language or other violations of those Terms and Conditions.

**REQUEST FOR PRODUCTION NO. 20**:  Please produce all of the terms and conditions of using the Arkansas State Police Facebook page that were in effect during any time Drew Tanner had a comment that was deleted or hidden from the Arkansas State Police Facebook page.

**RESPONSE TO NO. 20**:  The ASP Facebook Terms and Conditions were previously provided in the first set of discovery responses.  Also, Plaintiff attached them to his complaint.

**REQUEST FOR PRODUCTION NO. 21**:  Please produce all comments or posts that were hidden by Arkansas State Police employees on their official Facebook page. (Note, this is different than those I previously requested that had been "deleted.)

4

**RESPONSE TO NO. 21**:  See response to Request for Production No. 12. Plaintiff's Request for Production No. 12 included the term "hidden."

**REQUEST FOR PRODUCTION NO. 22**:  All information and documents not previously provided in discovery regarding the actions of Kurt Ziegenhorn on Wednesday, December 3rd, 2014, including but not limited to reports filed, dashcam/MVR footage, emails, and texts.

**RESPONSE TO NO. 22**:  In regard to the dashcam footage, see ASP's objections and responses to Plaintiff's Request for Production No. 3 in Plaintiff's first set of Requests for Production Propounded on ASP and his Rule 37 letter. See response to Request for Production No. 11.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

By: _Reid Adkins_ _____

Reid Adkins
Ark. Bar No. 2015216
Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-1080
Fax:    (501) 682-2591
Email: reid.adkins@arkansasag.gov

Attorneys for Defendants

5

# INTERROGATORY NO. 2

 ◀ Back to Facebook        7:00 AM        100% ▂▂▂ ⚡

‹ **Drew Tanner** 

 or not, I have the right to
say it.

> You are welcome to post
> any opinion you want. If
> you use profanity again I
> will ban you. There lots of
> families and children that
> follow our site.  You may
> no care about them, we
> do. 

 Go Fuck Yourself. Fascist
Pig.

WED. 8:01 PM

 My post now says
"douchebag" you lawless
jackasses.

Type a message

      



02/17/2016 10:19PM

You can't go around deleting comments from your Facebook page. As a government entity, you are restricted by the 1st Amendment. You need to follow the law or get a new job. You give the good cops a bad name with your blatant disregard for the rights of citizens. The Arkansas State Police needs a complete overhaul on personnel, as you are one of the worst law enforcement departments in the state.

We do not live in a fascist police-state.

02/18/2016 7:07AM

Drew, we understand that you are entitled to your opinion, and you are welcome to repost your comment. We however would strongly appreciate if you would not be so disrespectful to one of our own. As an agency we strive to keep citizens safe and uphold the laws of this state, and if you have suggestions on how we can approach that a different way than we do, please elaborate.

02/18/2016 8:21AM

It's not about my opinion, it's about my rights. As a government entity, you are restricted by the Constitution.  If I want to be disrespectful to any of your troopers or to your agency, I can do that, and you can't stop me. Doing so is a violation of the First Amendment.  If you would like to start respecting my rights, then maybe I would be a little more respectful in my comments.  Until then, go screw yourselves and have a bad day. Fascists.

And I already reposted my comment, saying the same thing I said before. I don't care if you don't appreciate it, because your opinion is worthless to me.

05/22/2016 9:12PM

https://www.youtube.com/watch?v=88uGZwmUj-0&feature=share



elected_item_id=20610252     110%   ···  ⛊  ☆   🔍 Search

Inbox     Notifications **30**     Insights     Publishing Tools     Promotions                    Help ▾

Drew Tanner
Unassigned ▾

05/22/2016 9:12PM

https://www.youtube.com/watch?v=88uGZwmUj-0&feature=share



**Drew's Confrontation with ASP in WalMart - Full Video**

Donate Via PayPal: https://www.paypal.com/cgi-bin/webscr?cmd=_s-
xclick&hosted_button_id=ZX47TFKFAYMSC Bring AR Patriot Talk to Live
youtube com

09/14/2016 7:15PM

http://www.hawaiifreepress.com/ArticlesMain/tabid/56/ID/12959/HPD-Ordered-
to-Pay-31K-over-Censored-Facebook-Comments.aspx







ected_item_id=20610252 · · · 110%  ★  Search

Inbox   Notifications 30   Insights   Publishing Tools   Promotions                                    Help ▾

