N THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

WESTERN DIVISION

JAMES ANDREW TANNER                                    PLAINTIFF
                    v. 4:17-cv-780-DPM
KURT ZIEGENHORN and WILLIAM
SADLER, in their individual capacities;
BILL BRYANT, Colonel, in his official
capacity as head of the Arkansas State Police;
and JOHN DOES, 1-5                                        DEFENDANTS

## AFFIDAVIT OF PLAINTIFF JAMES ANDREW TANNER

I, James Andrew "Drew" Tanner, am competent to testify and have personal

knowledge regarding the statements contained in this declaration, do hereby state and verify

the following:

1. A large portion of this pleading has to do with Facebook comments I made to the Arkansas State police page in February, March, and September of 2016.

2. In 2016 I was a follower of the Arkansas State Police Facebook Page.

3. At the time I made my comments there were no terms or conditions or anything having to do with policies or procedures for posting comments on the ASP Facebook Page.

4. I have screen shots of an archived version of the ASP Facebook Page from "The Way Back Machine" website, which saves past versions of websites. The screen shots I took were of archived versions of the ASP Facebook Page from October 5 and 6 of 2016 and December 14, 2016.

5. To my knowledge no Arkansas State Police terms or conditions were publicly available at the time of my comments.

6. When I made my comments I did not break any known rules for making comments.

7. My first comment at issue was made in February when I noticed an ASP Facebook Post about promoting Mike Foster, who investigated Zeigenhorn after I reported his hostile, stalking, and harassing behavior against me.

8. Mike Foster concluded that Ziegenhorn had done nothing wrong despite overwhelming evidence to the contrary. I consider him to be unethical and part of the corruption within the ASP. I wanted the public to know. Shortly after I commented about Foster, my comment was deleted.

9. At one point a page administrator told me I could repost my comment, and I did, but that post was also subsequently deleted. When I started making comments about Ziegenhorn my comments were quickly deleted.

10. I have made several other comments in February, March, and September of 2016 that were also hidden or deleted.

11. I believe all of my deleted comments were deleted by the next day if not sooner.

12. At some point after my comments about Ziegenhorn I was blocked from participating in the ASP Facebook Page altogether.

13. As of this date, I am still blocked from the ASP Facebook Page and the ASP Facebook Page has deleted or hidden from view all comments I have made on the ASP Facebook Page.

14. There are literally hundreds of off-topic, racist, outside links, and other comments that are not deleted from the ASP Facebook Page as violations of their current rules.

15. As for my arrest by Ziegenhorn on December 3, 2014, he never asked for my concealed carry license prior to placing me in handcuffs.


Further the affiant sayeth not.




_____          __6-7-2020_____
**PLAINTIFF JAMES ANDREW TANNER          DATE**

**IN THE COUNTY OF SEBASTIAN, IN THE STATE OF ARKANSAS**

**The Plaintiff, JAMES ANDREW TANNER, making himself known to me, swore and subscribed before me the foregoing document on the _7_ day of June, 2020.**

_____
**Notary Public**
**My commission expires:**
Feb 10, 2025

Seal:    NATALIE S. KING
         SEBASTIAN COUNTY
         NOTARY PUBLIC - ARKANSAS
         My Commission Expires Feb. 10 2025
         Commission No. 12403334