Garrett Wachtel is active now

 **Arkansas State Police**
Typically replies within an hour  

FEB 17, 2016 AT 10:19 PM

You can't go around deleting comments from your Facebook page. As a government entity, you are restricted by the 1st Amendment. You need to follow the law or get a new job. You give the good cops a bad name with your blatant disregard for the rights of citizens. The Arkansas State Police needs a complete overhaul on personnel, as you are one of the worst law enforcement departments in the state.

FEB 17, 2016 AT 10:57 PM

We do not live in a fascist police-state.

FEB 18, 2016 AT 7:07 AM

 Drew, we understand that you are entitled to your opinion, and you are welcome to repost your comment. We however would strongly appreciate if you would not be so disrespectful to one of our own. As an agency we strive to keep citizens safe and uphold the laws of this state, and if you have suggestions on how we can approach that a different way than we do, please elaborate.

FEB 18, 2016 AT 8:21 AM

It's not about my opinion, it's about my rights. As a government entity, you are restricted by

    Aa  

 

**Arkansas State Police**
Typically replies within an hour



**Man Successfully Sues San Diego After Sheriff's Department Censors Facebook Posts**

Dimitrios Karras filed a lawsuit against the County of San Diego after the Sheriff's department censored his comments from their Facebook page. Last week, it was announced that Karras settled the laws

truthvoice.com

> Stop being fascist authoritarians. I don't care if you like what I say or not, I have the right to say it.

 You are welcome to post any opinion you want. If you use profanity again I will ban you. There lots of families and children that follow our site. You may no care about them, we do.

> Go Fuck Yourself. Fascist Pig.

SEP 14, 2016 AT 8:01 PM

> My post now says "douchebag" you lawless jackasses.

    Aa 

← **Timeline Photos** 🔍



**Brenda Foster Trice**
So proud to have you for my brother.

19 minutes ago  ·  Like  ·  Reply



**Debi Sandefur**
You've sure came a long way from clear creek. So proud of you. Proud of Matthew too, I think he is following in some pretty good footsteps.

16 minutes ago  ·  Like  ·  Reply



**Drew Tanner**
I have this guy's autograph. He supports crooked cops, so that makes him a crooked cop in my book. He needs to be held accountable as well if he is going to support the unlawful actions of his officers.
**https://www.facebook.com/photo. php?fbid=10101962485275777&set=p.1010 1962485275777&type=3&theater**

This guy sucks

3 minutes ago  ·  Edited  ·  Like  ·  👍 2  ·  Reply

Write a comment... 🙂

## Timeline Photos

letting y'all know. Hahhaa!!

Yesterday at 11:14 PM · Like · 👍 3 · Reply

**View 1 previous reply**

 **Carrie McClain Raper** Well, I never knew...

 **Danny Watkins** You are supposed to do a...

 **Lindsey Alvarez** Danny Watkins but what i...


**Drew Tanner**
Are you familiar with 5-54-122?
Specifically (c)(1) D and E? At least one of
your troopers committed this crime. You
know who it is.

Yesterday at 11:15 PM · Like · 👍 1 · Reply

 **Greg Drew** Lol is this the one where they si...

 **Drew Tanner** You have google, can you no...


**Richard Tanner**
Isn't a freeway "designated and signposted
for one-way traffic?"

Write a comment...

 **295**   >


**Drew Tanner**
Just don't be like that douche, Trooper Ziegenhorn.
Just now · Like · Reply


**Karen Smith**
Congrats, thank you and safety all ways. God first, family then job.  Such an undertaking. So glad to know you and **Emilie Williams**.
1 hour ago · Like · Reply


**Denise Mcclain**
And then driving them to the capital to graduate. Congrats everyone.
2 hours ago · Like · Reply


**Adrian Ray**
Outstanding!
2 hours ago · Like · Reply


**Wilma Smith**
May God be with them.
2 hours ago · Like · Reply


**Cathy Daniell Butler**
Congratulations and prayers for safety for all of you ... Say a prayer every day when you get in that car
2 hours ago · Like · 👍 1 · Reply


**Adam Borden**
Thank god for our ARKANSAS STATE TROOPERS. Good job guys.
1 hour ago · Like · Reply


**Johnny Miller**
I'm sure they are ready!!
2 hours ago · Like · Reply

Write a comment...   ☺

 **322** >

 **Richard Carr**
So is ziegenhorn gonna have to retake that class as well? And are your recruits taught that a driver's license is not required on US public highways? How about open carry of a sidearm or concealed not requiring a permit in arkansas?
3 minutes ago · Unlike · 👍 1 · Reply

 **Drew Tanner**
Just don't be like that fascist pig, Trooper Ziegenhorn.

13 minutes ago · Like · Reply

 **Karen Smith**
Congrats, thank you and safety all ways. God first, family then job.  Such an undertaking. So glad to know you and **Emilie Williams**.
2 hours ago · Like · Reply

 **Denise Mcclain**
And then driving them to the capital to graduate. Congrats everyone.
2 hours ago · Like · Reply

 **Adrian Ray**
Outstanding!

3 hours ago · Like · Reply

 **Wilma Smith**
May God be with them.

2 hours ago · Like · Reply

 **Cathy Daniell Butler**
Congratulations and prayers for safety for all of you ... Say a prayer every day when you get in that car
2 hours ago · Like · 👍 1 · Reply

 **Adam Borden**
Thank god for our ARKANSAS STATE TROOPERS. Good job guys.

Write a comment... 🙂

 **333**

>


**Richard Carr**
So is ziegenhorn gonna have to retake that class as well? And are your recruits taught that a driver's license is not required on US public highways? How about open carry of a sidearm or concealed not requiring a permit in arkansas?
13 minutes ago · Unlike · 👍 1 · Reply


**Drew Tanner**
Just don't be like that fascist pig, Trooper Ziegenhorn, aka douchebag.
23 minutes ago · Edited · Like · Reply


**Karen Smith**
Congrats, thank you and safety all ways. God first, family then job.  Such an undertaking. So glad to know you and **Emilie Williams**.
2 hours ago · Like · Reply


**Denise Mcclain**
And then driving them to the capital to graduate. Congrats everyone.
3 hours ago · Like · Reply


**Adrian Ray**
Outstanding!
3 hours ago · Like · Reply


**Wilma Smith**
May God be with them.
2 hours ago · Like · Reply


**Cathy Daniell Butler**
Congratulations and prayers for safety for all of you ... Say a prayer every day when you get in that car
2 hours ago · Like · 👍 1 · Reply


**Adam Borden**
Thank god for our ARKANSAS STATE TROOPERS. Good job guys.

Write a comment... 😊


 **Photos from Arkansas State Polic...** 🔍

 **Drew Tanner**
So handcuffing someone and detaining them without any probable cause, stealing from them, then letting them go is taught in this class, or is that something that DOUCHEBAG Ziegenhorn learned on his own?

