IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

CENTRAL DIVISION

| | | |
|---|---|---|
| JAMES ANDREW TANNER | | PLAINTIFF |
| | v. 4:17-cv-780-DPM | |
| KURT ZIEGENHORN in his individual capacity; and BILL BRYANT, Colonel, in his official capacity as head of the Arkansas State Police | | DEFENDANTS |

**PLAINTIFF'S RESPONSE
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff James Andrew Tanner ("Tanner") with his Response to Defendants' Motion for Summary Judgment, and states:

1. Plaintiff affirms the allegations set forth in Paragraph 1 of Defendants' Motion for Summary Judgment.

2. Plaintiff affirms the allegations set forth in Paragraph 2 of Defendants' Motion for Summary Judgment.

3. Plaintiff generally denies the allegations set forth in Paragraph 3 of Defendants' Motion for Summary Judgment, with explanations below.

    a. Plaintiff denies Subsection A. Specifically, Plaintiff has provided facts that Defendant Ziegenhorn violated Tanner's right to be free from unreasonable searches and seizures under the state and federal constitutions. Tanner was arrested in December of 2014 without reasonable suspicion or probable cause of a crime being committed. See Plaintiff's Brief Statement of Undisputed Material Facts, Doc. 78 Plaintiff's Facts, page 7 paragraphs 39-45.

    b. Plaintiff denies Subsection B. Specifically, the Court has already found the ASP Facebook comments section to be government speech. (Doc. 60).

      Additionally, Tanner has shown these comments were illegally deleted because of viewpoint discrimination. Doc. 78, pages 1-2, paragraphs 1-18.

  c. Plaintiff denies Subsection C. Defendants acted in a manner that precludes them from qualified immunity or statutory immunity, both of which are similar standards. <u>Fuqua v. Flowers</u>, 20 S.W.3d 388, 391 (Ark. 2000); <u>Barton v. Taber</u>, 820 F.3d 958, 967–68 (8th Cir. 2016).

  d. "[A]n officer may not arrest a suspect for failure to identify himself if the request for identification is not reasonably related to the circumstances justifying the stop." <u>Stufflebeam v. Harris</u>, 521 F.3d 884, 888 (8th Cir. 2008).

4. Plaintiff includes a brief with this Motion and fully incorporates it as if every word was set herein.

WHEREFORE, Plaintiff prays this Court deny Defendants' Motion for Summary Judgment, grant Plaintiff's Motion for Partial Summary Judgment, and for all other just and proper relief to which Plaintiff is entitled.

Respectfully Submitted,
By: /s/ W. Whitfield Hyman
W. WHITFIELD HYMAN
ABA# 2013237
Attorney for Plaintiff
King Law Group, PLLC
300 N. Sixth Street
Fort Smith, AR 72901
479-782-1125 Phone
479-316-2252 Fax
Hyman@ArkansasLawKing.com

## **CERTIFICATE OF SERVICE**

I, W. Whitfield Hyman, hereby certify that a true and correct copy of the foregoing instrument was served upon counsel of record, specifically Reid Adkins and William Bird of the Arkansas Attorney General's Office ***via electronic filing*** (CM/ECF) on this 3rd day of July, 2020.