**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JAMES ANDREW TANNER**                                                                           **PLAINTIFF**

**V.**                            **CASE NO. 4:17-CV-00780-DPM**

**KURT ZIEGENHORN, ET AL.**                                                                **DEFENDANTS**

**RESPONSE TO PLAINTIFF'S MOTION IN LIMINE**

Comes now the Arkansas State Police ("ASP") Defendants Colonel Bill Byrant, in his official capacity, and Kurt Ziegenhorn, in his individual capacity, by and through their attorneys, Attorney General Leslie Rutledge and Senior Assistant Attorney General William C. Bird and Assistant Attorney General Reid P. Adkins, and for their Response to Plaintiff's Motion in Limine (DE 96), state:

1. ASP Defendants object to paragraphs 4, 5, 6, and 7 of Plaintiff's Motion in Limine ("Motion") and reserves the right to use any discovery responses or pleadings of the Plaintiff, as necessary and as permitted by the applicable rules.

2. ASP Defendants object to paragraph 8 and reserves the right to comment to the jury during closing argument concerning any witnesses Plaintiff chooses not to call.

3. ASP Defendants object to paragraph 12 of Plaintiff's Motion to the extent it provides "Plaintiff's counsel will be allowed to speak about how the Defendant violated the Plaintiff's Constitutional and natural rights to free speech and to be free from unreasonable searches and seizures, as a matter of law." Such a statement to the jury would be misleading and unfairly prejudicial to ASP Defendants.

4. In paragraph 43 of Plaintiff's Motion, Plaintiff requests this Court to not allow ASP Defendant Ziegenhorn to wear his trooper uniform at trial because "[i]f we end up going to trial, Defendant Ziegenhorn will have lost the shield of qualified immunity and his actions have thus been declared to have been illegal" and Ziegenhorn in his trooper uniform "would cause [the jury] to place undue weight on his testimony." ASP Defendants object to Plaintiff's request because it is unreasonable and not supported by law. Additionally, based on this Court's Order (DE 97), the questions of whether ASP Defendant Ziegenhorn is entitled to qualified immunity and whether Ziegenhorn violated Plaintiff's constitutional rights have yet to be determined.

5. Paragraph 44 in Plaintiff's Motion states Defendants "[m]ay not minimize [Plaintiff's] physical, mental, and emotional injuries or imply that he did not suffer injury from Defendant Ziegenhorn's illegal, unwarranted arrest, search, and subsequent confinement." Additionally, Plaintiff states "Defendant and defendant's attorneys, or any witnesses on his behalf, may not use terms to minimize the injuries [Plaintiff] suffered…ii. Describing Defendant Ziegenhorn's interaction with [Plaintiff] as a minor or brief contact. iii. Minimizing the retaliatory nature of Defendant Ziegenhorn's arrest of [Plaintiff]." First, it has not been determined whether ASP Defendant Ziegenhorn's actions were unconstitutional. Secondly, Plaintiff provides no authority that would restrict or limit ASP Defendant Ziegenhorn's testimony of his interaction with Plaintiff. Lastly, ASP Defendant Ziegenhorn is unaware of any retaliation claim against him and objects to the characterization of his actions as such.

6. Additionally, Defendants object to the following paragraphs of Plaintiff's Motion on the basis that exclusion of the matters and documents set forth in such paragraphs is wholly unsupported by relevant rules of evidence and/or supporting case law: 1, 21, 41, 42, and 45.

WHEREFORE, ASP Defendants respectfully requests that this Court deny Plaintiff's Motion in Limine and for all other just and proper relief to which they are entitled.

Respectfully submitted,

LESLIE RUTLEDGE,
Attorney General

By:   *Reid P. Adkins*
Arkansas Bar # 2015216
Assistant Attorney General
Attorney for ADC Defendant
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 683-1080
Fax: (501) 682-2591
reid.adkins@arkansasag.gov

William C. Bird III (2005149)
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Tel: (501) 682-1317
Fax: (501) 682-2591
william.bird@arkansasag.gov

*Attorneys for ASP Defendants*

## CERTIFICATE OF SERVICE

I, Reid P. Adkins, Assistant Attorney General, do hereby certify that on October 5, 2020, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

By:   *Reid P. Adkins*