## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JAMES ANDREW TANNER**                                               **PLAINTIFF**

**v.**                          **No. 4:17-cv-780-DPM**

**KURT ZIEGENHORN, in his individual
capacity, and BILL BRYANT, Colonel,
in his official capacity as head of the
Arkansas State Police**                                  **DEFENDANTS**

### ORDER

The Court is attaching its working drafts of (1) the *voir dire*, (2) the preliminary instructions, (3) the final instructions—liability phase and damages phase, (4) the special verdicts, and (5) a stipulation about the 29 November 2014 Wal-Mart encounter.  The Court appreciated the parties' proposals.  Please file any objection to, or suggestion about, the *voir dire*, the preliminary instructions, or the stipulation by 28 October 2020.  Hold objections about the other drafts until trial. We'll work on them then.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 October 2020