IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES ANDREW TANNER                                                              PLAINTIFF

v.                                   No. 4:17-cv-780-DPM

KURT ZIEGENHORN, in his individual
capacity, and BILL BRYANT, Colonel,
in his official capacity as head of the
Arkansas State Police                                                          DEFENDANTS

ORDER

The virus numbers in the Eastern District are heading in the wrong direction. To reduce the risk at trial, the Court takes these steps. First, the *venire* will be reduced in size to twenty-four. Second, we'll select an eight-person jury. Third, the Court has procured some clear masks for the witnesses. All witnesses will be masked, but in a way that allows the jurors to see their faces during testimony.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 October 2020