IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES ANDREW TANNER                                    PLAINTIFF

v.                              No. 4:17-cv-780-DPM

KURT ZIEGENHORN, in his individual
capacity, and BILL BRYANT, Colonel,
in his official capacity as head of the
Arkansas State Police                                  DEFENDANTS

## ORDER

There are a few loose ends to tie up before trial.

- The Court appreciates the prompt responding filings about the proposed *voir dire*, preliminary instructions, and stipulation about the 29 November 2014 Wal-Mart encounter.

- The preliminary instructions, *Doc. 110-2*, are locked in without objection.

- On *voir dire*, the Court has added questions about Facebook and guns.  The Court declines to ask Tanner's proposed questions about the protests or interactions with police.  We're not going to try the case in *voir dire*.  The final version is attached.

- The Court has revised the proposed stipulation in response to the parties' comments.  Some discussion about Tanner and Trooper Ziegenhorn's history is needed, but many of the suggested additions go too far.  The current draft is attached. In hopes of reaching consensus, we will address this issue again at the pretrial on Monday.

- The Court will see what testimony develops on filming, whether Trooper Ziegenhorn believed that Tanner had someone with him, and prior conversations between Ziegenhorn and Searcy Police Officers.  The normal tools — the Rules of Evidence, cross-examination, and impeachment — can handle these issues.

- The Court denies without prejudice the request for no punitive damages instruction against Trooper Ziegenhorn based on statutory immunity.  Tanner might be able to establish malice at trial.

- The Court also denies Tanner's request for an automatic punitive damages instruction.   The Court agrees with Ziegenhorn and Bryant's reading of Arkansas law on this issue. The Court will use the traditional malice standard in deciding whether the evidence supports an instruction.

So Ordered.

_NPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

30 October 2020