IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES ANDREW TANNER     PLAINTIFF

v.     No. 4:17-cv-780-DPM

KURT ZIEGENHORN, in his individual
capacity, and BILL BRYANT, Colonel,
in his official capacity as head of the
Arkansas State Police     DEFENDANTS

## ORDER

The Court appreciates everyone's efforts getting ready for trial. Based on the virus exposure of the spouse of one of the lawyers, the Court concluded that a continuance was needed. The case is re-set for 7 December 2020 second out, subject to any lawyer having a conflict.

The Court notes the new motion *in limine*, Doc. 117. Tanner must respond by 9 November 2020. And the Court discourages any further pretrial motions.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

2 November 2020