IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES ANDREW TANNER                  PLAINTIFF

v.               No. 4:17-cv-780-DPM

KURT ZIEGENHORN, in his individual
capacity, and BILL BRYANT, Colonel,
in his official capacity as head of the
Arkansas State Police                         DEFENDANTS

### ORDER

Trooper Ziegenhorn and Colonel Bryant's second motion *in limine*, *Doc. 117*, is partly granted and partly denied. Here are the particulars:

- **Runsick's Email**

Partly granted, partly denied. The email is hearsay. Tanner may impeach Runsick with it, if need be, but the email will not be admitted.

- **FOIA Requests**

Granted. The parties have agreed to redact the correspondence in Plaintiff's Exhibit 9. Tanner may not ask about the completeness of FOIA responses because the FOIA claims have passed out of the case.

- **Links in Facebook Messages**

Denied, with a cautionary word. The Court is trying this case, not the cases referenced in Tanner's messages.

- **Wayback Machine Screenshots**

Denied as moot. Tanner may use screenshots or visit the Wayback Machine site in real-time.

* * *

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_17 November 2020_