# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CIVIL DIVISION

**JAMES ANDREW TANNER**  **PLAINTIFF**
Counsel: W. Whitfield Hyman

**v.**  **No. 4:17-cv-780-DPM**

**KURT ZIEGENHORN, et al.**  **DEFENDANT**
Counsel: Reid Adkins & William Bird

## CLERK'S MINUTES - CIVIL JURY TRIAL

**Judge: D.P. Marshall Jr.**
**Reporters: Stephen Franklin/Kathy Maloney**
**Clerk: Jared Lax**
**CRD: Sherri Black**

### TUESDAY, 6 JULY 2021 - DAY ONE
Court Reporter: Stephen Franklin

1:10 p.m.  The Court is on the record

Venire enters the Courtroom. Court calls the case for Jury Trial and conducts preliminary voir dire and excused some of the venire for cause

2:33 p.m.  Break

2:51 p.m.  Back on the record

Venire returns for further voir dire from the Court. Others excused for cause.

3:15 p.m.  Voir Dire by Plaintiff's counsel, W. Hyman

3:19 p.m.   Voir dire by Defense counsel, W. Bird

3:33 p.m.   Venire excused for hearing outside the presence of the Jury

   Break

3:46 p.m.   Back on record regarding counsel's strikes – No Batson challenges

3:56 p.m.   Break

4:01 p.m.   Back on the record

   Jury of eight sworn and seated

4:04 p.m.   Preliminary instructions

4:48 p.m.    Jury excused until 8:30 on 7 July 2021

4:49 p.m.   Break

4:57 p.m.   Back on the record

   Plaintiff's Exhibits 1-4, 8-9, 12-13, and 16 admitted

5:06 p.m.   Court in recess


### WEDNESDAY, 7 JULY 2020 - JURY TRIAL - DAY TWO
   Court Reporter: Stephen Franklin

8:22 a.m.   Hearing outside the presence of the jury

8:27 a.m.   Break

8:32 a.m.   Back on the record

   Jury seated

8:35 a.m.   Opening statement for Plaintiff by W. Hyman

8:43 a.m.   Opening Statement for Defense by R. Adkins

| | |
|---|---|
| 8:56 a.m. | Plaintiff calls Witness 1, Tonya Runsick. Direct examination by W. Hyman |
| | Exhibit:     Plaintiff's Exhibit 14 admitted |
| 9:07 a.m. | Cross examination of Plaintiff's Witness 1, T. Runsick, by W. Bird |
| 9:14 a.m. | Plaintiff calls Witness 2, Plaintiff Drew Tanner. Direct examination by W. Hyman |
| 9:22 a.m. | Break |
| 9:39 a.m. | Back on the record |
| 9:41 a.m. | Jury seated |
| | Direct examination of Plaintiff's Witness 2, D. Tanner, resumes by W. Hyman |
| | Exhibits: Plaintiff's Exhibit 1-4, 5-7 admitted, 8-9, 10-11 admitted, 16 |
| 11:17 a.m. | Break |

COURT REPORTER: KATHY MALONEY

| | |
|---|---|
| 12:20 p.m. | Back on the record |
| | Jury seated |
| 12:21 p.m. | Direct examination of Plaintiff's Witness 2, D. Tanner, resumes by W. Hyman |
| 12:28 p.m. | Cross examination of Plaintiff's Witness 2, D. Tanner, by Reid Adkins |
| | Exhibits: Plaintiff's Exhibits 2, 8, 5, and 9 |

3

| | |
|---|---|
| 12:49 p.m. | Jury question for Plaintiff's Witness 2, Tanner |
| | Marked Court's Exhibit 1 |
| 12:55 p.m. | Plaintiff calls Witness 3, Cpt. Elizabeth Chatman Head. Direct examination by W. Hyman |
| | Exhibits: Plaintiff's Exhibit 2,3, 15 admitted, 10 |
| 1:43 p.m. | Break |
| 2:04 p.m. | Back on the record |
| | Hearing outside the presence of the jury re: an exhibit |
| 2:07 p.m. | Break |
| 2:10 p.m. | Back on the record |
| 2:11 p.m. | Jury seated |
| | Direct examination of Plaintiff's Witness 3, E. Head, by W. Hyman resumes |
| | Plaintiff exhibit 19 shown (not admitted yet) |
| 2:20 p.m. | Cross examination of Plaintiff's Witness 3, E. Head, by R. Adkins |
| | Exhibits: Plaintiff's Exhibits 16, 8, 2, 3 |
| 2:44 p.m. | Redirect of Plaintiff's Witness 3, E. Head, by W. Hyman |
| | Exhibit: Plaintiff's Exhibit 8 |
| 2:55 p.m. | Questions for Plaintiff's Witness 3, E. Head, by Court |
| 2:57 p.m. | Redirect of Plaintiff's Witness 3, E. Head, by W. Hyman |
| 3:01 p.m. | Break |
| 3:07 p.m. | Back on the record |

|  | Jury seated |
|---|---|
|  | Plaintiff calls Witness 4, Bill Sadler.  Direct examination by W. Hyman |
|  | Exhibits: Plaintiff's Exhibit 9 |
| 3:16 p.m. | Cross examination of Plaintiff's Witness 4, B. Sadler by R. Adkins |
| 3:17 p.m. | Redirect of Plaintiff's Witness 4, B. Sadler, by W. Hyman |
| 3:21 p.m. | Jury excused until 8:30 a.m. 8 July 2021 |
| 3:22 p.m. | Break |
| 3:33 p.m. | Back on the record for hearing outside presence of the Jury regarding witnesses and jury instructions |
| 4:05 p.m. | In recess until 8:00 a.m. on 8 July 2021 |

