# SPECIAL VERDICT NO. 1

FILED
JUL 8 2021
IN OPEN COURT
TAMMY H. DOWNS
By: _____
DEPUTY CLERK

1. Were the terms and conditions for the Arkansas State Police Facebook page adopted before Tanner's first comment was deleted?

    __X__ Yes

    _____ No

2. Were the terms and conditions of the Arkansas State Police's Facebook page publicly available when Tanner posted his comments?

    __X__ Yes

    _____ No

3. Did the Arkansas State Police delete any of Tanner's comments because of the views expressed in the comments?

    _____ Yes

    __X__ No

4. Did the Arkansas State Police block Tanner from its Facebook page *because of his views expressed in the comments* or *because of what he said in private messages?* (circle one)

    [*because of what he said in private messages* circled]

Robin Smith
Foreperson

7-8-21     4:02
Date/time

Court's Special Verdicts
8 July 2021

4:17-cv-780-DPM
*Tanner v. Ziegenhorn*

## SPECIAL VERDICT NO. 2

1. Did Tanner raise his voice to an unreasonable or excessive volume during the Wal-Mart encounter?

   _____ Yes

   \_\_X\_\_\_ No

2. Was Tanner's voice at a level where it was attracting other people's attention during the Wal-Mart encounter?

   \_\_X\_\_\_ Yes

   _____ No

3. Did the encounter between Tanner and Trooper Ziegenhorn at Wal-Mart cause anyone to gather around them?

   _____ Yes

   \_\_X\_\_\_ No

4. Did Tanner's demeanor change during the Wal-Mart encounter?

   \_\_X\_\_\_ Yes

   _____ No

5. Did Tanner stiffen up his posture during the Wal-Mart encounter?

   \_\_X\_\_\_ Yes

   _____ No

Robin Smith                               7-8-21   4:02
Foreperson                                Date/time

Court's Special Verdicts                  4:17-cv-780-DPM
8 July 2021                               *Tanner v. Ziegenhorn*

[FILED stamp: U.S. DISTRICT COURT, EASTERN DISTRICT ARKANSAS, JUL 8 2021, IN OPEN COURT, TAMMY H. DOWNS, By: ___]

## SPECIAL VERDICT NO. 3

1. We find Drew Tanner's compensatory damages, as submitted in Instruction No. 10, to be:

    $ __0__ .

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
JUL 8 2021
By: _____

If your answer to Question 1 is "0", then you must award Tanner nominal damages of $1.00 in Question 2 and answer Question 3.

If your answer to Question 1 is greater than "0", skip Question 2 and answer Question 3.

2. We find Tanner's nominal damages to be $ __1.00__ , as submitted in Instruction No. 11.

3. We assess punitive damages against Trooper Ziegenhorn, as submitted in Instruction No. 12, of $ __0__ .

__Robin Smith__
Foreperson

__7-8-21      5:53 pm__
Date/time

Court's Special Verdicts
8 July 2021

4:17-cv-780-DPM
*Tanner v. Ziegenhorn*