IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES ANDREW TANNER                                             PLAINTIFF

v.                       No. 4:17-cv-780-DPM

KURT ZIEGENHORN, in his individual
capacity, and BILL BRYANT, Colonel,
in his official capacity as head of the
Arkansas State Police                                           DEFENDANTS

## ORDER

For the reasons stated from the bench at the end of trial on 8 July 2021, the Court requests a post-trial motion for judgment as a matter of law from Tanner on the First Amendment issues. Motion due 2 August 2021. The State Police's response is due 16 August 2021. The opening brief and response brief may be no longer than twenty pages each. Tanner's reply is due 23 August 2021. And the State Police's surreply is due 30 August 2021. The reply brief and surreply brief may be no longer than ten pages each. Tanner's motion on punitive damages is denied as moot based on the jury's special verdict No. 3.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 July 2021