# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| **JAMES ANDREW TANNER** | **PLAINTIFF** |
| v. 4:17-cv-780-DPM | |
| **KURT ZIEGENHORN** in his individual capacity and **BILL BRYANT**, Colonel, in his official capacity as head of the Arkansas State Police | **DEFENDANTS** |

## PLAINTIFF'S MOTION TO FILE PLAINTIFF'S AMENDED AND SUBSTITUTED TRIAL BRIEF FOR JUDGMENT ON FREE SPEECH COUNTS

1. Plaintiff's Counsel wrote and submitted a whimsical tongue-in-cheek brief, Doc. 137, but accidentally made two references that he thought had been changed in the final draft.
2. Those two references are redlined and attached in the proposed amended and substituted brief as exhibit 1.
3. In total, Plaintiff's Counsel deletes four words and replaces them with an acronym in the amended and substituted brief.
4. Plaintiff's Counsel seeks leave to file exhibit 1 to replace Doc. 137.

By:
W. WHITFIELD HYMAN
King Law Group, PLLC

ATTORNEY FOR PLAINTIFF<br>
James Andrew Tanner<br>
300 N. Sixth Street<br>
Fort Smith, AR 72901<br>
479-782-1125<br>
479-316-2252 Fax<br>
ABA# 2013-237<br>
hyman@arkansaslawking.com

## **CERTIFICATE OF SERVICE**

I, W. Whitfield Hyman, hereby certify that a true and correct copy of the foregoing instrument was served upon counsel of record, specifically Reid Adkins and William Bird of the Arkansas Attorney General's Office ***via electronic filing*** (CM/ECF) on this 8th day of August 2021.