United States District Court for the Eastern District of Arkansas
Western Division

JAMES ANDREW TANNER,                                                                Plaintiff

V.                              File Number: 4:17-cv-00780-DPM

KURT ZIEGENHORN, et. al.,                                                          Defendant

## Notice of Appeal

     Notice is hereby given James Andrew Tanner, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 8th Circuit from an order entered in this action on the 31st day of May, 2019, Document 60, appealing the Fourth Amendment individual capacity claim against Kurt Ziegenhorn for Tanner's November 2014 arrest and State Law Constitutional claim addressing the same which were dismissed with prejudice. The Plaintiff also gives notice of appeal for the count against Bill Sadler in his official capacity for the Arkansas Freedom of Information act violations.

     The Plaintiff will also be appealing portions of the order dated September 22nd, 2020, in Document 97. Specifically, the Plaintiff will be appealing the dismissal of the Perjury Felony Victim Tort Act against Ziegenhorn in his individual capacity.

     Finally, Plaintiff is appealing the orders and judgment dated September 30th, 2021, Document Numbers 142 and 143, to the extent that he needs to in order to appeal Tanner's 4th amendment and state law equivalent civil rights claim for his November 2014 arrest, the Perjury claim, and the FOIA claim.

William Whitfield Hyman
Attorney for James Andrew Tanner
Address: 300 North 6th Street, Fort Smith, AR 72901
Cell: 479-318-0345
Fax:479-316-2252
Email: Hyman@ArkansasLawKing.com