Drew Tanner
Unassigned ▾                                                                    ★   ✓ Mark as done

**HPD Ordered to Pay $31K over Censored Facebook Comments >
Hawaii Free Press**
...plaintiffs sued alleging First Amendment violations after the HPD
allegedly removed Second Amendment activists' Facebook comments
hawaiifreepress.com

http://truthvoice.com/2015/05/man-successfully-sues-san-diego-after-sheriffs-
department-censors-facebook-posts/

**Man Successfully Sues San Diego After Sheriff's Department
Censors Facebook Posts**
Dimitrios Karras filed a lawsuit against the County of San Diego after the
Sheriff's department censored his comments from their Facebook page.
truthvoice.com

Stop being fascist authoritarians. I don't care if you like what I say or not, I
have the right to say it.

> You are welcome to post any opinion you want. If you use profanity again I will
> ban you. There lots of families and children that follow our site.  You may no
> care about them, we do.



110%   •••   ⬥   ☆   🔍 Search

Liz   Home

Publishing Tools       Promotions                                    Help ▾

Recruit Class. This week the recruits will be in a different class each day, learning a few of the t    **Boost Post**

**24,229 people** reached

**Boost Post**

Bobby Rice, Tami Eastridge and 410 others                          New ▾

55 Shares                                                      18 Comments

**Drew Tanner** So handcuffing someone and detaining them without any probable cause. stealing from them. then letting them go is taught in this class. or is that something that DOUCHEBAG Ziegenhorn learned on his own?
Reply · Unhide · 1y

**Tony Jones** Be proud of yourselves! We Arkansans are proud of every one of or state troopers, new and old!!! (1)
Like · Reply · Message · 1y

**Buffy Bowman** So very proud of my son!
Like · Reply · Message · 1y

**Carolyn Overton** Good luck and be safe!
Like · Reply · Message · 1y

**Justin Groves** I want to be one just have to have a clean driving record for 3 years like no speeding tickets
Like · Reply · Message · 1y

**Michelle Smith Couch** No words to describe how Proud I am of my Son who is one of the recruits!
Like · Reply · Message · 1y · Edited                              👍 9
↳ 1 Reply

**Michelle Martisek** I love and respect AST. My uncle Dennis Duran was a trooper for many years.
Like · Reply · Message · 1y
↳ 1 Reply

# INTERROGATORY NO. 15



# ARKANSAS STATE POLICE

ASP-50
(Rev. 05/11)

### Police-Citizen Complaint and Tracking Form

**Control Number**

B14-020

**Member's Name**

Kurt Ziegenhorn

| Complainant's Name: | Home Address: | Home Phone: |
|---|---|---|
| James Tanner | 815 W Cherry Ave | |
| | **Home Address:** Searcy AR 72143 | **Home Phone:** 501 268-7982 |
| (2) Witness or Other Complainants: | Home Address: | **Home Phone:** (501) 827-7579 Cell |
| **Date and Time of the Incident:** 11-29 10:53pm  12-3 1:40pm | **Location of the Incident:** Searcy Walmart Supercenter | |

**Details of the Complaint:**

On two different occasions, Officer Ziegenhorn has accosted me and grabbed me without cause, yelled and cursed at me while pointing his finger Inches from my face, searched my person without cause, illegally detained me in handcuffs without cause, and confiscated my CHCL without cause. This officer reflects a poor quality and low standard upon the Arkansas State Police and has a complete disregard for the law that he is sworn to enforce.

### COMPLAINT AFFIRMATION

I, James A Tanner _____, do hereby affirm that the foregoing information is true and complete to the best of my knowledge and belief. I understand that any false, misleading, or untrue statements or writings given to any person(s) investigating this complaint may subject me to civil prosecution by the accused.

I further realize that it may become necessary, during the investigation of this complaint, for me to meet with a member(s) of the Arkansas State Police to discuss this complaint, either in the presence or absence of the accused department member(s) at the discretion of the department. I hereby accept the premise that if any action is initiated through a court or administrative hearing as a result of my complaint, my testimony at these hearings may be required. I hereby agree to make myself available to any such court or administrative hearing when requested to do so.