Just now · Like · Reply

 **Cathy Shelly Mullis**
I'm happy for them but I was wondering why they all have shaved heads? Is that a requirement?

Sep 7 at 8:44 PM · Like · 👍 2 · Reply

 **Paul Allen Wilkerson**
In the midst of everything our law enforcement is going thru....it takes real courage to stand up and say "I will protect you and your rights". So I just want to say thank you to these courageous "soon to be super heroes"...you are admired from afar by many. You all will be in our prayers as you continue to learn and then put that learning to action.

Sep 7 at 5:03 PM · Like · 👍 8 · Reply

**View 2 previous replies**

 **Larry Gleghorn** 35 years behind a behind a badge. 3 years sheriff...

 **Michelle Smith Couch**
No words to describe how Proud I am of my Son who is one of the recruits!

Sep 7 at 7:07 PM · Edited · Like · 👍 9 · Reply

 **Denise Mcclain** My brother is a trooper and my son is BPD welco...

 **Ed Garner**
"Community Servant Day" at Bible Baptist Church in Jacksonville on 9/11 ... all troopers welcome!

Sep 7 at 9:27 PM · Like · 👍 1 · Reply

 **Larry Gleghorn**

Write a comment... 🙂





## Our Story

ARKANSAS STATE POLICE   FRIDAY, MAY 4, 2018

Welcome to the Official Facebook Page of the Arkansas State Police.
With your support, we strive to provide proactive safety messages, community event
information, unique insights and pictures of ASP events. We will also post other pertinent
news in an effort to keep you informed and safe.

We ask you for your continued support by sharing our page with your family and friends as
we move forward committed to public safety and protecting the great State of Arkansas.

ARKANSAS STATE POLICE FACEBOOK
TERMS AND CONDITIONS

This is the official Facebook page of the Arkansas State Police. The purpose of the Arkansas
State Police Facebook page is to permit authorized employees of the Department to provide
the public with information concerning the Arkansas State Police's mission, goals, programs,
activities, events, news, stories, photographs, and videos and to disseminate other
information and material intended to increase public awareness of and enhance respect for
the Arkansas State Police and its members and employees. Please note that this is a
purposefully controlled online site established for this limited purpose, NOT A PUBLIC
FORUM. All postings/comments are, in addition to being governed by the terms and
conditions established by Facebook, subject to the following terms and conditions
established by the Arkansas State Police:
• BEFORE SUBMITTING/POSTING A COMMENT ON THIS PAGE, YOU MUST REVIEW
AND AGREE TO THE TERMS AND CONDITIONS OF FACEBOOK AND THE TERMS AND
CONDITIONS ESTABLISHED BY THE ARKANSAS STATE POLICE.
o A submission/posting on this page shall constitute acknowledgement and acceptance of
these terms and conditions



these terms and conditions

• DO NOT USE THIS PAGE TO REPORT A CRIME OR SUSPICIOUS ACTIVITY OR TO SEEK ANY EMERGENCY PUBLIC SAFETY SERVICES

o In case of EMERGENCY or if you need police assistance, use your phone to dial 911

o To report a crime or suspicious activity, use your phone to dial 911 or call the local police or ASP Troop location for your part of the state.

• ALL COMMENTS submitted/posted to this page are actively monitored and reviewed by the Arkansas State Police. The Arkansas State Police reserve the right to restrict, remove, or delete any posting/comment that is contrary to and/or inconsistent with the purpose of the page or in violation of the applicable terms and conditions. The Arkansas State Police Facebook page is not appropriate for and is not intended to accommodate comments unrelated to the purpose of the page or particular postings authorized by the Department. Consistent with the purpose of this page, prohibited content includes but is not limited to the following:

o Comments not topically related to a particular posting authorized by the Arkansas State Police;

o Comments in support of or in opposition to candidates seeking election to office, political parties or organizations, political campaigns, and/ or ballot measures;

o Comments that include or constitute abusive, profane, threatening, insulting, false, defamatory, slanderous, libelous, hateful, harassing or stalking, racist, sexist, misogynistic, bigoted, homophobic, vulgar, obscene, violent, pornographic or sexual, inappropriate or offensive, and/or criminal or unlawful language or content;

o Comments that constitute, include, promote, foster, or perpetuate disparagement or discrimination of persons on the basis of race, color, religious creed, national origin, ancestry or ethnicity, sex, gender identity, sexual orientation, handicap or disability, and/or age;

o Comments that constitute or include solicitation of commerce or promotion and/or advertisement of/for a business or commercial transaction, including but not limited to "spam" and other commercial content submitted/posted by individuals, groups, entities, or automatic software programs;

o Comments that constitute, conduct, solicit, promote, encourage or incite criminal or illegal activity or comments that otherwise incite imminent lawless action;

o Comments that constitute or include a threat to public safety or security and/or that may compromise or tend to compromise public safety or security;

o Comments that constitute or include an inappropriate and/or unauthorized disclosure of



compromise or tend to compromise public safety or security;
o Comments that constitute or include an inappropriate and/or unauthorized disclosure of
personal data or private/personal information about any individual; and
o Comments that constitute or include copyrighted or trademarked material and/or content
that violates the legal ownership interest of another party, submitted or posted without
proper authorization/consent.

• ONLY COMMENTS consistent with these terms and conditions, as determined by the
Arkansas State Police and those terms and conditions established by Facebook are welcome.

• The Arkansas State Police DOES NOT ALLOW THE POSTING OF PHOTOGRAPHS,
VIDEOS, AUDIO RECORDINGS (and/or similar media) OR LINKS TO OTHER PAGES OR
WEBSITES by anyone other than an authorized employee of the Arkansas State Police. The
posting of such content/material/information/media is, except when posted by an
authorized employee of the Department, STRICTLY PROHIBITED. If posted/submitted,
such content/material/information/media shall be restricted, removed, and/or deleted.
• IF YOU HAVE A PHOTOGRAPH,VIDEO, OR AUDIO RECORDING (and/or similar media)
you want share with the Arkansas State Police or think the Arkansas State Police would like
to share on this page, please submit the content in a private Facebook message.
• ONLY INDIVIDUALS, GROUPS AND ENTITIES accepting and complying with, the
applicable terms and conditions established by Facebook and the Arkansas State Police are
welcome. While this page is open for public inspection, only authorized users of Facebook are
permitted to submit/post a comment. The Arkansas State Police reserve the right to restrict,
remove and/or block any person, group, or entity submitting and/or repeatedly submitting
comment(s)/posting(s) contrary to or inconsistent with the purpose of the page, not topically
related to particular postings authorized by the Department, and/or that are in violation of
the applicable terms and conditions.

ADDITIONAL TERMS AND CONDITIONS
o This page and its content are actively monitored and managed by the Arkansas State Police.
•    If you are looking for more information about the State Police, please
http://asp.arkansas.gov/
•    o "Friending," "liking," and/or similar exchanges/actions between Arkansas State
Troopers/civilian employees and a Facebook user does not indicate endorsement of that
user's actions or comments.



such content/material/information/media shall be restricted, removed, and/or deleted.