**THURSDAY, 8 JULY 2021 - JURY TRIAL - DAY THREE**
Court Reporter: Stephen Franklin

| 8:03 a.m. | Court is back in session |
|---|---|
|  | Hearing outside the presence of the Jury |
|  | Plaintiff's Exhibit 19 admitted |
| 8:32 a.m. | Break |
| 8:41 a.m. | Back on the record |
|  | Jury seated |
| 8:44 a.m. | Plaintiff calls witness 5, Cpt. Mike Kennedy.  Direct examination by W. Hyman |

|  |  |
|---|---|
|  | Exhibits:  Plaintiff's Exhibits 3, 8 |
| 8:59 a.m. | Cross examination of Witness 5, M. Kennedy, by W. Bird |
|  | Exhibit: Plaintiff's Exhibit 8 |
| 9:08 a.m. | Redirect of Witness 5, M. Kennedy, by Hyman |
|  | Exhibit: Plaintiff's Exhibit 15 |
| 9:16 a.m. | Plaintiff rested |
| 9:18 a.m. | Hearing outside the presence of the Jury regarding Defense motions for judgment as a matter of law which were taken under advisement |
| 9:26 a.m. | Break |
| 9:37 a.m. | Back on the record |
|  | Jury seated |
|  | Defendant calls Witness 1, Cpl. Kurt Ziegenhorn |
|  | Exhibits:    Plaintiff's Exhibit 1, 12, 13 |
| 10:23 a.m. | Break |
| 10:37 a.m. | Back on the record |
|  | Jury seated |
|  | Cross examination of Defense witness 1, K. Ziegenhorn, by W. Hyman |
|  | Exhibits: 12 |
| 10:50 a.m. | Jury question for Defense Witness 1, K. Ziegenhorn, marked Court's Exhibit 1 |
| 11:01 a.m. | Defense rests |

11:02 a.m.  Break

11:14 a.m.  Back on the record

11:18 a.m.  Jury seated

Plaintiff calls rebuttal witness 1, Brian Wyatt. Direct examination by W. Hyman

11:20 a.m.  Cross examination of rebuttal Witness 1 by W. Bird

11:22 a.m.  Plaintiff calls rebuttal witness 2, Andrew Lay. Direct examination by W. Hyman

11:23 a.m.  Cross examination of rebuttal Witness 2 by W. Bird

11:24 a.m.  Plaintiff calls rebuttal Witness 3, Eric Fleming. Direct examination by W. Hyman

11:27 a.m.  Plaintiff rests

11:28 a.m.  Jury excused

Hearing outside the presence of the Jury. Plaintiff's motion for judgment taken under advisement. Court and counsel addressed jury instructions

Court's Exhibit 3 (proffered verdict form from defense), marked

12:31 p.m.  Break

COURT REPORTER: KATHY MALONEY

1:24 p.m.  Back on the record for hearing outside the presence of the Jury

Defense Exhibit 5 withdrawn

1:26 p.m.  Jury seated

|          |   |
|---|---|
|          | Jury instructions given |
| 1:37 p.m. | Plaintiff's closing argument by W. Hyman |
| 1:56 p.m. | Defense's closing argument by W. Bird |
| 2:19 p.m. | Second closing by Plaintiff by W. Hyman |
| 2:23 p.m. | Final Jury instructions given |
| 2:24 p.m. | Bailiff sworn |
| 2:25 p.m. | Jury deliberations begin |
| 2:27 p.m. | Break |
| 4:17 p.m. | Back on the record |
|          | Jury seated |
|          | Verdict read |
| 4:24 p.m. | Hearing outside the presence of the Jury |
|          | The Court issued its rulings and took the defense motion for punitive damages under advisement |
| 4:48 p.m. | Break |
| 4:58 p.m. | Back on the record |
| 5:07 p.m. | Plaintiff's damages closing argument by W. Hyman |
| 5:09 p.m. | Defense damages closing argument by W. Bird |
| 5:14 p.m. | Second closing argument for plaintiff by W. Hyman |
|          | Jury excused for further deliberations |
|          | Hearing outside presence of Jury |
|          | Briefs ordered |
| 5:57 p.m. | Back on the record |

5:58 p.m.   Jury seated

5:59 p.m.   Verdict 3 read

6:03 p.m.   Jury discharged

6:04 p.m.   Court adjourned