**Signed:** _____
(First/MI/Last Name)

Name of Accepting Department Member: Sgt. Paulette Ward #212
(Rank/First/MI/Last Name/Badge #)

Date: 12/9/14
(Mo/Day/Yr)

Time: 10:15  ☒ AM  ☐ PM

| Date Received: *12/9/14* | Assigned To: *Cpl. J White* | Control Number: *B14-020* |
|---|---|---|

| Type of Complaint: ☐ A - Inter-Departmental ☒ B – Citizen | Date Investigation Initiated: *12/9/14* | Date Investigation Terminated: *3/9/15* |
|---|---|---|

| Date Forwarded to Deputy Director: *4/10/15* | Signature of Office of Professional Standards Officer: *Cpl. J White #210* |
|---|---|

| Date of Review: *4/10/15* | Signature of Deputy Director: *Jim K'ruck* |
|---|---|

**Command Staff Review Board Chairman/Commander's Determination: (Check One)**

| Founded ☐ | Unfounded ☒ | Inconclusive ☐ | Administratively Closed ☐ |
|---|---|---|---|

**Comments:**

| Signature of Command Staff Review Board Chairman/Commander: *Major Chad Klunn* | Date Forwarded to Deputy Director: *07-08-2015* |
|---|---|

---

| Date of Review: *7/8/15* | Signature of Deputy Director: *Jim K'ruck* |
|---|---|

**FINAL DISPOSITION (CHECK ONE)**

☒ No Action Taken     ☐ Transfer     ☐ Termination
☐ Oral Reprimand/Counseling     ☐ Suspension     ☐ Other
☐ Letter of Reprimand     ☐ Reduction in Grade/Rank

**Comments/Final Recommendations**

*Un Founded*

Director's Signature: _*William J. B*_      Date: _*07/28/15*_
(Rank/First/MI/Last Name/Badge #)      (Mo/Day/Yr)



# ARKANSAS  STATE  POLICE

ASP-239
(Rev. 07/08)

## Internal Affairs Investigation Notification

April 6, 2015

TFC Kurt Ziegenhorn
Troop D, ASP
3205 North Washington
Forrest City, AR  72335

Re:  OPS File Number B14-020

Dear TFC Ziegenhorn:

This letter is being sent to advise you that a formal complaint has been lodged against you.  The complainant is Mr. James Tanner. The complaint alleges you are in violation, but not limited to, ASP Policy, Gen. Sec. 3, Rules of Conduct.

This complaint is being investigated in accordance with ASP Policy.  You should review the Disciplinary Matters Policy.

You shall not, in any way, coerce, intimidate, or attempt to influence the statement(s) or testimony of any potential witnesses.

You can expect an inquiry to begin within a timely manner.  You will receive periodic status reports, excluding details, while this investigation is ongoing.  You will receive written notice of the final disposition of the complaint.

During this investigation and the review process, you should display a high standard of professional behavior and demonstrate performance and conduct consistent with Arkansas State Police Policy and Procedure.

Sincerely,

*Major Mike Foster*                    *TFC Kurt Ziegenhorn #501*
                                                          *KAZ*

Major Mike Foster
Highway Patrol Commander, Eastern Region

Cc:  Capt. Jackie Clark, Troop D
Sgt. Paulette Ward, OPS / Cpl. Jeff Whitlock, OPS



ATTORNEY GENERAL
# LESLIE RUTLEDGE
ArkansasAG.GOV

Reid Adkins                                                         Direct Dial: (501) 682-1080
Assistant Attorney General                                 Email: reid.adkins@arkansasag.gov


April 8, 2018


Mr. William W. Hyman
King Law Group, PLLC
300 N 6th Street
Fort Smith, AR 72901
Via Email: William.hyman@gmail.com

    Re:    *James Andrew Tanner v. Ziegenhorn, et al.*
           USDC Case No.: 4:17CV780-DPM

Dear Mr. Hyman:

    The Arkansas State Police has located a responsive document to Plaintiff's Request for
Production No. 16 and, therefore, supplements its response. Please find enclosed a Memorandum
responsive to Plaintiff's Request for Production No. 16.