• IF YOU HAVE A PHOTOGRAPH, VIDEO, OR AUDIO RECORDING (and/or similar media) you want share with the Arkansas State Police or think the Arkansas State Police would like to share on this page, please submit the content in a private Facebook message.

• ONLY INDIVIDUALS, GROUPS AND ENTITIES accepting and complying with, the applicable terms and conditions established by Facebook and the Arkansas State Police are welcome. While this page is open for public inspection, only authorized users of Facebook are permitted to submit/post a comment. The Arkansas State Police reserve the right to restrict, remove and/or block any person, group, or entity submitting and/or repeatedly submitting comment(s)/posting(s) contrary to or inconsistent with the purpose of the page, not topically related to particular postings authorized by the Department, and/or that are in violation of the applicable terms and conditions.

ADDITIONAL TERMS AND CONDITIONS

o This page and its content are actively monitored and managed by the Arkansas State Police.

• If you are looking for more information about the State Police, please
http://asp.arkansas.gov/

• o "Friending," "liking," and/or similar exchanges/actions between Arkansas State Troopers/civilian employees and a Facebook user does not indicate endorsement of that user's actions or comments.

o Comments posted on this page by visitors on the Arkansas State Police Facebook page DO NOT reflect the opinion(s) of the Department. The Arkansas State Police neither endorse nor oppose, by its actions or inactions related to restriction, removal or deletion of submissions/postings, the comments/content submitted/posted by others. Commenters alone are responsible for their comments, usernames, and/or any information or content they place or attempt to place on this page.

o All postings on this page are voluntary, and made at your own risk. By using or accessing Facebook and this page, you are, in addition to accepting the terms and conditions for use established by Facebook and the Arkansas State Police, also accepting the practices described in the Facebook Data Use Policy. For more information on Facebook's Data Use Policy, go to
http://www.facebook.com/policy.php.

https://www.facebook.com/arstatepolice/          Go          SEP  OCT  DEC

18 captures
5 Oct 2016 - 27 Apr 2019

◀  **05**  ▶
2015  **2016**  2017

Email or Phone          Password          Log In

Forgot account?

**Arkansas State Police**
3 hrs ·

Last Thursday, Troop F's Cpl. Byron Curry and Trp. Ryan Wingo attended the Warren Branch Library's Preschool Storytime. This is a program for children ages 2-5 where guests read a book to the children. Cpl. Curry read a book about police officers and explained some of what Troopers do on a daily basis. After story time, Cpl. Curry and Trp. Wingo let the kids explore their patrol cars, turn on the blue lights and even the siren. The children were also given seat belt safety activity books, pencils and stickers.

A special thanks to Sandy Doss and the rest of the Warren Branch Library staff for allowing the ASP to participate in this awesome program! For more information on this great program and others in Warren and other Southeast Arkansas Libraries check out the "What's happening at your Library" section at www.youseemore.com/seark/.

Image may contain: 1 person

**Arkansas State Police** updated their cover photo.
9 hrs ·

Arkansas State Police's photo.

**Arkansas State Police**
11 hrs ·

#learnthelawtuesdays!

The Arkansas State Police wants YOU to know the laws!! Every week, we will post an Arkansas statute and explain the law in detail! If you have questions about a certain law, or would like to know more, please ask us and we might use it on our #learnthelawtuesdays!

Today, we are going to cover a topic that has been a growing issue in Arkansas with areas of new construction and roadway improvements. Round-a-bouts, or rotary traffic islands, have seemed ... See More

**PEOPLE**

**74,215** likes
**221** visits

**ABOUT**

1 State Police Plz
Little Rock, AR 72209

(501) 618-8000

Open 24 Hours

http://asp.arkansas.gov/

**PHOTOS**

**VIDEOS**

516          96

https://www.facebook.com/arstatepolice/

18 captures
5 Oct 2016 - 27 Apr 2019

SEP OCT DEC
◄ 05 ►
2015 2016 2017
About this capture

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

Sign Up    Log In

**Arkansas State Police**
Yesterday at 4:00pm ·

Last week, Troop H's Tfc. Derek Nietert and Tfc. Jed Bolyard took a few minutes to spent some time with a good friend of ours: 20 year old Caleb Johnson. Caleb not only spends many hours a week volunteering to help students with special needs at Boonville High School, but he is also a honorary firefighter for Logan County Fire and Rescue. Caleb "loves" troopers, and wanted them to come hangout with him. Well, Tfc.'s Nietert and Bolyard couldn't turn down that offer, so the three guys spend some time shooting the breeze and arguing the age old tale of police vs. fire.

Thank you Caleb for supporting the ASP, and keep up the good work in your community!!!

Image may contain: 4 people

**Arkansas State Police**
Yesterday at 8:14am ·

CITY POLICE OFFICER INJURED IN JEFFERSON COUNTY TRAFFIC STOP

A Stuttgart Police Officer working part-time for the City of Humphrey was injured this morning during a traffic stop at the southern edge of the community along U.S. Highway 79. ... See More

Julie Louise Young
5  I'd like to think the officers that helped me out when I had a flat tire Saturday night. Not only did they put the spare... See More
July 18, 2016 ·

Kristen Marie Waldrup
5  Can I ask a favor? If you've ever been to the Faulkner County Library to take a Written Drivers Permit Exam or a Road T... See More
August 30, 2016 ·

Tell people what you think

PEOPLE ALSO LIKE

**North Little Rock Police Departm...**
Police Station

**Only In Arkansas**
Media/News/Publishing

**Arkansas Game and Fish Commi...**
Community

Police Stations in Little Rock, Arkansas

LIKED BY THIS PAGE

**Alaska State Troopers (Official)**
**Michigan State Police**
**Texas Department of Public Safety**

Places   Little Rock, Arkansas   Community & Government   Law Enforcement   Police Station   Arkansas State Police

English (US) · Español · Português (Brasil) ·

https://www.facebook.com/arstatepolice/    Go

18 captures
5 Oct 2016 - 27 Apr 2019

SEP OCT DEC
◀ 05 ▶
2015 2016 2017

About this capture

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

Sign Up    Log In

It's never too early to begin developing good relationships with children and we appreciate Playschool allowing the ASP to spend time with their kids!

Image may contain: 7 people , people smiling

**Arkansas State Police**
Yesterday at 4:00am

*TROOP A INFORMATION*
Arkansas State Police Safe Speed locations for the week of October 3rd:

Monday: I-530 North of Woodson... See More

**Arkansas State Police**
October 2 at 5:30pm

Facebook Friends, the ASP needs your help!!! We are asking you to share our page with ALL your friends!! Currently we have over 60k great people who have LIKED our page but we want to grow and we need your help!! The ASP recognizes that social media is a great tool to get information out quickly, and we want to provided our citizens with the most accurate and up to date information.