                        Sincerely,


                        *Reid Adkins*

                        Reid Adkins
                        Assistant Attorney General



Enclosure

 AGRutledge   AGLeslieRutledge   AGLeslieRutledge   Attorney General Leslie Rutledge   ArkansasAG   AGRutledge



# M E M O R A N D U M

**TO:**        **Lt. Kennedy**

**FROM:**    **Trp. Liz Chapman**

**RE:**         **Facebook Comments**

**DATE:**     **February 18, 2016**

On February 17th, a Drew Tanner commented on one of our Facebook posts about Major Mike Foster, "I have this guy's autograph. He supports crooked cops, so that makes him a crooked cop in my book. He needs to be held accountable as well if he is going to support the unlawful actions of his officers." After seeing this, I deleted it due to the nature of the comment and I also was not able to "hide" the comment using my mobile device. After deleting the comment, Tanner send our page a message where the following conversation took place:

> You can't go around deleting comments from your Facebook page. As a government entity, you are restricted by the 1st Amendment. You need to follow the law or get a new job. You give the good cops a bad name with your blatant disregard for the rights of citizens. The Arkansas State Police needs a complete overhaul on personnel, as you are one of the worst law enforcement departments in the state. We do not live in a fascist police-state.

> Drew, we understand that you are entitled to your opinion, and you are welcome to repost your comment. We however would strongly appreciate if you would not be so disrespectful to one of our own. As an agency we strive to keep citizens safe and uphold the laws of this state, and if you have suggestions on how we can approach that a different way than we do, please elaborate.

It's not about my opinion, it's about my rights. As a government entity, you are restricted by the Constitution. If I want to be disrespectful to any of your troopers or to your agency, I can do that, and you can't stop me. Doing so is a violation of the First Amendment. If you would like to start respecting my rights, then maybe I would be a little more respectful in my comments. Until then, go screw yourselves and have a bad day. Fascists.

And I already reposted my comment, saying the same thing I said before. I don't care if you don't appreciate it, because your opinion is worthless to me.

After this response, and seeing the anti-police articles posted on his personal facebook page, I spoke with Elaine Lee about the legality of commenting on facebook and was looking for clarification and assistance on how to properly deal with these types of people respectively, yet correctly.

I believe that it is appropriate to let these people speak freely, and that the immediate deletion of his comment was the wrong action to take, which is why I addressed this in my message to Tanner and told him he was welcome to repost it.  This is the only way our facebook page and social media outlets are going to be successful. If our followers are not able to feel like they are "a part" of something, they will not continue to follow and stay interactive. The point of social media is that it is meant to encourage interaction, complete with diverse opinions and points of view. Stats show that the most successful agencies on social media are the ones that face critics head on instead of hiding behind an aggressive removal policy.

I believe that we must tolerate criticism and somewhat irritating comments in order for our social media sites to be successful. We cannot engage in online debates with commenters and instead react positively and provide factual information, if appropriate.

*Attachments (2)



**Drew Tanner**
Unassigned ▾

✓ Mark as done

2/17/16, 10:19 PM

You can't go around deleting comments from your Facebook page. As a government entity, you are restricted by the 1st Amendment. You need to follow the law or get a new job. You give the good cops a bad name with your blatant disregard for the rights of citizens. The Arkansas State Police needs a complete overhaul on personnel, as you are one of the worst law enforcement departments in the state.

We do not live in a fascist police-state.

2/18/16, 7:07 AM

Drew, we understand that you are entitled to your opinion, and you are welcome to repost your comment. We however would strongly appreciate if you would not be so disrespectful to one of our own. As an agency we strive to keep citizens safe and uphold the laws of this state, and if you have suggestions on how we can approach that a different way than we do, please elaborate.

2/18/16, 8:21 AM



It's not about my opinion, it's about my rights. As a government entity, you are restricted by the Constitution. If I want to be disrespectful to any of your troopers or to your agency, I can do that, and you can't stop me. Doing so is a violation of the First Amendment. If you would like to start respecting my rights, then maybe I would be a little more respectful in my comments. Until then, go screw yourselves and have a bad day. Fascists.



And I already reposted my comment, saying the same thing I said before. I don't care if you don't appreciate it, because your opinion is worthless to me.

5/22/16, 9:12 PM







**Drew Tanner**
Unassigned ▾

Mark as done

**HPD Ordered to Pay $31K over Censored Facebook Comments > Hawaii Free Press**

...plaintiffs sued alleging First Amendment violations after the HPD allegedly removed Second Amendment activists' Facebook

hawaiifreepress.com

http://truthvoice.com/2015/05/man-successfully-sues-san-diego-after-sheriffs-department-censors-facebook-posts/

**Man Successfully Sues San Diego After Sheriff's Department Censors Facebook Posts**

Dimitrios Karras filed a lawsuit against the County of San Diego after the Sheriff's department censored his comments from their

truthvoice.com



Stop being fascist authoritarians. I don't care if you like what I say or not, I have the right to say it.