We will, just as we have since the creation of this page, focus mainly on the community invol... See More

**Arkansas State Police** at   **DeWitt Elementary**.
October 2 at 4:07pm

This past Tuesday, ASP Troop E's Trooper First Class Chris Aaron made a visit to the kindergarten students at DeWitt Elementary. He talked to the students about the ASP organization, and explained that police officers are always here to help them. He also talked to the students about safety awareness during Halloween, and let students tour his rolling office! Thank you Dewitt Elementary for allowing ASP to come visit!





https://www.facebook.com/arstatepolice/    Go

18 captures
5 Oct 2016 - 27 Apr 2019

SEP   OCT   DEC
◀ 05 ▶
2015   2016   2017
▼ About this capture

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

Sign Up     Log In

**Arkansas State Police**
October 1 at 7:00am ·

After last Saturday's ASU-UCA Game in Jonesboro, Troop C's Tfc. Dustin Morgan caught these future cheerleaders showing off their team spirit while practicing their dance moves on the field. Hadley and Haisy, ASU Offensive Coordinator Buster Faulkner's daughters, took a break to smile big for the Arkansas State Police!



**Arkansas State Police**
September 30 at 4:00pm ·

#findthetrooperfriday And the answer is.....

the "Painted House" in Lepanto, Arkansas. "A Painted House" is a novel (released in 2001) by American author John Grisham. It was made into a television film in 2003, in which this home was the main set. Inspired by his childhood in Arkansas, "A Painted House" is Grisham's first major work outside the legal thriller genre in which he established himself. Set in the late summer and early fall of 1952, its story is told through the eyes of seven-year-old Luke Chandler, the youngest in a family of cotton farmers struggling to harvest their crop and earn enough to settle their debts. The novel portrays the experiences that bring him from a world of innocence into one of harsh reality.



https://www.facebook.com/arstatepolice/    Go

18 captures
5 Oct 2016 - 27 Apr 2019

SEP    OCT    DEC
◄  05  ►
2015   2016   2017

Message this Page, learn about upcoming events and more. If you don't have a Facebook
account, you can create one to see more of this Page.

Sign Up        Log In

**Arkansas State Police**
September 29 at 4:51pm ·

STATE POLICE RECRUITS RECEIVE TROOPER COMMISSIONS IN
GRADUATION CEREMONY

Thirty-two Arkansas State Police Trooper Recruits graduated tonight at the
Arkansas State Capitol.

The class members initially reported for training on May 8, 2016 and
accumulated more than one-thousand hours of classroom and practical
training over the past twenty-one weeks....

Continue Reading

No automatic alt text available.

**Arkansas State Police**
September 29 at 1:31pm ·

Did you and your family get to Little Rock this past weekend to see the
famous Budweiser Clydesdale's? A few of ASP's Troop A troopers were
lucky enough to spend some time with these amazing horses and their staff.

No automatic alt text available.

**Arkansas State Police**
September 29 at 10:00am ·

Speeding is one of the most prevalent factors contributing to traffic crashes,
and year after year speed shows to be a contributing factor in 30 percent of
all fatal crashes. In 2013, 9,944 lives were lost in speed related crashes.

https://www.facebook.com/arstatepolice/     Go     SEP   OCT   DEC

18 captures     ◀ **05** ▶

5 Oct 2016 - 27 Apr 2019     2015  **2016**  2017     ▾ About this capture

Message this Page, learn about upcoming events and more. If you don't have a Facebook
account, you can create one to see more of this Page.

Sign Up     Log In



**Arkansas State Police**
September 29 at 7:52am · 

Thank you to NWA Homepage for saluting the badge and honoring one of
our Troop L Troopers, Gabriel Chambers. We are proud he is on of our own,
and we appreciate you #backingtheblue!!!

#SaluteTheBadge: Trooper Gabriel Chambers
Sometimes you see the flashing blue and red lights when you're on the highway, b...
WWW.NWAHOMEPAGE.COM

See More

Arkansas State Police - Home

https://www.facebook.com/arstatepolice/    Go

18 captures
5 Oct 2016 - 27 Apr 2019

SEP  OCT  DEC
◀  06  ▶
2015  2016  2017

About this capture

Email or Phone    Password

Sign Up    Log In

Forgot account?

**Arkansas State Police**
5 hrs ·

On Tuesday morning, Troop J's Cpl. Stewart Condley was invited to speak with a group of students at His Kids Daycare in Russellville. The ASP is always happy to get the invite to speak with children, and spend a some time making sure each child knows that the police are their friends!! Cpl. Condley told a few stories, taught the students the importance of calling 911 for emergencies, and made sure each child got a hug or a high five!

Thank you to His Kids for allowing us to come spend time with your students!

Image may contain: 14 people , people smiling

**Arkansas State Police** at    ABC Children's Academy of Dardenelle.
8 hrs ·

Have you ever wondered why Lassie was ALWAYS able to find his best friend Timmy? Or why Rin Tin Tin was ALWAYS able to detect the hidden bombs? It was their powerful noses, of course! A dog interprets the world predominantly by smell, whereas human's predominantly interpret by sight. Even though a dog's brain is one tenth the size of a human's brain, the part that controls smell is 40 times larger than in humans. A human has about 5 million scent glands whereas dogs have 125 million to 300 million!!

When the students at ABC Children's Academy in Dardanelle were studying the human body's 5 senses, they called on the right dog to teach them about smell!! Troop J's Cpl. Chase Melder, and his K9 partner Pavatt, demonstrated how he uses his sense of smell to perform his duties.

**PEOPLE**

**74,839** likes
**223** visits

**ABOUT**

1 State Police Plz
Little Rock, AR 72209

(501) 618-8000

Open 24 Hours

http://asp.arkansas.gov/

**PHOTOS**

**VIDEOS**

516    96

https://www.facebook.com/arstatepolice/    Go

18 captures
5 Oct 2016 - 27 Apr 2019

SEP **OCT** DEC
◄ **06** ►
2015 **2016** 2017

About this capture

REVIEWS

4.8    **4.8 of 5 stars**
375 reviews

Julie Louise Young
5   I'd like to think the officers that helped
me out when I had a flat tire Saturday
night. Not only did they put the spare...
See More
July 18, 2016 ·

Kristen Marie Waldrup
5   Can I ask a favor? If you've ever been
to the Faulkner County Library to take a
Written Drivers Permit Exam or a Road
T... See More
August 30, 2016 ·

Tell people what you think

**Arkansas State Police**
Yesterday at 2:44pm ·

STATE TROOPERS AMONG THOSE HONORED AT AG LAW
ENFORCEMENT SUMMIT

Arkansas Attorney General Leslie Rutledge honored more than seventy law
enforcement officers today for their service within the past. The awards were
presented at the 14th Annual Law Enforcement Summit at Camp Robinson
where approximately 600 law enforcement officers from across the state.