You are welcome to post any opinion you want. If you use profanity again I will ban you. There lots of families and children that follow our site. You may no care about them, we do.



Go Fuck Yourself. Fascist Pig.

My post now says "douchebag" you lawless jackasses.

 

Ziegenhorn, and when did the Arkansas State Police inform Ziegenhorn of this complaint?

**ANSWER NO. 15:**  See attached 12/9/2014 ASP-50 Police-Citizen Complaint Form and 4/6/2015 ASP-239 Internal Affairs Notification Form.

**INTERROGATORY NO. 16:**  From November to December 2014, which troop did Ziegenhorn belong to, what is the area of responsibility assigned to that of that troop, and does that area of responsibility include Searcy, Arkansas?

**ANSWER NO. 16:**  Troop D:  counties of Cross, Crittenden, Lee, Monroe, Phillips, Prairie, St. Francis, Woodruff.

**INTERROGATORY NO. 17:**  What were the regulations, policies, or rules that are in place regarding arrests being made out of uniform or out of your troop's assigned area or responsibility in November and December of 2014?

**ANSWER NO. 17:**  All Arkansas State Police commissioned officers have statewide jurisdiction and are expected to take law enforcement action on or off-duty.  See Arkansas State Police Policy Manual, Law Enforcement Section 1, Essential Job Functions; Ark. Code Ann. §12-8-106(b); Arkansas Rules of Criminal Procedure, e.g. Rule 4.1.

**INTERROGATORY NO. 18:**  What were Trooper Ziegenhorn's orders in their entirety on November 29th, 2014 and December 3rd, 2014, where was he supposed to be, what was he supposed to be doing, and at which times was he considered on duty?

**ANSWER NO. 18:**  As part of the Arkansas State Police, Highway Patrol Division, Troop D, Trooper Ziegenhorn's primary assignment was to conduct patrol and law enforcement operations in Woodruff County.  See response to Interrogatory No. 17.

**INTERROGATORY NO. 19:**  Did Trooper Ziegenhorn ever speak with any other Arkansas State Police Employees about James Andrew Tanner, if so, whom did he speak with and what did he say?

**ANSWER NO. 19:**  Objection.  The Arkansas State Police is not a "person" for purposes of 42 U.S.C. §1983. And, since it is not a person, it cannot answer this question.  Further, Plaintiff has requested this information in Interrogatory No. 10 propounded to Defendant Ziegenhorn.

**INTERROGATORY NO. 20:**  What are the names, position, and contact information of all of Trooper Ziegenhorn's coworkers from November 29th, 2014 to present?

**ANSWER NO. 20:**  Defendants object on the basis that this request is overly broad, wholly immaterial, onerous, and unreasonable on its face.

**INTERROGATORY NO. 21:**  What are the names, Facebook URLs, and contact information of all of the Facebook users that have been blocked from the Arkansas State Police Facebook page?

**ANSWER NO. 21:**

Benjamin Jay Montgomery - https://www.facebook.com/benjamin.j.montgomery.5

Dennis Wiley Hawthorne III -  https://www.facebook.com/dwhathorneiii

8

between Ziegenhorn and the Plaintiff at Walmart.  A copy of the footage provided by Walmart is attached hereto.

**REQUEST FOR PRODUCTION NO. 12**:  Please produce all comments on social media accounts managed or owned by the Arkansas State Police that have been hidden, blocked or deleted.

**RESPONSE TO NO. 12**:  There are no records of the specific comments "hidden, blocked, or deleted" for violation of the Terms and Conditions of the Arkansas State Police Facebook page.

**INTERROGATORY NO. 22**:  Has the Arkansas State Police official Facebook page ever used a word that they would deem to be obscene or vulgar in one of their posts or comments, if so which word or words was that?

**RESPONSE TO NO. 22**:  ASP has not posted obscene or vulgar words on its Facebook page.

**REQUEST FOR PRODUCTION NO. 13**:  Please produce all documents relevant to Interrogatory No. 22.

**RESPONSE TO NO. 13**:  ASP is unaware of any responsive documents.

**REQUEST FOR PRODUCTION NO. 14**:  Please provide all notes, emails, memos, or other documents written by Cora Gentry or Greg Downs between November 29th, 2014 and January 15th, 2015.

**RESPONSE TO NO. 14**:  Objection.  This request, especially in light of Requests for Production Nos. 15 and 17, exceeds the scope of discovery as provided