Among those receiving special recognition was Arkansas State Trooper
Dallas Taylor who was awarded top southeast region ... See More

No automatic alt text available.

PEOPLE ALSO LIKE

**North Little Rock Police Depa...**
Police Station

**Only In Arkansas**
Media/News/Publishing

**Arkansas 911 News**
Broadcasting & Media Production

**Police Stations in Little Rock, Arkansas**

**Arkansas State Police**
Yesterday at 5:50am ·

#whyiwearthebadgewednesdays

Lietenant Barry Saffold #628
Commander - ASP Air Support Unit... See More

LIKED BY THIS PAGE

**Texas Department of Public Safety**

**Fort Smith Police Department**

**Michigan State Police**

Places   Little Rock, Arkansas   Community &
Government   Law Enforcement   Police Station
Arkansas State Police

English (US) · Español · Português (Brasil) ·

https://www.facebook.com/arstatepolice/    Go     SEP **OCT** DEC

18 captures
5 Oct 2016 - 27 Apr 2019

◀ **06** ▶
2015 **2016** **2017**

▼ About this capture

Facebook © 2016



**Arkansas State Police**
October 4 at 2:00pm · 

Last Thursday, Troop F's Cpl. Byron Curry and Trp. Ryan Wingo attended the Warren Branch Library's Preschool Storytime. This is a program for children ages 2-5 where guests read a book to the children. Cpl. Curry read a book about police officers and explained some of what Troopers do on a daily basis. After story time, Cpl. Curry and Trp. Wingo let the kids explore their patrol cars, turn on the blue lights and even the siren. The children were also given seat belt safety activity books, pencils and stickers.

A special thanks to Sandy Doss and the rest of the Warren Branch Library staff for allowing the ASP to participate in this awesome program! For more information on this great program and others in Warren and other Southeast Arkansas Libraries check out the "What's happening at your Library" section at www.youseemore.com/seark/.

Image may contain: 1 person

**Arkansas State Police** updated their cover photo.
October 4 at 8:08am · 

Arkansas State Police's photo.



https://www.facebook.com/arstatepolice/    Go

18 captures
5 Oct 2016 - 27 Apr 2019

SEP   OCT   DEC
◄   06   ►
2015   2016   2017

About this capture

#learnthelawtuesdays!

The Arkansas State Police wants YOU to know the laws!! Every week, we will post an Arkansas statute and explain the law in detail! If you have questions about a certain law, or would like to know more, please ask us and we might use it on our #learnthelawtuesdays!

Today, we are going to cover a topic that has been a growing issue in Arkansas with areas of new construction and roadway improvements. Round-a-bouts, or rotary traffic islands, have seemed ... See More



**Arkansas State Police**
October 3 at 4:00pm ·

Last week, Troop H's Tfc. Derek Nietert and Tfc. Jed Bolyard took a few minutes to spent some time with a good friend of ours: 20 year old Caleb Johnson. Caleb not only spends many hours a week volunteering to help students with special needs at Boonville High School, but he is also a honorary firefighter for Logan County Fire and Rescue. Caleb "loves" troopers, and wanted them to come hangout with him. Well, Tfc.'s Nietert and Bolyard couldn't turn down that offer, so the three guys spend some time shooting the breeze and arguing the age old tale of police vs. fire.

Thank you Caleb for supporting the ASP, and keep up the good work in your community!!!

https://www.facebook.com/arstatepolice/　　Go

18 captures
5 Oct 2016 - 27 Apr 2019

SEP　OCT　DEC
◄　06　►
2015　2016　2017

▼ About this capture

**Arkansas State Police**
October 3 at 8:14am

CITY POLICE OFFICER INJURED IN
JEFFERSON COUNTY TRAFFIC STOP

A Stuttgart Police Officer working part-time for the City of Humphrey was
injured this morning during a traffic stop at the southern edge of the
community along U.S. Highway 79. ... See More

**Arkansas State Police**
October 3 at 5:50am

Last week, Troop C's Tfc. Dwight Griffith, stationed in Poinsett County, took
time out of his patrol schedule to stop at Playschool Pre-K in Harrisburg and
have lunch with the students. Tfc. Griffith spoke with Mrs. Holt and Mrs.
Harris's classes about the importance of safety belts and restraints, crossing
the roadway, and awareness of dealing with strangers. Tfc. Griffith also
spoke with the kids about respecting their parents, and even read a book to
the classes.

It's never too early to begin developing good relationships with children and
we appreciate Playschool allowing the ASP to spend time with their kids!

Image may contain: 7 people , people smiling

**Arkansas State Police**
October 3 at 4:00am

*TROOP A INFORMATION*
Arkansas State Police Safe Speed locations for the
week of October 3rd:

Monday: I-530 North of Woodson... See More

https://www.facebook.com/arstatepolice/      Go

18 captures
5 Oct 2016 - 27 Apr 2019

SEP **OCT** DEC
◀ **06** ▶
2015 **2016** 2017



Facebook Friends, the ASP needs your help!!! We are asking you to share our page with ALL your friends!! Currently we have over 60k great people who have LIKED our page but we want to grow and we need your help!! The ASP recognizes that social media is a great tool to get information out quickly, and we want to provided our citizens with the most accurate and up to date information.

We will, just as we have since the creation of this page, focus mainly on the community invol... See More

---

**Arkansas State Police** at **DeWitt Elementary**.
October 2 at 4:07pm ·

This past Tuesday, ASP Troop E's Trooper First Class Chris Aaron made a visit to the kindergarten students at DeWitt Elementary. He talked to the students about the ASP organization, and explained that police officers are always here to help them. He also talked to the students about safety awareness during Halloween, and let students tour his rolling office! Thank you Dewitt Elementary for allowing ASP to come visit!

Image may contain: 12 people , people smiling

---

**Arkansas State Police**
October 2 at 1:54pm ·

MISSOURI LAW ENFORCEMENT PURSUIT ENTERS ARKANSAS, ONE DEAD

OCTOBER 2, 2016

The Arkansas State Police is investigating two motor vehicle crash scenes in northeast Arkansas in the aftermath of a police pursuit involving a stolen vehicle that was pursued by Kennett, Missouri police into Arkansas this morning.... See More

---

**Arkansas State Police**
October 2 at 10:28am ·

#sundayisforsharing

This past Thursday night, a "Sea of Blue" was held for Officer Nelson with the Beebe Police department, who passed away suddenly last Saturday. ASP was represented in this event of honor by Troop B's Corporal Tony Bowman, as well as other troopers and law enforcement officers from the surrounding area. We received the following message from our friend Jennifer Pruitt this week - "After the event was over, Corporal Bowman took the time to take a picture wi... See More

Arkansas State Police | Facebook

https://www.facebook.com/arstatepolice/          Go

SEP  OCT  DEC
◀  **06**  ▶
2015  **2016**  2017

18 captures
5 Oct 2016 - 27 Apr 2019

▼ About this capture

**Arkansas State Police**
October 1 at 7:54pm · 

CORRECTIONAL OFFICER TAKEN INTO CUSTODY AFTER EXTENDED STAND-OFF

At approximately 11 AM today (Saturday, October 1, 2016) the Arkansas State Police received a request seeking assistance from officials of the Arkansas Department of Correction.

A correctional officer with access to a rifle at the Delta Regional Unit in Dermott had refused orders to leave an observation tower.... See More

**Arkansas State Police**
October 1 at 7:00am · 

After last Saturday's ASU-UCA Game in Jonesboro, Troop C's Tfc. Dustin Morgan caught these future cheerleaders showing off their team spirit while practicing their dance moves on the field. Hadley and Haisy, ASU Offensive Coordinator Buster Faulkner's daughters, took a break to smile big for the Arkansas State Police!

Image may contain: 2 people , people smiling

**Arkansas State Police**
September 30 at 4:00pm ·

https://www.facebook.com/arstatepolice/    Go    SEP    OCT    DEC
18 captures
5 Oct 2016 - 27 Apr 2019
◀    06    ▶
2015    2016    2017
About this capture

(released in 2007). Michael Gambon John Grisham. It was made into a
television film in 2003, in which this home was the main set. Inspired by his
childhood in Arkansas, "A Painted House" is Grisham's first major work
outside the legal thriller genre in which he established himself. Set in the late
summer and early fall of 1952, its story is told through the eyes of seven-
year-old Luke Chandler, the youngest in a family of cotton farmers struggling
to harvest their crop and earn enough to settle their debts. The novel
portrays the experiences that bring him from a world of innocence into one of
harsh reality.

**Arkansas State Police** added 4 new photos.

September 30 at 9:15am ·

On Tuesday of this week, the Sloan-Hendrix High School in Imboden, AR
held their first annual career day, and the ASP was honored to be a part of
the event!

The Career and Technical Education (CTE) Department is an educational
strategy for providing young people with the academic, technical, and
employability skills and knowledge to pursue postsecondary training or
higher education and enter a career field prepared for ongoing learning.

Approximately 200 students visited the schools gymnasium and talked with
representatives from companies, colleges, military and of course our ASP
troopers!!



#findthetrooperfriday
Find our troopers! Arkansas is a beautiful place, and every Friday we will
post a photo of an ASP Trooper in scenic or historical spot in our state. Do
you know where the Trooper is??? We will answer the question at the end of
the day!

See More





https://www.facebook.com/ARStatePolice/     Go

OCT   DEC   JAN
◄   **14**   ►
2015  **2016**  2018

18 captures
5 Oct 2016 - 27 Apr 2019     ▾ About this capture

tonight near Galloway when he had a tire blow out. He went above and
beyond. Being the wife ... See more

**Kristen Marie Waldrup**
· 30 August 2016

Can I ask a favor? If you've ever been to the Faulkner County Library to take
a Written Drivers Permit Exam or a Road Test, and you've stood in line for
hours,... See more

See all

**Videos**

Move Over

520     97

Sgt. Barry Roy

1.3k     147

U text. U drive. U pay

435     28

See all

**Posts**

**Arkansas State Police**
21 hrs ·

*TROOP G INFORMATION* The Drivers License Testing Site in Stamps
(morning) and Hope (afternoon), as well as the DeQueen site will be
closed, Wednesday, December 14th, due to illness. If you have any
question please contact Troop G @ 870-777-4641.

Arkansas Game and Fish Commi...
Community

Only In Arkansas
Media/news company

Arkansas 911 News
Broadcasting & media production
company

Police Stations in Little Rock, Arkansas

LIKED BY THIS PAGE

America Go Blue Strong

Arkansas Game and Fish Commi...

Michigan State Police

Places   Little Rock, Arkansas   Police station
Arkansas State Police

English (UK) · Polski · Español ·
Português (Brasil) · Français (France)

Privacy · Terms · Advertising · AdChoices ·
Cookies · More
Facebook © 2016



https://www.facebook.com/ARStatePolice/    Go

OCT   **DEC**   JAN
◀   **14**   ▶
2015   **2016**   2018

18 captures
5 Oct 2016 - 27 Apr 2019

About this capture

11 Likes

**Arkansas State Police**
7 hrs ·

12/14 - ON THIS DAY - Captain Tom Craig

Take time to remember Captain Tom Craig, who was killed in the line of duty at age 49, on this date in 2000, after being struck by a vehicle while assisting at the scene of a prior accident.

Captain Craig stopped his patrol car to help the driver of a vehicle which had overturned during a winter storm. While at the scene, another vehicle lost control on an icy bridge and spun into Captain Craig and a citizen who had stopped to help. Cap... See more

Image may contain: 1 person

335 Likes   49 Comments   163 Shares

See all

**Posts**

**Arkansas State Police**
8 hrs ·

#whyiwearthebadgewednesdays
Trooper First Class Derek Nietert #209
Assigned to Highway Patrol - Troop H... See more

https://www.facebook.com/ARStatePolice/        Go

18 captures
5 Oct 2016 - 27 Apr 2019

OCT  DEC  JAN
◄   14   ►
2015  2016  2018
▼ About this capture



Like        Comment

Michele Price Taylor, Connie Kronable, Stephanie Fuller and 697     Top comments
others like this.

91 shares

**Peggy Slate-Harris** I remember when you were just a little boy and I knew then you were gonna grow up and do something special with your life...thank you for your service...and may God bless you.

2 · 5 hrs

**Rozenna Sparks** Thank you for what you're doing and the reasons behind it. Know that you are appreciated and prayed for,your family and colleagues as well. God bless you always.

6 hrs

View more comments                                                    2 of 63

**Arkansas State Police**
Yesterday at 05:50 ·

Time again for #learnthelawtuesdays !

The Arkansas State Police wants YOU to know the laws!! Every Tuesday, we will post an Arkansas statute and answer a few of the common questions that we get concerning that law, or explain it in detail.

This week, we are going to cover Arkansas's "Drinking in Public" law. Many states have different interpretations of this law, so it is always important to understand what your own state deems "intoxicated" or "disorderly." In Arkansas, the... See more

https://www.facebook.com/ARStatePolice/    Go

18 captures
5 Oct 2016 - 27 Apr 2019

OCT  DEC  JAN
◀  14  ▶
2015  2016  2018

About this capture



Like    Comment

Joseph McDonald, Jimmy Ryals, Giberson Bielawski Lisa and 102 others like this.    Top comments

63 shares

**Kevin Fike** I don't drink so my interpretation of this law is probably more conservative than others but I have reported plenty of people for this nonsense. A few hundred could be arrested for it after many college football games lol
1 · Yesterday at 08:56

**Dovey Tweedy** Why are people allowed to drink so much at Riverfest? I refuse to go any longer because it is nothing but a bunch of drunks.
1 · Yesterday at 13:14

View 11 more comments

**Arkansas State Police**
12 December at 16:55 ·

*TROOP G INFORMATION* - The Drivers License Testing Center in Magnolia (Columbia County) will be closed tomorrow, Tuesday, December 13th.

No automatic alt text available.

Like    Comment

Пётр Кравченко, Billy Ottinger, Patricia Hodges and 13 others like this.



https://www.facebook.com/ARStatePolice/    Go

OCT   DEC   JAN

18 captures

◀   **14**   ▶

5 Oct 2016 - 27 Apr 2019

2015   2016   2018

About this capture

Trooper Levi Fleming and Sgt. David Williams joined Hazen PD and Fire Department to take on the Hazen High School senior class in a basketball game to raise money for Helping Our Kids - Hazen. The "old man" team won out, winning 70-65.

Thank you to Hazen High School, and Hazen PD for letting our troopers be a part of such a great event!

Image may contain: 22 people, people smiling

Like     Comment

Barry A. Bray, Jim Middleton, Michelle Todd Bueker and 147 others like this.

Top comments

20 shares

Debbie Meachum Good job! You know they were told to take it easy on ya'll! 😊

12 December at 19:37

1 Reply

**Arkansas State Police**

12 December at 06:25 ·

"DRIVE SOBER OR GET PULLED OVER" INITIATIVE READY FOR THE HOLIDAY SEASON

(LITTLE ROCK) – State and local law enforcement officers are increasing their patrol activity aimed at impaired drivers. Beginning Friday (December 16th) Arkansas State Troopers, along with city and county agencies, will join in the national "Drive Sober of Get Pulled Over" enforcement mobilization. The special enforcement operation will continue through Sunday, January 1, 2017.

As the holiday c...

Continue reading

No automatic alt text available.

Like     Comment

Greg Tebbetts, Liz Sweeney, Rachael Clem and 235 others like this.

Top comments

221 shares

Scott Berry Amen to that, and these drivers need to put their cell phones away to, I was working in my front yard one day here come a lady down the road holding her cell phone right in her face, brother something has got to be done, we have little children playing in and out of our streets and they speed to on this

Arkansas State Police | Facebook

https://www.facebook.com/ARStatePolice/    Go    OCT **DEC** JAN
◄ **14** ►
18 captures       2015 **2016** 2018
5 Oct 2016 - 27 Apr 2019      ▼ About this capture

**Barry Sellers** Having lost a little teenage sister in an automobile accident, I've
never understood this problem. I have driven more people home than I can
remember. And I don't mind it at all. DD,

1 · 12 December at 19:19

View 11 more comments

---

**Arkansas State Police**
12 December at 03:45 ·

*TROOP A INFORMATION*
Arkansas State Police Safe Speed locations for the
week of December 12th:

Monday: I-630 @ I-430... See more

| Like | Comment |

Michael L. Perry, Herbert Evans, Shelby Williams and 35 others like    Top comments
this.

31 shares

**Chase Cox** What does this mean
1 · 12 December at 11:14

**Angela Alvarez** Leo Alvarez
12 December at 18:15

View 3 more comments

---

**Arkansas State Police**
11 December at 17:00 ·

*TROOP J INFORMATION* - Tomorrow, Monday December 12, the Drivers
License testing center in Dardanelle will be CLOSED all day. - Driver testing
will be held in Clarksville on this day.



No automatic alt text available.

| Like | Comment |

Bruce Beatty, Matt Reves, Carolyn Helms and 17 others like this.

1 share

---

**Arkansas State Police**
10 December at 13:50 ·

Do you know the difference between the Arkansas State Police and the
Arkansas Highway Police? Many people have asked us that question, and

https://www.facebook.com/ARStatePolice/          Go          OCT   DEC   JAN
18 captures                                                              ◀   14   ▶
5 Oct 2016 - 27 Apr 2019                                               2015  2016  2018    ▾ About this capture

(RIGHT).

Many people are unaware of the difference, or think that we are the same
agency. While both agencies have ... See more



No automatic alt text available.

---

Like          Comment

Bryan Hughes, Cindy Kyzer Fletcher, Cortney Kocourek and 1,375          Top comments
others like this.

523 shares

John J Piper I'd just like to say thank you to all those who "protect and serve"
yall run towards the danger when Everyone ELSE runs away. GOD BLESS
YOU! From my family to yours Merry CHRIST-mas!
6 · 10 December at 20:24

Billy Hammon To all agencies that patrol the roads to make them safer I thank
you..
You might not like these men and women but when you are in need of help.
They are always there for you. Show some respect.
6 · 11 December at 19:20
1 Reply

View more comments                                                    2 of 97

---

Arkansas State Police
9 December at 15:30 ·

#findthetrooperfriday - And the answer is.......

The historic Highway 61 Arch This highway arch was constructed in 1922
and is located on the Arkansas-Missouri line between Blytheville, Arkansas
and Steele Missouri. The arch was listed on the register of historic places in
October 2001 and is currently the only Archway over a US Highway in the
State of Arkansas.

No automatic alt text available.



https://www.facebook.com/ARStatePolice/    [Go]

18 captures
5 Oct 2016 - 27 Apr 2019

OCT   **DEC**   JAN
◀ **14** ▶
2015   **2016**   2018

▾ About this capture

39 shares



**Donna Roden Brister** It was a very busy highway when I was growing up... We went to "the state line" often with my grandfather to get gas and a sweet snack 🩷.
1 · 10 December at 10:17

**Kimberly Stewart** Technically he's still in MO still, but about to cross into AR on 61!!
10 December at 10:39

View 8 more comments

---

**Arkansas State Police**
9 December at 07:52 ·

This Tuesday, law enforcement officers from many different departments in Miller County, including the ASP participated in this year's Shop With a Cop event. Each officer was partnered with a child to spend a day shopping for holiday toys and gifts! ASP Troop G's Troopers Kyle Peek, Bernard Pettit, Joshua Broughton and JD Jones, along with Officers from Texarkana PD and Miller County Sheriffs Department, and Texarkana Fire Department all pitched in to help for the day.

The ASP wants to thank the businesses, clubs, organizations and other donors who partnered with the Law Enforcement of Miller County to help our children have a brighter Christmas!



Image may contain: 12 people, people smiling

| Like | Comment |
|------|---------|

James Aydelott, Karen Boyer, Billy Stinnett and 202 others like this.    Top comments

29 shares

**Shay Gill** Nesi Broughton
1 · 9 December at 08:22
1 Reply

**Helen Thomas** Thank you ASP. For all you do. PLEASE STAY SAFE. MERRY CHRISTMAS
10 December at 16:01

---



**Arkansas State Police**
9 December at 04:50 ·

#findthetrooperfriday
Find our troopers! Arkansas is a beautiful place, and every Friday we will post a photo of an ASP Trooper in scenic or historical spot in our state. Do you know where the Trooper is??? We will answer the question at the end of the day!

https://www.facebook.com/ARStatePolice/    Go

18 captures
5 Oct 2016 - 27 Apr 2019

OCT  DEC  JAN
◀   14   ▶
2015  2016  2018
▾ About this capture



Like          Comment

Dot Beis, Jan Ellis Brewer, Kenny Cathey and 558 others like this.      Top comments

166 shares

**Carolyn Fincher** Out of his jurisdiction
86 · 9 December at 05:06

10 Replies

**Andrew Butler** Highway 61 at the Arkansas / Missouri state line north of Blytheville.
25 · 9 December at 06:19

View more comments                                        2 of 158

**Arkansas State Police** at    Noble/Allbritton Elementary
School.
8 December at 15:33 ·

Last week, Troop F's Trooper Grant Evans spent some time visiting with
some very special students at Noble/ Allbritton Elementary school in
Hamburg, AR. Trooper Evans, along with Ashley County Deputy Phillip
Roberts, were invited to speak with the Kindergarten students about
community workers. The classes were able to ask questions about tools
police officers use, community safety, and first aid. Each child had the
opportunity to see the police vehicle first hand, and turn on the lights!

Thank you to Noble/Allbritton Elementary for letting the our troopers get
involved and spend time teaching your students that police officers are
friends!

Image may contain: 1 person

Like          Comment

Philip Roberts, Deb Gregory Robertson, Walker Cingolani and 174
others like this.                                         Top comments

41 shares

**Scottie Arrington** LiL G is awesome!! Keep up the good work brother. Grant
Evans

https://www.facebook.com/ARStatePolice/    Go    OCT **DEC** JAN
◀ **14** ▶
2015 **2016** 2018

18 captures
5 Oct 2016 - 27 Apr 2019    ▼ About this capture

**Arkansas State Police**
8 December at 05:50 ·

12/8 - ON THIS DAY - Sergeant Kelly Pigue
Take time to remember Sergeant Pigue, who was killed in the line of duty on
this day in 1977 at the age of 38.

Sergeant Pigue was fatally injured in an automobile accident on Highway 64
west of Wynne, Arkansas.... See more



Image may contain: 1 person

Like        Comment

Virginia Greene Collins, Clovis Macon, Weston M. Lewey and 608    Top comments
others like this.

241 shares

**Chris Pigue** This was my uncle. Remember it like it was yesterday! Thanks for
remembering him!
16 · 8 December at 06:03

1 Reply

**Mary Lois Burfield Banks** Such a wonderful man! He was like a part of our
family! He and my daddy fished together many times. Kelly always sensed
when Mom was cooking fish or when I made pineapple upside down cake! Truly
one of my heroes! Cried so hard when this accident happened! Gone, but will
never be forgotten!
1 · 8 December at 19:50

View more comments        2 of 58

**Arkansas State Police** at    **Arkansas Children's Hospital**
7 December at 16:43 ·

Yesterday, the ASP took part in one of our favorite traditions of the year: the
Teddy Bear Drop at Arkansas Children's Hospital. Each year, troopers from
around the state take a bundle of our teddy bear and hand deliver one to
each child. These bears are purchased by the ASP Association each year,
and funded by donations from the public.

Thank you to Arkansas Children's for allowing us to spread a little joy.

Pictured below: Arkansas State Police Director Bill Bryant, Sgt. ... See more



https://www.facebook.com/ARStatePolice/    Go

18 captures
5 Oct 2016 - 27 Apr 2019

OCT   **DEC**   JAN
◀ **14** ▶
2015   **2016**   2018



Like     Comment

Terri Eggman-Sherland, Scotch Powell, Doug Davis and 516 others like this.     Top comments

70 shares

**Frances Graham** I see Mrs Freddy great program the kids love getting these I'm sure,and Thank each and. Everyone of you for your services its really not an easy job,and now days very dangerous for you,Merry Christmas to all
8 December at 07:24

**Pam Bufford** Thank you so 😊 much for doing what you do to protect and serve. Blessings to your families this yeT and have a safe 2018
8 December at 16:03

View 9 more comments

See more

Wednesday, February 17, 2016 at 8:00am CST

#whyiwearthebadgewednesdays Major Mike Foster Highway Patrol - Eastern Region Commander "My law enforcement career began in 1983, with the Arkansas Game and Fish Commission as a Wildlife Officer. In 1990, I was commissioned as an Arkansas State Trooper and assigned to the department's Highway Patrol Division, Troop I (Newton County). Like the majority of applicants who pursue this career field, my number one reason for entering the profession was to have an opportunity to help people. I quickly came to realize that helping sometimes meant dealing with individuals whose actions could be harmful to themselves, and more importantly, harmful to innocent people. In 1999, I was promoted to the rank of sergeant and assigned as a Highway Patrol post supervisor in Troop H (Crawford County). My assignments have included assistant commander duties for Troop H headquartered at Fort Smith and Troop I headquartered at Harrison. I was promoted to the rank of Captain in Troop I in 2010, and in 2013 I had the honor of being promoted to Major, taking over as the Highway Patrol Division commander (eastern region). It is comforting to know, that despite how some may perceive the policing profession, 99.9% of the law enforcement officers who come to work each day serve with distinction and integrity and are proud of the opportunity to serve their communities on a daily basis." #knowyourARtroopers

Tuesday, March 1, 2016 at 8:00am CST

#learnthelawtuesdays The Arkansas State Police wants YOU to know the laws!! Every week, we will post an Arkansas statute and answer a few of the common questions that we get concerning that specific law. If you have questions about a certain law, or would like to know more, please ask us and we might use it on our new #learnthelawtuesdays! Today we are covering "impeding traffic" and the law that covers this issue. The law states that you must drive on the right side of the roadway, aka. the right lane. Some common questions that we receive concerning this law are: 1) If I am abiding the law, and going the speed limit, why can't I drive in the fast lane(left lane)? People shouldn't be going faster than me anyway?.... If you are driving in the left lane, you may not be breaking the speed limit law, but you are in violation under the below statute with states you must drive on the right side of the roadway. 2) What does it mean to impede traffic? To drive upon a highway at such a slow speed as to impede or block the normal and reasonable movement of traffic, except when reduced speed is necessary for safe operation. Impeding traffic falls under Arkansas Law: 27-51-301. Vehicles to be driven on right side of roadway. (a) Upon all roadways of sufficient width, a vehicle shall be driven upon the right half of the roadway, except as follows: (1) When overtaking and passing another vehicle proceeding in the same direction under the rules governing that movement; (2) When the right half of a roadway is closed to traffic while under construction or repair; (3) Upon a roadway divided into three (3) marked lanes for traffic under the rules applicable thereon; or (4) Upon a roadway designated and signposted for one-way traffic. (b) Motor vehicles shall not be operated continuously in the left lane of a multi lane roadway whenever it impedes the flow of other traffic.